AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| HARRIS COUNTY, TEXAS, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-1275 |
| ROBERT F. KENNEDY, JR., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HARRIS COUNTY, TEXAS.

Date: 04/24/2025

/s/ Jonathan G.C. Fombonne
*Attorney's signature*

Jonathan G.C. Fombonne (Texas Bar No.24102702)
*Printed name and bar number*

Office of the Harris County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
*Address*

jonathan.fombonne@harriscountytx.gov
*E-mail address*

(713) 274-5101
*Telephone number*

(713) 755-8924
*FAX number*