AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

HARRIS COUNTY, TEXAS, et al.,
*Plaintiff*
v.
ROBERT F. KENNEDY, JR., et al.,
*Defendant*

Case No. 1:25-cv-01275

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Columbus, Ohio; Nashville, Tennessee; and Kansas City, Missouri.

Date: 04/24/2025

*/s/ Katherine Courtney*
*Attorney's signature*

Katherine Courtney (90000656)
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
*Address*

katiec@publicrightsproject.org
*E-mail address*

(510) 214-6960
*Telephone number*

*FAX number*