IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS; COLUMBUS, OHIO; METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE; KANSAS CITY, MISSOURI; and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR.; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SUSAN MONAREZ; and CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>*Defendants*. | Case No. 1:25-cv-01275 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Aisha Rich *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Aisha Rich, filed herewith. As set forth in Mrs. Rich's declaration, she is admitted and an active member in good standing of the following courts and bars: the New York State Bar, Washington State Bar, District of Columbia Bar. This motion is supported and signed by Katherine Courtney, an active member of the Bar of this Court.

Dated: April 25, 2025                              Respectfully submitted,


                                                   */s/ Katherine Courtney*
                                                   KATHERINE COURTNEY
                                                   Public Rights Project
                                                   490 43rd Street, Unit #115
                                                   Oakland, California 94609
                                                   (510) 214-6960 (phone)
                                                   katiec@publicrightsproject.org

                                                   *Counsel for Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri*

## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HARRIS COUNTY, TEXAS, et al., <br> Plaintiff(s) <br><br> vs. <br><br> ROBERT F. KENNEDY, JR., et al., <br> Defendant(s) | ) <br> ) <br> ) <br> ) Case Number: 1:25-cv-01275 <br> ) <br> ) |

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Aisha Rich

2. State bar membership number: District of Columbia, 1720312

3. Business address, telephone and fax numbers:
   490 43rd Street, Unit #115, Oakland, CA 94609 -- (510) 214-6960

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   New York, Washington State, District of Columbia

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes [ ]   No [✔]

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes [ ]   No [✔]

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.   0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? Yes

9. Do you have a pending application for admission into USDC for the District of Columbia? No

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

| 04/18/2025 | *[signature]* |
|---|---|
| DATE | SIGNATURE OF ATTORNEY |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## *Aisha Rich*

*was duly qualified and admitted on November 27, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 23, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*