**PLAINTIFFS' INDEX OF DECLARATIONS**

| Exhibit No. | Plaintiff | Declarant Name |
|---|---|---|
| 3 | Harris County, Texas | Brandon Maddox |
| 4 | Harris County, Texas | Jennifer Kiger |
| 5 | Harris County, Texas | Rohish Lal |
| 6 | Columbus, Ohio | Edward Johnson |
| 7 | Columbus, Ohio | Danielle Tong |
| 8 | Kansas City, Missouri | Marvia Jones |
| 9 | Nashville, Tennessee | Bradley Thompson |
| 10 | Nashville, Tennessee | Thomas Sharp |
| 11 | AFSCME | Heidi Heddings |
| 12 | AFSCME | Eva Hewitt |
| 13 | AFSCME | Amy Spiegel |
| 14 | AFSCME | Shaun O'Brien |
| 15 | AFSCME | Megan Peters-Wiseman |
| 16 | AFSCME | John Henry, Jr. |