## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HARRIS COUNTY, TEXAS, et al.,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of the United States
Department of Health and Human Services, et
al.,

*Defendants*.

## DECLARATION OF BRANDON MADDOX

I, Brandon Maddox, declare as follows:

1.      My name is Brandon Maddox. I am a resident of Montgomery County in the State

of Texas. I am over the age of eighteen and have personal knowledge of all facts stated herein,

except to those matters stated upon information and belief; as to the latter, I believe them to be

true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I currently serve as Director of the Office of Planning and Innovation for Harris

County Public Health ("HCPH"). HCPH is an agency of Harris County, Texas, and its activities

are overseen by the Harris County Commissioners Court, which is the governing body for Harris

County. HCPH provides a wide range of important public health services to Harris County

residents, including, but not limited to: immunization administration, public benefits assistance,

community outreach and education, disease and health reporting, and wastewater epidemiology

and surveillance.

3.      I have held my current position since June of 2023. I previously served as Associate

Director in the same office beginning in June of 2022 and have worked for HCPH since 2014. In

1

my current position, I am responsible for overseeing strategy and planning for new HCPH programs, managing and implementing existing HCPH programs, and evaluating the performance of HCPH programs. My office is responsible for selecting, vetting, and applying for grants and is aware of their implementation. I am the Principal Investigator for one active federal grant (the CDC Public Health Infrastructure Grant) and have been involved with the application, implementation, monitoring, and reporting phases of many other grants.

4.     On March 25, 2025, HCPH received two amended Notices of Award terminating grants from the United States Department of Health and Human Services ("HHS"), Centers for Disease Control and Prevention ("CDC"). Specifically, HHS/CDC terminated the following grant awards: (1) the Harris Cares: Embrace HOPE (Healing, Opportunity, Prosperity, Equity) Grant (Award/ID Number:  6 NH75OT000026-01-05) (the "Embrace HOPE Grant"); and (2) the Community Health Workers for Public Health Response and Resilient Communities Grant (Award/ID Number:  6 NU58DP006986-03-05) (the "CHW Grant"). True and correct copies of the termination documents are attached as Exhibits A and B, respectively.

5.     Both of these terminations purported to be "for cause" based on the supposed end of the COVID pandemic. The termination notices included identical form language stating that the "end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements." Neither termination notice claimed any failure by Harris County to comply with the terms and conditions of the awards. Harris County was in compliance with the terms and conditions of the Embrace HOPE Grant and the CHW Grant.

6.     On March 25, 2025, HCPH received notice from the Texas Department of State Health Services ("DSHS") that HHS/CDC had terminated funding for two additional federal grants: (1) a grant awarded through the Immunization COVID-19 Grant Program (Award/ID

Number: HHS001019500034) (the "IMMU Grant"); and the Infectious Disease Control Unit Grant (Award/ID Number: HHS000812700023) (the "IDCU Grant"). The correspondence from Texas DSHS stated that it had been notified that "federal grant funding for Immunization/COVID, Epidemiology Laboratory Capacity (ELC/COVID), and Health Disparities/COVID, is terminated as of March 24, 2025." Texas DSHS directed HCPH "to pause all activities immediately" and to "not accrue any additional costs as of the date of this notice." A true and correct copy of this correspondence is attached as Exhibit C.

7.      Texas DSHS acted as a pass-through entity for the IMMU Grant and the IDCU Grant, meaning that it was the primary recipient of the award and then was responsible for distributing a portion of those funds to Harris County. The correspondence that Harris County received from Texas DSHS did not provide any explanation for the termination of either grant. Harris County was in compliance with the terms and conditions of both grants.

8.      Under the grants, Harris County received reimbursement from HHS/CDC for expenses incurred in carrying out the work of the grant programs. Harris County would submit invoices on a monthly basis and would receive reimbursement.

9.      HHS/CDC's termination of these four grants has deprived Harris County of access to millions of dollars in funding for critical public health work being done under the grants, including funding for the staff needed to carry out that work. Unless the grants are restored, this will result in the termination of grant-funded positions.

10.     These grant terminations will be particularly felt by Harris County and its residents. Federal grants, which comprise 56% of the total HCPH budget, provide a large portion of the funds Harris County uses for programs designed to protect the public health of county residents. Without funding, HCPH will have to reduce staffing levels and existing service contracts significantly,

limiting Harris County's ability to prepare for and respond to future public health emergencies and threats, including ongoing dangers posed by measles, H5N1, continuing variants of COVID-19, tuberculosis, mpox, RSV, and other diseases.

11.    Texas currently has the largest measles outbreak ever seen in the state.  Measles is a highly contagious virus that can cause severe health effects such as pneumonia, encephalitis or brain swelling, and death.  It does not conform to geographic boundaries, but vaccination with the Measles, Mumps and Rubella (MMR) vaccine can prevent infection and viral spread.  Without resources to provide the MMR vaccine, such as outreach and education staff as well as vaccination staff, HCPH will be unable to protect the community from this disease.

