IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRIS COUNTY, TEXAS, et al.,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,

*Defendants*.

## DECLARATION OF JENNIFER KIGER

I, Jennifer Kiger, declare as follows:

1. My name is Jennifer Kiger. I am a resident of Harris County in the State of Texas. I am over the age of eighteen and have personal knowledge of all facts stated herein, except to those matters stated upon information and belief; as to the latter, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Director of the Office of Epidemiology, Surveillance, and Emerging Diseases (OESED) for Harris County Public Health ("HCPH"). I have held this position since November of 2022 and have worked for HCPH for 10 years. In my current position, I am responsible for overseeing all epidemiology, disease surveillance, and data analysis and health reporting functions within HCPH. My office is responsible for conducting disease surveillance, data analysis and interpretation, and education and guidance for healthcare providers and community partners to improve health and decrease the transmission of diseases (including COVID-19) that pose a threat to Harris County. I served as the principal investigator for the

1

Embrace Hope Grant since 2022, submitted the application for the COVID-19 IMMU and IDCU grants in 2020 and 2021 and have managed it since receipt of the funding.

3. I received a Master's degree in Public Health from the University of Texas Health Science Center in Houston, Texas, and previously served in a number of public health positions at the local, state, and national levels, including as: an epidemiologist investigator and preparedness specialist for the City of Houston Health Department; a Program Manager for the Centers for Public Health Preparedness at the Association of Schools of Public Health in Washington, D.C.; and in various public health roles at the Texas Department of State Health Services, including liaison, Strategic National Stockpile coordinator, Preparedness Planner, and Regional Public Health Preparedness Manager. I have held command roles in connection with a number of public health emergencies including the H1N1 influenza (swine flu) outbreak, the state of Texas' response to the West Nile virus, and COVID-19.

**The Embrace HOPE Grant**

4. The United States Department of Health and Human Services ("HHS")/Centers for Disease Control and Prevention ("CDC") awarded the Harris Cares: Embrace HOPE (Healing, Opportunity, Prosperity, Equity) Grant (the "Embrace HOPE Grant") to Harris County on May 27, 2021. The grant awarded $27,627,507.00 in federal funding to Harris County. The initial grant period ran from June 1, 2021, to May 31, 2023, but subsequent amendments extended the grant period to May 31, 2026.

5. When HHS/CDC terminated the Embrace HOPE Grant, over $4 million of the funds remained to be distributed to Harris County.

6. Based on the grant documents, it is my understanding that the Embrace HOPE Grant is funded by money that Congress appropriated through the Coronavirus Response and Relief Supplemental Appropriations Act, 2021 ("CRRSAA").

7. The initial grant period for the Embrace HOPE Grant was June 1, 2021 to May 31, 2023. On December 15, 2022, HHS/CDC extended the end date to May 31, 2024. On February 22, 2024, HHS/CDC further extended the end date to May 31, 2026.

8. Harris County uses Embrace HOPE Grant funds for projects including: epidemiology and surveillance of over 80 notifiable disease conditions; the establishment and expansion of a wastewater surveillance program, which provides critical surveillance data for emerging and infectious diseases; the revitalization and modernization of epidemiologic surveillance systems; health and disease data modernization and visualization; the development of community health worker training; enhanced workforce development; and the release and maintenance of a public health data hub. The grant also supports Harris County in addressing COVID-19 and other disease-related health disparities, enabling it to prevent and control the transmission of COVID-19 and other diseases among high-risk and underserved populations.

9. Prior to its termination, the Embrace HOPE Grant had enabled Harris County to test 961 wastewater samples, investigate over 8,000 reported conditions, and respond to 65 outbreaks in the county.

10. The Embrace HOPE Grant supports the work of four full-time and ten temporary Harris County employees, and thirteen vendors, all of which are necessary to carry out the activities of the grant.

11. The loss of funding caused by the termination of the Embrace HOPE Grant will drastically decrease the County's disease surveillance capacity, which will undercut its ability to

rapidly detect emerging diseases and outbreaks and develop timely public health interventions to safeguard the health and well-being of Harris County residents. This will lead to slower public health response and interventions (vaccine distribution, outreach, awareness campaigns, etc.) to prevent the spread of communicable diseases and ensure the safety of county residents. Without funding, Harris County's wastewater surveillance program will cease in its entirety.

12. The Embrace HOPE Grant has enabled Harris County to conduct epidemiological and surveillance activities for over 80 notifiable disease conditions, including measles, outbreaks of sexually transmitted infections, mpox, Zika, and tuberculosis. It is especially important that Harris County be able to monitor and respond to outbreaks of these diseases due to the county's large population and status as an international and domestic travel hub. The current measles outbreak in Texas makes these activities particularly important. A prolonged loss of funding owing to the termination of the Embrace HOPE Grant will severely undermine these activities.

**The IMMU Grant**

13. On May 25, 2021, Harris County accepted $26,500,670 in funding from HHS/CDC, with the Texas Department of State Health Services ("DSHS") acting as a pass-through entity, via the IMMU Grant (formally known as the Immunization COVID-19 Grant Program). On October 12, 2021, Harris County accepted an amendment that increased the IMMU Grant budget by an additional $19,347,909.00. It is my understanding, based on the grant documents, that the IMMU Grant is funded by money that Congress appropriated in the CARES Act to expand the Immunization Cooperative Agreement program, as well as money appropriated in the CRRSAA. When HHS/CDC terminated this grant, more than $13 million of those funds remained to be paid to Harris County.

14. The IMMU Grant's funding period was initially set to run from May 26, 2021, through June 30, 2024. On May 7, 2024, Harris County accepted an amendment to its agreement with Texas DSHS that, among other things, extended the program's end date to June 30, 2025.

