IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRIS COUNTY, TEXAS, et al.,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,

*Defendants*.

## DECLARATION OF ROHISH LAL

I, Rohish Lal, declare as follows:

1. My name is Rohish Lal. I am a resident of Harris County in the State of Texas. I am over the age of eighteen and have personal knowledge of all facts stated herein, except to those matters stated upon information and belief; as to the latter, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Director of the Office of Communications, Education, and Engagement (OCEE) for Harris County Public Health ("HCPH"). I have held my current position since May of 2021. I have worked for HCPH since 2021. In my current position, I am responsible for providing leadership, oversight, and overall operational management to develop and implement comprehensive and strategic initiatives in the areas of communications (including electronic and social media), health education, community outreach and engagement as well as advocacy to advance HCPH departmental objectives and overall mission. I serve as an advisor to HCPH leadership and am responsible for developing the voice of the department. My office is responsible for overseeing public information, government legislative affairs, event planning, and community-

1

wide outreach and engagement. In particular, my office is responsible for educating Harris County residents by providing them with relevant, accurate, and practical public health information that enables them to make well-informed health decisions. I have overseen activities under the Community Health Workers for Public Health Response and Resilient Communities Grant (the "CHW Grant"); those activities are done through the Outreach team that is under the Office of Communications, Education and Engagement.

3. I received a Master of Public Health degree from California State University, Northridge. Before joining HCPH, I served as Legislative Policy and External Affairs Officer and Public Information Officer for the Sonoma County Department of Health Services. I also served as Assistant Public Information Officer with the California Health and Human Services Agency, which oversees a range of public health services.

4. The United States Department of Health and Human Services ("HHS") and Centers for Disease Control and Prevention ("CDC") awarded the CHW Grant to Harris County on August 23, 2021. Taking into account subsequent amendments, HHS/CDC awarded a total of $9,749,492.00 in funding to Harris County for a period extending from August 31, 2021 until August 30, 2025.

5. When HHS/CDC terminated the CHW Grant, over $1 million of the grant funds had not been paid to Harris County.

6. Based on the grant documents, it is my understanding that the CHW Grant is funded by money that Congress appropriated through the CARES Act.

7. The initial grant award provided $2,999,755.00 to Harris County for a budget and performance period running from August 31, 2021 until August 30, 2024. On July 13, 2022, HHS/CDC issued a second award under the CHW Grant that provided an additional

$2,999,755.00. On July 3, 2023, HHS/CDC issued a third award under the CHW Grant, providing an additional $3,749,982.00. On July 15, 2024, HHS/CDC extended the grant period end date to August 30, 2025.

8. The CHW Grant funds activities involving outreach, canvassing, and education. The grant supports the training and deployment of community health workers (CHWs), whose efforts address health disparities in Harris County by strengthening partnerships with community members and organizations. The grant directly supports a team of resource navigators who help community members sign up for public benefits programs, as well as a team that uses a data-driven approach to organize community events and conduct canvassing activities that reach over 40,000 Harris County residents every year. The work supported by the CHW Grant prioritizes outreach to residents with the greatest need for public health services in order to increase awareness and utilization of Harris County's programs and services.

9. The project title listed in the various notices of award for this grant is "Before Always Has an After: Navigating Beyond the Pandemic." That is in keeping with HCPH's understanding that grant funds would be available regardless of HHS/CDC's views about COVID-19's status as a "pandemic."

10. The CHW Grant funds the work of twelve full-time employees and 19 vendors, all of which are required to carry out the activities of the grant.

11. The harmful effects of HHS/CDC's termination of Harris County's CHW Grant can be seen through its impact on the county's community outreach efforts, including the HCPH Connect and Outreach Programs.

12. Through the HCPH Connect program, Harris County has a team of state-certified resource navigators who provide vulnerable county residents with personalized, over-the-phone,

and one-on-one assistance in applying for federal, state, and local benefit programs including: SNAP food benefits; WIC program; TANF cash help; various healthcare benefits including Medicaid, Medicare Savings Program, and CHIP to help residents pay for medical bills and medications; the Healthy Texas Women program, which helps individuals pay for health exams, screenings, and family planning services; and the Harris Health System's Financial Assistance Program, which provides financial assistance for medical care for low-income county residents who have no other public or private health care benefits. The program also connects community members to additional resources and service providers for community members' needs. Without funding, the HCPH Connect program will no longer be able to operate due to the loss of staff and will not be able to support residents as it has been, adversely affecting the community members whom the program helps to connect to additional resources and health service providers they may need. The program was on track to serve nearly 2,500 individuals this year alone, and since the inception of the grant has served over 4,000 individuals in Harris County.

13.     The HCPH Outreach Team consists of CHWs who engage with community members in many ways. Through community events, they partner with businesses and organizations to engage in public spaces such as grocery stores, bakeries, flea markets, health fairs, food distribution sites, schools, clinics, and universities. They also distribute "care kits" that contain up-to-date information in both English and Spanish on COVID-19, Mpox, other HCPH programs, and additional community resources. They provide in-person and virtual presentations in English and Spanish, engage in community canvassing and phone calls, publish a bi-monthly newsletter, and run conferences, workshops, and internships. Without CHW Grant funding, the number of events the Outreach team can sustain and support will be reduced, including two

positions that perform logistics for event set-ups. This will ultimately lower the overall number of community members that the team can see each year.

*(Signature on the following page.)*

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 23, 2025, at Houston, Texas.

Rohish Lal