IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRIS COUNTY, TEXAS, et al.,

        Plaintiffs,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,

        Defendants.

## DECLARATION OF EDWARD JOHNSON

I, Edward Johnson, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Edward Johnson. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein. I provide this declaration in support of the motion for preliminary injunction.

2. I am currently the Assistant Public Health Commissioner for External Affairs for the Columbus Department of Public Health ("Columbus Public Health"). I have served as an Assistant Public Health Commissioner for close to three years. Prior to my role as Assistant Public Health Commissioner, I served Columbus Public Health as the Director of Public Health Policy for over four years.

1

3. As Columbus Public Health's Assistant Public Health Commissioner for External Affairs, I assist the Health Commissioner with representing the needs and concerns of Columbus's residents to protect their health and improve their lives.

4. The City of Columbus, Ohio, is a municipal corporation organized under Ohio law. Columbus has all the powers of local self-government and home rule under the constitution and laws of the state of Ohio, which are exercised in the manner prescribed by the Charter of the City of Columbus. Columbus, located in Franklin County, is the capital of Ohio. It is the largest city in the state and the fourteenth largest city in the United States, with a population of over 905,000, according to 2020 Census estimates. Columbus provides a wide range of services on behalf of its residents, including health services for families and children, public health, public assistance, and emergency medical care.

5. Columbus Public Health is a city agency charged with protecting the health and improving the lives of all the residents of Columbus, Ohio. Columbus Public Health works to ensure that the Columbus community is protected from disease and other public health threats and that Columbus residents are empowered to live healthier lives.

6. Columbus Public Health employs close to 600 employees who operate more than 90 different public health programs and provide critical services to residents. These programs and services include disease investigation, immunizations, and testing, treatment, and prevention of sexually transmitted infections, among others.

7. Columbus Public Health receives federal Centers for Disease Control ("CDC") grant funding to support critical public health operations across Columbus. This includes funding through an Enhanced Operations grant. Enhanced Operations funds pass through the state of Ohio and Columbus Public Health receives the money as a subgrantee of the state.

### Enhanced Operations Grant

8. The CDC, through the Ohio Department of Health, distributed Enhanced Operations funds to help localities develop an outbreak response network for disease forecasting and have access to important data to effectively support decision makers during public health emergencies. Though the development of this grant program was spurred by the COVID-19 pandemic, it was clear to Columbus Public Health that the money was not meant to be used solely, or even largely, for purposes related to COVID-19. The CDC recognized the challenges local health departments faced during the COVID-19 pandemic and wanted to provide support to localities to increase local health department preparedness for any future pandemic or disease outbreak, such as the current measles outbreak facing Ohio and other states across the country.

9. Columbus Public Health first received an Enhanced Operations award from the Ohio Department of Health on August 1, 2022. This grant was for $1.7 million and had a performance period that ran through July 31, 2023. Columbus Public Health then applied for continued Enhanced Operations funding and received a renewed award of $2.1 million on August 1, 2023, a few months after the COVID-19 public health emergency expired in May of 2023. This grant period was to end on July 31, 2024. On December 7, 2023, Columbus Public Health received a supplemental grant award of over $160,000 for the same grant period. The following year Columbus Public Health received additional Enhanced Operations funding from the Ohio Department of Health: $2.7 million on July 17, 2024 and $1.2 million on December 24, 2024. These funds came with an extension of the grant period through December 31, 2025. In total, Columbus Public Health had over $6.2 million in Enhanced Operations funding designated for use through December of 2025.

10. After receiving the award, Columbus Public Health began using Enhanced Operations funds to modernize our health systems for disease tracking and epidemiology. We used these funds to hire disease intervention specialists, who conducted infectious disease tracing, investigations, and community response coordination. Disease intervention specialists also perform venipuncture and other diagnostic tests in order to determine the presence of infectious diseases and counsel clients before and after testing. Columbus Public Health also used Enhanced Operations funding to begin upgrading Columbus's electronic health system to a software called EPIC to match the recordkeeping system used by most other hospitals and federally qualified health centers. With the understanding that CDC Enhanced Operating funds were available to the Department through December 31, 2025, Columbus Public Health planned to fund disease intervention specialists through, and complete technological modernizations by, that date.

