IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,**<br><br>Defendants. | |

### DECLARATION OF DANIELLE TONG

I, Danielle Tong, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Danielle Tong. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein. I provide this declaration in support of the motion for preliminary injunction.

2. I am currently the Executive Director of CelebrateOne in Columbus, Ohio. I started as Executive Director in July of 2023 and have now served in the position for twenty-one months. I was appointed to my position by the Mayor of Columbus. Prior to joining CelebrateOne, I served as the Director of Capacity Building and Community Knowledge at The Columbus Foundation. In this position I was a grantmaker and content expert on nonprofit leadership, maternal and child health, and reproductive health.

3.      CelebrateOne is a city-run initiative located within the Mayor's Office and I am an employee of the city of Columbus. CelebrateOne was started in 2014 as an effort to reduce infant mortality, improve maternal and child health outcomes, and reduce health disparities. We collaborate with local organizations, healthcare providers and community members to tackle these complex issues.

4.      As the Executive Director of CelebrateOne, I sign all of our grants and contracts. I work closely with our Director of Operations to review CelebrateOne's yearly budget and develop knowledge of all philanthropic and government-funded grants CelebrateOne receives. I am also directly responsible for ensuring that the deliverables and outcomes of our grants are met.

5.      One grant CelebrateOne had received up until a few weeks ago is the Ohio Health Improvement Zones Pilot Project grant (Project #02520021OI0123). CelebrateOne received this funding directly from the Ohio Department of Health ("ODH"), which acted as a pass-through entity, distributing federal Centers for Disease Control ("CDC") funding to localities across the state.

6.      CelebrateOne first applied for the grant funding in May of 2022. We received our initial award of $200,000 on July 1, 2022. We had until May 31, 2023 to spend those funds. CelebrateOne later submitted a proposal for an extension on the grant, which ODH granted on August 7, 2023. This extension provided us with an additional $156,000 and another year to spend our funds, so we then had until May 31, 2024 to spend $356,000. On May 6, 2024, CelebrateOne received a no-cost extension—meaning an extension of the grant performance period without additional funds—until June 30, 2025. CelebrateOne did not intend to seek any

additional funding extensions and had already contracted to expend all allocated dollars by the June 30, 2025 deadline.

7. CelebrateOne used Ohio Health Improvement Zones funding to establish a vital presence in the Far East side Columbus neighborhood, specifically serving families in the 43232 zip code. We aimed to target services to Far East side Columbus because the neighborhood has the highest infant mortality rate in Columbus and was previously underserved. CelebrateOne used CDC funding to contract with five community partners that provide critical services related to infant and maternal health, including: i) lactation and breastfeeding services; ii) fatherhood services; iii) mental health support; iv) free prenatal care; and v) legal aid services. All of CelebrateOne's Ohio Health Improvement Zones funding was used to support the Far East side Columbus community.

8. Our service offerings have not changed after the COVID-19 public health emergency expired on May 11, 2023. We did not understand our grant funding to be limited to the COVID-19 pandemic. However, the COVID-19 pandemic has made our interventions even more critical. In early 2020, Columbus saw a historically low infant mortality rate: 6.7 deaths for every 1000 live births. Unfortunately, after the start of the COVID-19 pandemic we saw an increase to 10.8 deaths in every 1000 live births, with significant disparities between White and Black families. The infant mortality rate for Black families increased forty-six percent that year, up to a rate of 15.2 deaths for every 1000 live births, much higher than the 10.8 average. CelebrateOne's targeted interventions in the 43232 zip code are even more critical as we work to recover from the impacts of the COVID-19 pandemic and bring infant mortality back to our pre-pandemic rates.

9. On March 25, 2025, CelebrateOne received an email from ODH notifying us that the federal government had unilaterally terminated several CDC grants to ODH, and that our Ohio Health Improvement Zones funding was included in those terminations. A copy of this email is attached hereto as Exhibit A. We were told that the grant had been cancelled as of the previous day, March 24th, and that ODH could not compensate contractors for any work completed after March 24, 2025. As of March 25, 2025, CelebrateOne still had roughly $103,000 of our Ohio Health Improvement Zones grant funding to spend, more than one-quarter of our total award. All of our service contracts were already in place through June 30, 2025, and we had to prematurely end our contracts with subcontractors.

10. Since CelebrateOne received the grant award we have provided monthly logs to ODH, detailing the impact of the funding on the Far East side Columbus community and the number of families served each month. CelebrateOne has never received any notice of non-compliance or other negative feedback from the CDC or ODH on our usage of Ohio Health Improvement Zone funds. CelebrateOne was in compliance with the terms and conditions of the Ohio Health Improvement Zones grant. It was not CelebrateOne's understanding that the government could terminate these grants based on the agency's belief that the COVID-19 pandemic had ended. This grant was not conditioned on COVID-19's continued status as a "pandemic" or as a "public health emergency." In fact, as discussed above, the grant was extended after the federal COVID-19 public health emergency expired in May of 2023.

11. CelebrateOne relied and acted upon its expectation and understanding that these funds would be available throughout the agreed performance period. Without CDC funding, CelebrateOne will be forced to significantly scale back services in Far East side Columbus. When CelebrateOne first applied for the Ohio Health Improvement Zones grant we identified Far

East side Columbus as a high needs area that did not have access to the same services that other communities in Columbus had. We worked with the community, through listening and design sessions, to figure out the kinds of interventions they most needed and used CDC funding to deliver those services. Without the Ohio Health Improvement Zones funding, CelebrateOne is unable to fund an intensive focus on the specific services that I mentioned above in the Far East side Columbus community. Instead, the community will be left to navigate infant mortality without support, facing the significant barriers in access to care they had before we started the Ohio Health Improvement Zones program. Unfortunately, without these CDC funds our contractors will be unable to provide the additional critical support needed in an underserved community with the highest infant mortality rate in the city.

*(signature on the following page)*

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2025.

DANIELLE TONG
Executive Director
CelebrateOne Initiative
City of Columbus, Ohio

Tong Exhibit A

Subject: [EXTERNAL] GMIS Automated Bulletin Board Email: MUST READ - Revised Notice of Award



**GMIS@Odh.ohio.gov** <GMIS@odh.ohio.gov>
to Basha, Asha

Dear Asha Basha,

On March 25, 2025, Ohio Department of Health (ODH) staff were notified through revised Notices of Awards placed in the GrantSolutions portal that the following federal grants were revised to change the period of performance end date to March 24, 2025: • Ohio Initiative to Address COVID-19 Health Disparities Among Populations Underserved and at High-Risk. • CK19-1904 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC). • CDC-RFA-DP21-2109 Community Health Workers for COVID Response and Resilience. • CDC-RFA-IP19-1901 Immunization and Vaccines for Children. We are reaching out to the Centers for Disease Control and Prevention for clarification and guidance. Meanwhile, all work on any contract funded by one of the above federal grants shall be considered paused until further notice. As of the new project ending date of March 24, 2025, ODH has no further obligation under the agreement funded by the listed sources. ODH cannot compensate contractors for any work performed after the period of performance end date. Thank you for your cooperation.

This is an automated message from the GMIS Application so please do not reply.
You are receiving this email because you have been assigned the Subgrantee role access in GMIS.

This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail.