# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS, et al.,**<br><br>          **Plaintiffs,**<br><br>v.<br><br>**ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,**<br><br>          **Defendants.** | |

## DECLARATION OF DR. MARVIA JONES

I, Marvia Jones, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Marvia Jones. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein. I provide this declaration in support of the motion for preliminary injunction.

2. I am currently Director of Health in the Kansas City Health Department. I joined the Kansas City Health Department six years ago as a division director, and I have been Director of Health for the last three years. I report to the City Manager. I have a Master's degree in Public Health and a Ph.D in Community Behavioral Psychology.

1

3. The City of Kansas City, Missouri is organized and existing under and by virtue of the laws of the State of Missouri. Its population is approximately 508,090, according to 2020 Census estimates.

4. The Kansas City Health Department is a city agency with about 290 employees. It works to measurably improve the health and health outcomes of Kansas City residents through community-directed programs, services, and collaboration.

5. In July 2021, Kansas City was awarded $3,387,087 through the CDC's Epidemiology & Laboratory Capacity Enhancing Detection Expansion ("ELC-ED") Grant, which was passed to Kansas City through the State of Missouri. The grant was scheduled to expire in June 2023. In 2023, Kansas City was given a no-cost extension of the grant period until July 31, 2025.

6. When the ELC-ED grant was first awarded in 2021, Kansas City used the funds for COVID-19 contact tracing and test kits.

7. In 2023, Kansas City began a multiyear project, funded by the ELC-ED grant, to develop laboratory capacity within its city government to test for COVID-19, influenza, measles, sexually-transmitted diseases, and other infectious diseases. Kansas City does not presently have the capacity to run these tests. Instead, potentially-infected individuals are tested in private facilities, or we send samples for testing to the state government in Jefferson City. Having to send samples to the state government delays the turnaround time for test results.

8. This project required Kansas City to first train staff on testing procedures and undergo a certification process for its facilities. The last step in the process was to actually purchase the lab equipment, once everything else was in place. Kansas City was, in March 2025, midway through the procurement process to purchase this equipment. We were on track to

purchase the equipment by the time the grant funds were scheduled to expire on June 30, 2025. We anticipated spending at least $500,000 of the $1.5 million remaining funds on equipment by the end of June.

9. On March 28, 2025, we received a letter from the Missouri Department of Health and Senior Services notifying us that the ELC-ED grant had been terminated, effective March 24. A copy of the letter is attached as Exhibit A. It instructed us to submit all invoices by March 31 and complete all other required reporting by April 15. Closing out a grant is normally something for which we plan ahead months in advance, and it was challenging for our staff to get all of the bills and other closeout documents together in such a short period of time.

10. Kansas City cannot presently afford to purchase the lab equipment without federal funding, and it does not know if or precisely when it would be able to do so in the future.

11. In 2023, Kansas City was awarded $607,200 under the ELC Expansion for Community Health Workers ("CHW") Grant, passed through the State of Missouri. The grant was intended to help improve health care access for Kansas City residents with chronic conditions that put them at higher risk of developing complications from COVID-19 or other infectious diseases. In 2024, the grant was renewed, and we were granted an additional $607,200. Missouri indicated to us in July 2024 that the CHW grant would be renewed again, and in late January 2025 it notified us they were processing the renewal contract.

12. Kansas City used the CHW grant funds to hire community navigators to work with community members who had been particularly vulnerable to COVID-19, understanding that they would remain more vulnerable to future public health concerns. The community navigators work to improve these individuals' access to health care. Community navigators are stationed at public housing complexes across Kansas City and work to screen people for

common untreated health issues, such as high blood pressure. They connect people with chronic diseases to health care providers and access to prescription medications.

13. The program proved very successful. We saw increases in the number of people connected to health care and the number of people who were able to access prescription medications. In 2024, the program assessed 675 people for underlying health conditions, referred 781 people to relevant services, and held 189 educational sessions. Last year, we applied for and were awarded a separate federal public health infrastructure grant, which we intended to use in part to expand the scope of the program.

14. We have approximately eight individuals serving in the community navigator role. We intended to use the additional funding to hire at least eight more staff, which should have roughly doubled our impact in the community.

15. On March 25, 2025 Kansas City received an email from the Missouri Department of Health and Senior Services notifying us that the CHW grant had been terminated, effective March 24. A copy of that email is attached as Exhibit B.

16. We are now using the public health infrastructure grant funding to pay our pre-existing eight employees. The CHW funding termination has prevented us from expanding this successful program.