12.    It was HCPH's understanding that the funds awarded by these grants would be available throughout the grant periods and that HHS/CDC could terminate the grants only if the county failed to comply with the terms and conditions of the awards.

13.    It was not HCPH's understanding that HHS/CDC could terminate these grants based on that agency's belief that the COVID pandemic had ended. The grants were not conditioned on COVID's continued status as a "pandemic" or as a "public health emergency." In fact, several of the grants were extended after the COVID-19 public health emergency expired in May of 2023. Furthermore, the work funded by the grants was not exclusively focused on COVID-19 but included important investments in public health infrastructure and other public health work.

14.    HCPH relied and acted upon its expectation and understanding that HHS/CDC would fulfill its commitment to provide the grant funding it awarded to Harris County. HCPH's reliance on this funding included hiring employees, developing relationships with community organizations and county residents who depend on services enabled by the grants, and entering into contracts with vendors who provide a wide array of services that support grant activities.

15.     HHS/CDC's immediate termination of these grants is impairing HCPH's ability to continue important public health work. HCPH has been forced to divert already limited resources to immediately respond to the chaos created by these terminations. A prolonged loss of funding would force the termination of grant-funded positions; the terminated grants support the employment of a significant number of employees: 66 full-time employee positions and 37 temporary employee positions.

16.     HHS/CDC's termination of these grants has created immense uncertainty for Harris County and HCPH's budget and has required HCPH employees, as well as employees in many other county departments, to spend significant amounts of time working on responding to that chaos. I, along with many other leaders at HCPH, have spent an enormous number of hours over the last few weeks attempting to quantify and mitigate the effects of these grant terminations— time that could have been spent working to address the current and ongoing public health issues in Harris County.

17.     HHS/CDC's termination of these grants "for cause" may also have adverse consequences for Harris County's ability to obtain federal, state, and philanthropic grant funding in the future, particularly if the "for cause" terminations are considered to be, or are treated as, terminations for failure to comply with the grant terms and conditions. As I mentioned earlier, we have fully complied with the grant terms and conditions, so such a designation would not be warranted.

18.     HHS/CDC's decision to impose a 30-day closeout period has exacerbated the harm of these terminations. The ordinary grant closeout period is 90 days, as communicated in previous award notices from HHS/CDC. By significantly shortening that period, HHS/CDC has forced Harris County to provide vendors with a very small window of time to be reimbursed for work

that was already performed before the grants were terminated. This undermines Harris County's reputation as a reliable business partner for vendors and adversely affects the county's ability to engage them and other vendors in the future.

19.    The harm inflicted by the termination of Harris County's grants will not be limited to Harris County. Public health threats, especially contagious/communicable diseases, are not confined to artificial lines. Harris County has a large population and is a hub for international trade and domestic and international travel. Limiting Harris County's ability to prevent, detect, and respond to outbreaks threatens public health in neighboring counties, throughout the state of Texas, and nationwide. Similarly, cuts to public health funding in other states and counties threatens Harris County.

*(Signature on the following page.)*

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 22 , 2025, at Houston, Texas.

Brandon Maddox

# EXHIBIT A

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH75OT000026-01-05

FAIN# NH75OT000026

Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
HARRIS COUNTY
1001 Preston St
Houston, TX 77002-1839
--

**2. Congressional District of Recipient**
18

**3. Payment System Identifier (ID)**
1760454514A5

**4. Employer Identification Number (EIN)**
760454514

**5. Data Universal Numbering System (DUNS)**
072206378

**6. Recipient's Unique Entity Identifier (UEI)**
JFMKAENLGN81

**7. Project Director or Principal Investigator**

Ms. Marisol Casares

Grants Supervisor

marisol.casares@phs.hctx.net

713-274-6297

**8. Authorized Official**

Ms. Lina Hidalgo

AO / Harris County Judge

cjograntsnotification@hctx.net

713-274-1121

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Angel Winters

Grants Management Officer/Specialist

jvr1@cdc.gov

404-498-4056

**10. Program Official Contact Information**

Sophie Xie

Program Officer

qvf9@cdc.gov

770-488-6692

## Federal Award Information

**11. Award Number**
6 NH75OT000026-01-05

**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000026

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Harris Cares: Embrace HOPE (Healing, Opportunity, Prosperity, Equity)

**15. Assistance Listing Number**
93.391

**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $27,627,507.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $27,627,507.00 |
| **26. Period of Performance Start Date** 06/01/2021 **- End Date** 03/24/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $27,627,507.00 |

**28. Authorized Treatment of Program Income**

ADDITIONAL COSTS

**29. Grants Management Officer – Signature**

Mrs. Erica Stewart

Team Lead, Grants Management Officer

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000026-01-05
FAIN# NH75OT000026
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**