15. The purpose of the IMMU Grant is to support vaccine administration, call center operations (answering questions about vaccines, appointments, and vaccine-preventable diseases like perinatal hepatitis B), data analytics and informatics, disease and health reporting, immunization-related media campaigns, and community outreach and education. The grant assists Harris County in reducing health disparities related to vaccine access and increasing the uptake of COVID-19 vaccines (including yearly boosters) and non-COVID-19 vaccines, particularly among populations disproportionately affected by the outbreak of COVID-19. This funding strengthens Harris County's immunization planning and implementation, and assists it in evaluating vaccine behaviors and perceptions. The IMMU Grant has enabled Harris County to administer 7,364 mobile immunizations, conduct 340 data analysis projects, investigate 1,142 reported cases of vaccine-preventable diseases, and achieve 31 million media impressions related to immunization campaigns.

16. HCPH understood that the activities funded by the IMMU Grant were not focused exclusively on COVID-19. In the October 2021 amendment, for example, the statement of work recognized that part of HCPH's work would "focus on COVID-19, influenza, and other necessary vaccines." This understanding continued, even after the expiration of the COVID-19 "public health emergency" declaration in May 2023. For instance, on August 29, 2023, an amendment modified the statement of work to be performed under the IMMU Grant to include, among other things, ensuring "high quality and safe administration of all vaccines" and "equitable distribution and administration of all vaccines", neither excluding COVID-19 from this work nor confining the

work to COVID-19. The IMMU Grant thus helped to fund work involving administration of the measles, mumps, and rubella (MMR) vaccine.

17.     The IMMU Grant funds the work of 33 full-time employees, 31 temporary employees, and 25 vendors, all of which are required to carry out the activities of the grant.

18.     Prolonged loss of funding caused by HHS/CDC's termination of the IMMU Grant will significantly reduce the county's vaccination outreach activities, which relate to all types of vaccines, not only COVID vaccines. This will decrease vaccine access for many vulnerable populations in Harris County, including children, elderly community members, individuals with compromised immune systems, and individuals with chronic conditions. Without funding, Harris County's disease helpline (call center) will have significantly reduced ability to offer necessary services to the community and support broad services across HCPH, including scheduling clinic and vaccines appointments, providing disease guidance, and supporting community needs during disasters.

**The IDCU Grant**

19.     On August 11, 2020, Harris County accepted $1,227,447.00 in grant funding from HHS/CDC, with the Texas DSHS acting as a pass-through entity, via the Infectious Disease Control Unit Grant (the "IDCU Grant"). On September 15, 2021, the grant budget was increased by $1,534,309.00. On August 6, 2024, the grant budget was further increased by $1,150,732.00. In all, the IDCU Grant budget totaled $3,912,488.00.

20.     The funding for the IDCU Grant comes from the CARES Act and at least part was distributed via the CDC's Epidemiology and Laboratory Capacity ("ELC") program, which was established long before the COVID-19 outbreak and oversees an array of projects that strengthen the ability of public health agencies to respond to, prevent, and control known and emerging (or

re-emerging) infectious diseases. The CDC's ELC Cooperative Agreement is a mechanism that funds the nation's state and local health departments and has funded local responses to a variety of pathogens including H1N1 (swine flu), Zika, and Ebola.

21. The IDCU Grant period was initially set to begin on August 12, 2020 and end on April 20, 2022. On September 14, 2021, the end date was extended to July 31, 2023. On April 5, 2022, an amendment to the agreement between Harris County and the Texas DSHS extended the end date to July 31, 2024. On March 26, 2024, an amendment to the agreement between Harris County and Texas DSHS extended the end date to July 31, 2026.

22. When HHS/CDC terminated the grant, over $1 million of those funds remained to be paid to Harris County.

23. COVID has become endemic in Harris County. It is now a common virus seen in our community and still carries significant risk of severe health outcomes and death. Continued education and vaccination are necessary to assure improvement of the health of the community.

24. The IDCU Grant funds infectious disease surveillance, case intake, and investigation (for COVID-19 and other notifiable conditions). The grant supports Harris County in responding to the COVID-19 outbreak by enhancing case identification, improving disease surveillance, and strengthening specimen collection operations. This funding enables HCPH to conduct infectious disease case intake and investigation, including COVID-19, to mitigate the spread of the virus and protect public health. Through the grant, HCPH has investigated over 8,000 reported conditions and responded to 65 disease outbreaks countywide.

25. As with the other grants, it was understood that the activities funded by the IDCU Grant would not be focused exclusively on COVID-19, and it was clear that the grant was intended to fund activities (both COVID- and non-COVID-related) even after the COVID-19 "public health

7

emergency" declaration expired in May 2023. For example, in the August 6, 2024 amendment, the revised statement of work provided that "COVID-funded laboratory, surveillance, epidemiology, and informatics personnel may work on other respiratory pathogens and syndromes more broadly, in addition to SARS-CoV-2 and COVID-19, as long as COVID-19 testing or surveillance is included in the effort." That same revised statement of work also stated that "where COVID-19 is referenced, it will now include other respiratory pathogens and syndromes."

26. The IDCU Grant funds the work of four full-time employees and one vendor, all of which are required to carry out the activities of the grant.

27. HHS/CDC's termination of the IDCU Grant deprives HCPH of funding that is essential to HCPH's ability to rapidly detect emerging diseases and outbreaks across Harris County. This will lead to slower public health responses and interventions (vaccination distribution, outreach, and awareness campaigns, etc.) to prevent the spread of communicable diseases and ensure the safety of the county's residents. Defendant's termination of the Embrace HOPE Grant exacerbates these effects.

*(Signature on the following page.)*

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 21, 2025, at Houston, Texas.

_____
Jennifer Kiger