11. To access federal funds under this grant, Columbus Public Health submits invoices from contractors or notices detailing staff salaries to receive reimbursement from the Ohio Department of Health. Like many public health agencies, Columbus Public Health operates on a reimbursement model and cannot absorb prolonged deficits without compromising services.

12. On March 25, 2025, Columbus Public Health received an email from the Ohio Department of Health informing us that the CDC terminated all of our Enhanced Operations funding. A copy of that email notice is attached hereto as Exhibit A. Columbus Public Health was not provided a reason for the termination of our funding, though I understand from public news reports that they were purportedly terminated for cause. At the time of termination, we had over nine months remaining on the performance period for our Enhanced Operations award.

13. At the time of the cancellation, Columbus Public Health still had more than $3 million left to spend on our Enhanced Operations award. We had plans to expend all of the money

4

by December 31, 2025. Now, the Grants Management Information System ("GMIS"), which we use to view and access our CDC funds, says that the grant period ended on March 24, 2025 and that our final report has been approved. We no longer have access to any of the more than $3 million that were in our account prior to March 24, 2025.

14. Before obligating funds, Columbus Public Health reported anticipated uses of the money to our designated program officer at the Ohio Department of Health. We received approval for all planned expenditures. Columbus Public Health has never received any notice of non-compliance or other negative feedback from the CDC on our usage of Enhanced Operations funds.

15. Columbus Public Health was in compliance with the terms and conditions of the Enhanced Operations grant. It was Columbus Public Health's understanding that the funds would only be terminated early if the Department failed to comply with the terms and conditions of the award. It was not Columbus Public Health's understanding that the government could terminate these grants based on the agency's belief that the COVID-19 pandemic had ended. This grant was not conditioned on COVID-19's continued status as a "pandemic" or as a "public health emergency." In fact, as discussed above, the grant was extended after the federal COVID-19 public health emergency expired in May 2023.

16. Columbus Public Health relied and acted upon its expectation and understanding that the Enhanced Operations funds would be available throughout the agreed performance period.

Impact of CDC Funding Terminations on Columbus Public Health and Columbus Residents

17. Due to the CDC's premature cancellation of our Enhanced Operation grant, Columbus Public Health has had to terminate eleven full time staff members: nine disease intervention specialists and two office assistants. These employees were charged with infectious

disease tracing, investigations, and community response coordination. They were, for example, preparing to investigate and address the current measles outbreak in Ohio. As of mid-April 2025, Ohio had twenty-four identified measles cases, including fourteen cases in Knox County, Ohio which is nearby Franklin County, Ohio, where Columbus is located. Columbus previously faced a measles outbreak in 2022 which led to eight-five cases and thirty-six hospitalizations, mostly of children under the age of five. Due to this recent experience, Columbus Public Health has a deep understanding of the significance of disease tracing and mitigation and is working hard to ensure another outbreak does not impact Columbus. These eleven staff members were a critical part of these efforts. When there was a measles outbreak in Minnesota last year, our disease intervention specialists, funded by the Enhanced Operations grant, conducted extensive outreach to communities that travel often from the Twin Cities to Columbus and we credit that work with preventing the outbreak from moving to Columbus.

18. Columbus Public Health's disease intervention specialists also support investigation and tracing of sexually transmitted diseases. These staff members encourage testing for persons who may have been exposed to an infectious disease through sexual or needle-sharing partners and conducts HIV, Hepatitis C, and other sexually transmitted disease education for target groups according to CDC's Guidelines for Education.

19. Without these critical staff members, Columbus Public Health is operating at about twenty-five percent capacity for our disease tracing and investigation work. We are left with only one disease intervention specialist and five public health nurses working on disease investigation. Though these public health nurses are trained to do disease investigation they are also separately responsible for clinical work and community outreach, and the time they spend on disease intervention and mitigation takes away from the direct services Columbus Public Health can

provide. The terminations associated with the CDC grant terminations have weakened our disease surveillance and outbreak response efforts and increased burdens on our nursing staff, all of which destabilizes our community's health and safety.