17. Kansas City was awarded $820,153 through the COVID-19 Adult Vaccination Supplemental ("AVS") Grant, also passed through the State of Missouri. The grant was first awarded in February 2021 and was scheduled to end in January 2024. It was then extended until June 30, 2025.

18. Kansas City used the AVS grant funding to vaccinate uninsured adults. The funding was initially used primarily for COVID-19 vaccinations, but more recently we used it to administer other vaccinations, such as the Hepatitis B vaccination.

19. On March 25, 2025 Kansas City received a notice from the State of Missouri notifying us that the AVS grant had been terminated, effective March 24. A copy of that notice is attached as Exhibit C. At the time of termination, we had $30,000 in unspent AVS funds.

20. As a result of the termination, we have been forced to pull from other sources of funds to continue to administer vaccines. This leaves us with less funding available for other important programming.

21. In June 2021, Kansas City was awarded $3,674,514 from the CDC through the National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities ("Health Disparities") Grant. This was a direct grant from the CDC. It was originally scheduled to end May 31, 2023, and the CDC then extended it until May 31, 2025.

22. Kansas City used the Health Disparities Grant to train workplaces, community-based organizations, and other entities on public health best practices. For example, our staff trained offices on how to avoid the spread of illness and how to use personal protective equipment. Our staff also ran education programming at community events on the safety and importance of the COVID-19 vaccine. More recently, we used the funding to educate the public on the importance of other vaccines, including the measles vaccine. Our staff also trained medical providers on best practices for explaining vaccines to patients.

23. The work our staff did under this grant helped Kansas City respond to the COVID-19 pandemic, but it also helped make our city safer for future public health concerns.

24. We intended to use remaining funds to do a burst of outreach this spring that we are now unable to do.

25. On March 25, 2025 we heard from colleagues in other cities that CDC funding had been terminated, and that we should look in the grant portal for a notice. I directed our finance director to check the portal, where we located the notice of termination. That document is attached as Exhibit D. The notice was effective the previous day, March 24. The notice claimed the termination was for cause, with the cause being "the end of the pandemic." The notice instructed us that no additional costs could be incurred, and that we must submit all closeout reports within 30 days of the notice. About $480,000 of this grant funding has not been spent.

26. After the Health Disparities Grant was terminated, we were able to avoid laying off the staff who did this work by shifting them to our public health infrastructure grant. Because they now work under a different grant with different requirements, they are unable to continue workplace trainings, nor can they focus on vaccines or communicable diseases. They are instead doing public education on chronic health conditions, such as heart disease. This leaves us less well-prepared for the outbreak of another communicable disease.

27. Kansas City was in compliance with the terms and conditions of the ELC-ED, CHW, AVS, and Health Disparities grants. It was our understanding that the funds awarded by these grants would be available throughout their performance periods and that they would only be terminated early if Kansas City failed to comply with the terms and conditions of the awards.

28. The CDC conducted an annual site visit for the Health Disparities grant, and it had consistently provided positive feedback. The most recent site visit took place around fall 2024.

29. It was not Kansas City's understanding that the government could terminate these grants based on the agency's belief that the COVID pandemic had ended. These grants were not conditioned on COVID's continued status as a "pandemic" or as a "public health emergency." In fact, some of these grants were extended after the federal COVID-19 public health emergency formally expired in May 2023.

30. As described above, Kansas City relied and acted upon its expectation and understanding that these funds would be available throughout the agreed performance periods.

*(signature on following page)*

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2025.

MARVIA JONES
Director of Health
Kansas City, MO Health Department

Jones Exhibit A


**Missouri Department of Health and Senior Services**
P.O. Box 570, Jefferson City, MO 65102-0570 | Phone: 573-751-6400 | FAX: 573-751-6010
RELAY MISSOURI for Hearing and Speech Impaired and Voice dial: 711


**Sarah Willson**
Director

**Mike Kehoe**
Governor

3/28/2025

CITY OF KANSAS CITY-
HEALTH
ATTN: Dr. Marvia Jones
2400 Troost, Suite 4000
Kansas City, MO 64108-2854

RE: Epidemiology and Laboratory Capacity (ELC) Enhancing Detection (ED) Expansion Contract No. DH220051269

Dear Dr. Marvia Jones:

This letter is regarding the above-referenced contract between the Department of Health and Senior Services (DHSS) and CITY OF KANSAS CITY-HEALTH, including all amendments to said contract executed before the date of this letter.

On March 25, 2025, DHSS received notification from the Centers for Disease Control and Prevention that further use of the cooperative agreement that supported the above referenced contract was terminated, effective March 24, 2025, and that no further activities could be conducted, and no additional costs could be incurred. As such, DHSS must terminate Contract No. DH220051269, including all amendments thereof, as allowed by paragraph 15.1:

> 15.1 The Department, in its sole discretion, may terminate the obligations of each party under this contract, in whole or in part, effective immediately upon providing written notification to the contractor if:
> 15.1.1 State and/or federal funds are not appropriated, continued, or available at a sufficient level to fund this contract.

**This letter shall serve to notify CITY OF KANSAS CITY-HEALTH of DHSS's termination of Contract No. DH220051269, including all amendments thereof, effective 3/24/2025. In order for DHSS to meet federal reporting requirements in place by the funding termination, all invoices must be submitted no later than close of business March 31, 2025 and all other contractually required reporting must be submitted by April 15, 2025.**

Sincerely,

*Amy Blankenship*

Amy Blankenship, MPA, CGFM
Deputy Director of Administration

**PROMOTING HEALTH AND SAFETY**
The Missouri Department of Health and Senior Services' vision is optimal health and safety for all Missourians, in all communities, for life.

Jones Exhibit B

This electronic communication is from the Missouri Department of Health and Senior Services and is confidential, privileged and intended only for the use of the recipient named above. If you are not the intended recipient or the employee or agent responsible for delivering this information to the intended recipient, unauthorized disclosure, co distribution or use of the contents of this transmission is strictly prohibited. If you have received this message in er please notify the sender immediately at the following e-mail address tiffani.muessig@health.mo.gov  or by calling 522-2840. Thank you.

---

**From:** Muessig, Tiffani
**Sent:** Tuesday, March 25, 2025 3:47 PM
**To:** 'bridget.cooks@kcmo.org' <bridget.cooks@kcmo.org>
**Subject:** Urgent-Notice of Funding Termination
**Importance:** High

The Department of Health and Senior Services was notified this morning by the Centers for Disease Control and Prevention that three COVID funding streams were terminated effective yesterday, March 24, 2025, at 11:59 p.m. were not given advance notice of this decision. Awards impacted include COVID-related grants addressing health disparities and immunization, as well as certain portions of ELC. It is not clear if additional awards will be terminate the future.

This action specifically impacts the future of the ELC Community Health Worker Initiative as the Department will be unable to proceed with renewing contracts as anticipated.

This unexpected termination of awards by the CDC leaves the department and our valued partners in a very difficu situation. As you work through the impact of this information, please know we are doing the same. We are availabl answer questions so please do not hesitate to reach out.

Thank you for your partnership and understanding.

*Tiffani Muessig*

Missouri Department of Health and Senior Services
Bureau of Cancer & Chronic Disease Control
920 Wildwood Drive, P.O. Box 570
Jefferson City MO 65102-0570
Phone:  (573) 522-2840
FAX: (573) 522-2898

CONFIDENTIALITY STATEMENT
This electronic communication is from the Missouri Department of Health and Senior Services and is confidential, privileged and intended only for the use of the recipient named above. If you are not the intended recipient or the employee or agent responsible for delivering this information to the intended recipient, unauthorized disclosure, co distribution or use of the contents of this transmission is strictly prohibited. If you have received this message in er please notify the sender immediately at the following e-mail address tiffani.muessig@health.mo.gov  or by calling 522-2840. Thank you.

Jones Exhibit C



**Jones, Marvia** <Marvia.Jones@kcmo.org>
to Rand, William, Dillard, Jacqueline, Jouhari, Naser

Tue, Mar 25,

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Brenneke, Lori <Lori.Brenneke@health.mo.gov>
**Sent:** Tuesday, March 25, 2025 1:52:51 PM
**Subject:** Notice of Funding Termination

LPHA Administrators:

The Department of Health and Senior Services was notified this morning by the Centers for Disease Control and Prevention that three COVID funding streams were terminated effective yesterday, March 24, 2025, at 11:59 p.m. were not given advance notice of this decision. Awards impacted include COVID-related grants addressing health disparities and immunization, as well as certain portions of ELC. It is not clear if additional awards will be terminate the future.

The contracts with LPHAs that are impacted include:

ELC-EDE or EDEX LPHA Contracts

COVID-19 Health Disparities Contracts

COVID-19 and Adult Vaccination Supplemental Contracts

**Work that has been already completed:** Any invoices for work performed prior to the termination of federal fundi must be submitted for payment by close of business on March 31, 2025. Any invoices submitted after this date will eligible for reimbursement. We realize this is a short timeframe. The reason for the short turnaround is the work th occur to be compliant with the CDC's thirty-day final reporting period. We extended through the weekend to try to as much time as possible.

**Future work:** No work occurring beyond 11:59 p.m. on March 24, 2025, will be eligible for reimbursement. The department will send a formal contract termination soon.

This unexpected termination of awards by the CDC leaves the department and our valued partners in a very difficu situation. As you work through the impact of this information, please know we are doing the same. We are availabl answer questions and intend to proactively reach out with a phone call to answer any additional questions that we

I realize that this message may not affect every LPHA, and every LPHA may not have all of these contracts, but it easier to communicate broadly. Thank you for your partnership and understanding. We have been working tireles since early this morning to analyze all the impacts and communication to all effected.

Jones Exhibit D

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH75OT000012-01-05
FAIN# NH75OT000012
Federal Award Date: 03/24/2025

## Recipient Information

1. **Recipient Name**
   KCMO HEALTH DEPT
   2400 TROOST AVE STE 4300
   KANSAS CITY, MO 64108-2666
   --

2. **Congressional District of Recipient**
   05
3. **Payment System Identifier (ID)**
   1446000201A1
4. **Employer Identification Number (EIN)**
   446000201
5. **Data Universal Numbering System (DUNS)**
   040710712
6. **Recipient's Unique Entity Identifier (UEI)**
   UW7DM68M5KF4
7. **Project Director or Principal Investigator**
   Ms. Dinyelle Baker
   Program Manager
   dinyelle.baker@kcmo.org
   816-513-7914
8. **Authorized Official**
   Ms. Vickie Watson
   vickie.watson@kcmo.org
   816-513-6241

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Mr. Derick Wheeler, II
   Grants Management Specialist
   tie2@cdc.gov
   678-475-4972

10. **Program Official Contact Information**
    Sophie Xie
    Program Officer
    qvf9@cdc.gov
    770-488-6692

## Federal Award Information

11. **Award Number**
    6 NH75OT000012-01-05
12. **Unique Federal Award Identification Number (FAIN)**
    NH75OT000012
13. **Statutory Authority**
    317(K)(2) OF PHSA 42USC 247B(K)(2)

14. **Federal Award Project Title**
    COVID interventions for high risk and undeserved populations in Kansas City. Primarily the Hispanic Community and Low SES employees, small businesses and the associations/chambers that serve them.

15. **Assistance Listing Number**
    93.391
16. **Assistance Listing Program Title**
    Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises
17. **Award Action Type**
    Terminate
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | |
|---|---|
| 19. Budget Period Start Date 06/01/2021 - End Date 03/24/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $3,674,514.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $3,674,514.00 |
| 26. Period of Performance Start Date 06/01/2021 - End Date 03/24/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $3,674,514.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Mrs. Erica Stewart
    Team Lead, Grants Management Officer

30. **Remarks**

Department Authority

Page 1

| | | |
|---|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES** | Notice of Award | |
| Centers for Disease Control and Prevention | Award# 6 NH75OT000012-01-05 | |
| | FAIN# NH75OT000012 | |
| | Federal Award Date: 03/24/2025 | |

| Recipient Information | 33. Approved Budget<br>(Excludes Direct Assistance) | |
|---|---|---|
| **Recipient Name**<br>KCMO HEALTH DEPT<br>2400 TROOST AVE STE 4300<br>KANSAS CITY, MO 64108-2666<br>-- | I. Financial Assistance from the Federal Awarding Agency Only<br>II. Total project costs including grant funds and all other financial participation | |
| | a. Salaries and Wages | $958,406.00 |
| | b. Fringe Benefits | $457,044.00 |
| | c. Total Personnel Costs | $1,415,450.00 |
| **Congressional District of Recipient**<br>05 | d. Equipment | $0.00 |
| **Payment Account Number and Type**<br>1446000201A1 | e. Supplies | $47,060.00 |
| **Employer Identification Number (EIN) Data**<br>446000201 | f. Travel | $5,854.00 |
| **Universal Numbering System (DUNS)**<br>040710712 | g. Construction | $0.00 |
| **Recipient's Unique Entity Identifier (UEI)**<br>UW7DM68M5KF4 | h. Other | $100,870.80 |
| | i. Contractual | $1,864,869.20 |
| | j. TOTAL DIRECT COSTS | $3,434,104.00 |
| | k. INDIRECT COSTS | $240,410.00 |
| **31. Assistance Type**<br>Project Grant | l. TOTAL APPROVED BUDGET | $3,674,514.00 |
| **32. Type of Award**<br>Other | m. Federal Share | $3,674,514.00 |
| | n. Non-Federal Share | $0.00 |

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000012C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH75OT000012-01-05
FAIN#  NH75OT000012
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

KCMO HEALTH DEPT                                      6 NH75OT000012-01-05

1. NH75OT000012--Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred. Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required