HARRIS COUNTY
1001 Preston St
Houston, TX 77002-1839
--

**Congressional District of Recipient**
18

**Payment Account Number and Type**
1760454514A5

**Employer Identification Number (EIN) Data**
760454514

**Universal Numbering System (DUNS)**
072206378

**Recipient's Unique Entity Identifier (UEI)**
JFMKAENLGN81

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $3,549,268.26 |
| **b. Fringe Benefits** | $1,606,489.52 |
| **c. Total Personnel Costs** | $5,155,757.78 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $181,836.84 |
| **f. Travel** | $72,705.74 |
| **g. Construction** | $0.00 |
| **h. Other** | $38,100.83 |
| **i. Contractual** | $21,693,701.57 |
| **j. TOTAL DIRECT COSTS** | $27,142,102.76 |
| **k. INDIRECT COSTS** | $485,404.24 |
| **l. TOTAL APPROVED BUDGET** | $27,627,507.00 |
| **m. Federal Share** | $27,627,507.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000026C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**     Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH75OT000026-01-05
FAIN#    NH75OT000026
Federal Award Date:  03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HARRIS COUNTY                                                    6 NH75OT000026-01-05

1. Terms & Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred.  Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required

# EXHIBIT B

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU58DP006986-03-05
FAIN# NU58DP006986
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
HARRIS COUNTY
201 Caroline St FL 4
County of Harris
Houston, TX 77002-1901
--

**2. Congressional District of Recipient**
18

**3. Payment System Identifier (ID)**
1760454514A5

**4. Employer Identification Number (EIN)**
760454514

**5. Data Universal Numbering System (DUNS)**
072206378

**6. Recipient's Unique Entity Identifier (UEI)**
JFMKAENLGN81

**7. Project Director or Principal Investigator**
Ms. Jill  TenHaken
Principal Investigator
jill.tenhaken@phs.hctx.net
713-274-8511

**8. Authorized Official**
Ms. Lina  Hidalgo
AO / Harris County Judge
cjograntsnotification@hctx.net
713-274-1121

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Daniel Jackson
Grants Management Specialist
qpz2@cdc.gov
(678) 475-4577

**10. Program Official Contact Information**
Ms. Perrin  Hicks
Program Officer
swy2@cdc.gov
7704880826

## Federal Award Information

**11. Award Number**
6 NU58DP006986-03-05

**12. Unique Federal Award Identification Number (FAIN)**
NU58DP006986

**13. Statutory Authority**
Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") Public Law 116-136 Public Health Service Act 42 U.S.C. 301(a)

**14. Federal Award Project Title**
Before Always Has an After: Navigating Beyond the Pandemic

**15. Assistance Listing Number**
93.495

**16. Assistance Listing Program Title**
Community Health Workers for Public Health Response and Resilient

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/31/2023  **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $3,749,982.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $3,749,982.00 |
| **26. Period of Performance Start Date** 08/31/2021  **- End Date** 03/24/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $9,749,492.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Darryl Mitchell

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU58DP006986-03-05
FAIN#  NU58DP006986
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
HARRIS COUNTY
201 Caroline St FL 4
County of Harris
Houston, TX 77002-1901
--

**Congressional District of Recipient**
18

**Payment Account Number and Type**
1760454514A5

**Employer Identification Number (EIN) Data**
760454514

**Universal Numbering System (DUNS)**
072206378

**Recipient's Unique Entity Identifier  (UEI)**
JFMKAENLGN81

| 31. Assistance Type | |
|---|---|
| Project Grant | |
| **32. Type of Award** | |
| Other | |

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| a. | **Salaries and Wages** | $1,548,240.00 |
| b. | **Fringe Benefits** | $897,979.00 |
| c. | **Total Personnel Costs** | $2,446,219.00 |
| d. | **Equipment** | $0.00 |
| e. | **Supplies** | $201,576.00 |
| f. | **Travel** | $21,232.00 |
| g. | **Construction** | $0.00 |
| h. | **Other** | $352,333.00 |
| i. | **Contractual** | $439,992.00 |
| j. | **TOTAL DIRECT COSTS** | $3,461,352.00 |
| k. | **INDIRECT COSTS** | $288,630.00 |
| l. | **TOTAL APPROVED BUDGET** | $3,749,982.00 |
| m. | **Federal Share** | $3,749,982.00 |
| n. | **Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H3H | 21NU58DP006986C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |
| 2-9390H3H | 21NU58DP006986C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |
| 3-9390H3H | 21NU58DP006986C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |

# AWARD ATTACHMENTS

HARRIS COUNTY                                                    6 NU58DP006986-03-05

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred.  Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required

# EXHIBIT C

# TEXAS
## Health and Human Services



**Texas Department of State Health Services**

Jennifer A. Shuford, M.D., M.P.H.
*Commissioner*

March 25, 2025

Dear Grantee:

DSHS was notified that the federal grant funding for Immunization/COVID, Epidemiology Laboratory Capacity (ELC/COVID), and Health Disparities/COVID, is terminated as of March 24, 2025. The Texas Department of State Health Services (DSHS or System Agency) is issuing this notice to pause all activities immediately.

Please do not accrue any additional costs as of the date of this notice.

DSHS will be sending future communication as additional updates occur.

Sincerely,

DocuSigned by:

*Imelda Garcia*

87AFD32AD9D24A9...

Imelda Garcia
Chief Deputy Commissioner
Department of State Health Services