20. During my seven years at the Department, I have never seen Columbus Public Health be forced to conduct terminations due to sudden discontinuation of a federal grant. Since the grant terminations at the end of March 2025, Columbus Public Health has seen skepticism about job stability at the Department from applicants throughout our hiring process. Candidates have asked about the funding source of the position they are applying to and Columbus Public Health has seen candidates turn down positions with the Department due to concerns about funding and job stability. We have seen these impacts across departments, in positions unrelated to disease investigation.

21. Columbus Public Health had another six full time staff members partially funded through the Enhanced Operations grant. After the CDC terminated our grant, in order to keep these staff members, we moved funding from other places in our general fund to cover their salaries. This leaves less funding available for other operations and services, meaning that other programming could be harmed.

22. In addition, without our Enhanced Operations grant, data infrastructure upgrades will stall and Columbus Public Health will not be able to complete our systems upgrade to the EPIC health records system. Most hospitals and federally qualified health centers use EPIC to store patient records, but Columbus Public Health currently uses a system that is much more out of date. This creates challenges for our patients, especially those who need to access medical records when traveling or visiting other providers. Due to system incompatibility, patients' medical records may be missing information about their immunizations or other healthcare they received at city-run

clinics. Patients seeking urgent medical care may be less likely to receive efficient and effective care if their providers are unable to access medical records created during visits to city clinics. Using the same software as other providers would make it easier for our clinicians to treat patients and help patients keep track of their medical information by storing all records in the same place.

*(signature on following page)*

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2025.

EDWARD JOHNSON
Assistant Public Health Commissioner for External Affairs
Columbus Department of Public Health
City of Columbus, Ohio

Johnson Exhibit A

| | |
|---|---|
| **From:** | GMIS@Odh.ohio.gov |
| **To:** | Pettiford, Katie A. |
| **Subject:** | [EXTERNAL] GMIS Automated Bulletin Board Email: UPDATE -Revised Notice of Awards - Effective 3-24-2025 |
| **Date:** | Wednesday, March 26, 2025 5:05:37 PM |

Dear Katie Pettiford,

"On March 25, 2025, Ohio Department of Health (ODH) staff were notified through revised Notices of Awards placed in the GrantSolutions portal that the following federal grants were revised to change the period of performance end date to March 24, 2025: • Ohio Initiative to Address COVID-19 Health Disparities Among Populations Underserved and at High-Risk: (GMIS Project: Ohio Health Improvement Zones Pilot – OI23). • CK19-1904 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC): (GMIS Project: COVID-19 Enhanced Operations – EO23) • CDC-RFA-DP21-2109 Community Health Workers for COVID Response and Resilience: (GMIS Project: Community Health Worker – CW24) • CDC-RFA-IP19-1901 Immunization and Vaccines for Children. (No current GMIS Project) We are reaching out to the Centers for Disease Control and Prevention for clarification and guidance. Meanwhile, all work on any contract funded by one of the above federal grants shall be considered paused until further notice. As of the new project ending date of March 24, 2025, ODH has no further obligation under the agreement funded by the listed sources. ODH cannot compensate contractors for any work performed after the period of performance end date. Under the revised notice of award, ODH must submit a final Federal Financial Report (FFR) to CDC for these COVID-19 grants in less than 30 days. This means ODH must review and pay all invoices, complete all accounting entries, and finalize the reports in less than 30 days. In light of this short turnaround time, you will need to prepare a final invoice for work performed on these grants/projects through March 24, 2025 and submit it in GMIS for subgrants in GMIS as soon as possible but no later than April 4, 2025. Thank you for your cooperation."

This is an automated message from the GMIS Application so please do not reply.
You are receiving this email because you have been assigned the Subgrantee role access in GMIS.

This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail.