| | |
|---|---|
| **HARRIS COUNTY, TEXAS, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,** | |
| **Defendants.** | |

## DECLARATION OF BRADLEY THOMPSON

I, Bradley Thompson, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1.      My name is Bradley Thompson. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein. I provide this declaration in support of the motion for preliminary injunction.

2.      I am currently the Grants and Contracts Coordinator for the Metropolitan Government of Nashville and Davidson County Department of Public Health ("Nashville Public Health"). I have been in this or other roles relating to grants for eighteen years, and have worked for Metropolitan Government of Nashville and Davidson County ("Nashville") for twenty.

3.      As the Grants and Contracts Coordinator, I handle all grant applications in the department, including the grants between Nashville Public Health and the state of Tennessee or the federal government.

*Federal Public Health Grants*

4.      In 2021 and 2022, the State of Tennessee informed my department that they were prepared to provide two grants to help us respond to the COVID-19 pandemic.  Therefore, I oversaw the processing for both grants: the Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases grant (ELC), and the Immunization and Vaccines for Children grant (VFC).

5.      We initially received $9 million under the VFC grant.  We amended and renewed our VFC grant contract for over $4.3 million effective beginning July 2023 through June 30, 2026. The contract included supplemental COVID-19 vaccination funding to support vaccines for children.

6.      The ELC provided approximately $26 million in funding.  Included in that total is our ELC grant renewal and amendment of the contract for $8.3 million for the grant period of July 1, 2023 through July 31, 2026.

7.      We received a memorandum from the state that our ELC and VFC grants were terminated as of March 24, 2025.  There was no reason provided in the memo explaining the termination.  A copy of the memorandum is attached hereto as Exhibit A.

8.      In 2021, we applied for and were awarded a total of $3 million through the Community Health Workers (CHWs) for COVID Response and Resilience grant from the Centers for Disease Control and Prevention.

9.      We received a "Notice of Award" from the CDC dated March 24, 2025 *terminating* our CHW grant.  The Notice alleged that the CDC was terminating the grant for cause. A copy of the "Notice of Award" is attached hereto as Exhibit B. This document further contained the unusual

requirement that Nashville Public Health submit all closeout reports within 30 days of the date of the Notice of Award.  The standard closeout period for federal grants is 90-120 days.

*Harm From Sudden Terminations*

10.    In total, approximately $8.6 million remains on these three grants: $6.3 for the ELC grant; $1.9 for the VFC grant and over $464,000 for the CHW grant.

11.    This sudden loss of funds is disruptive to our budgeting process.

12.    We also have contracts with community partners that we had to immediately halt: we had to stop all funding for the work that two vendors that were carrying out the CHW work.

13.    In addition to the layoffs, program disruptions and terminations, the termination sent to us by the CDC causes harm to Nashville's ability to obtain future federal grants.  This is because even though our termination looks almost identical to many around the country and does not provide any explanation or allegation of what Nashville has done, it terminates our grant "for cause."

14.    In my experience, federal grants are typically only terminated for cause where a grantee has seriously violated some sort of rule.  In my twenty years working for Nashville, I do not remember ever seeing a termination for cause in our department.

15.    Having a grant termination for cause on your record likely makes Nashville less competitive for the future grant awards. For example, the State of Tennessee requires that Nashville certify that we "have not within a three (3) year period preceding… had one or more public transactions (federal, state, or local) terminated for cause or default."  After this CHW termination for cause, we can no longer certify to this effect and will have to include an addendum for the next three years to explain this termination.

*(signature on following page)*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April

_22_, 2025.

BRADLEY THOMPSON
Grants Manager and Coordinator
Department of Public Health
Metropolitan Government of Nashville and
Davidson County

Thompson Exhibit A



## MEMORANDUM

**DATE:**   March 25, 2025

**TO:**   Federal Funds Recipients

**FROM:**   Ralph Alvarado, MD, FACP, Commissioner

**RE:**   Federal Funding Terminations

---

This memorandum is to advise you that this morning the federal Department of Health and Human Services, Centers for Disease Control and Prevention notified the Tennessee Department of Health that the following grants were terminated as of yesterday, March 24, 2025:

(1) ELC-EDx, or Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC) - Building and Strengthening Epidemiology, Laboratory and Health Information Systems Capacity;
(2) CDC-RFA-IP19-1901 Immunization and Vaccines for Children; and
(3) Tennessee COVID-19 Health Disparities Initiative.

Due to this decision by the federal government, the funding source for your services has been eliminated, which unfortunately means that the Department no longer requires your services at this time. Please, immediately stop all activities related to these grants, and please gather and submit all invoices related to work on these grants up to March 24, 2025. Invoices related to work on these grants must be submitted by Friday, April 11, 2025, though anything submitted sooner will be appreciated. Please coordinate all efforts through your departmental contact for this award.

Thank you for the work you have engaged in with our department and your understanding of this abrupt shift in plans due to the decision to engage in an immediate termination of funding from the federal government.

Thompson Exhibit B

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU58DP006999-03-10
FAIN# NU58DP006999
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
NASHVILLE & DAVIDSON COUNTY,
METROPOLITAN GOVERNMENT OF
311 23rd Avenue North
Nashville, TN 37203-1503
(615) 862-8860

**2. Congressional District of Recipient**
05
**3. Payment System Identifier (ID)**
1620694743A3
**4. Employer Identification Number (EIN)**
620694743
**5. Data Universal Numbering System (DUNS)**
078217668
**6. Recipient's Unique Entity Identifier (UEI)**
LGZLHP6ZHM55
**7. Project Director or Principal Investigator**

Ms. Chemyeeka  Tumblin
Program Director
Chemyeeka.Tumblin@nashville.gov
912-592-9309

**8. Authorized Official**

Dr. Melva  Black
Deputy Director
melva.black@nashville.gov
615-340-8549

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Mr. Daniel Jackson
Grants Management Specialist
qpz2@cdc.gov
(678) 475-4577

**10. Program Official Contact Information**

Ms. Perrin  Hicks
Program Officer
swy2@cdc.gov
7704880826

## Federal Award Information

**11. Award Number**
6 NU58DP006999-03-10
**12. Unique Federal Award Identification Number (FAIN)**
NU58DP006999
**13. Statutory Authority**
Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") Public Law 116-136 Public Health Service Act 42 U.S.C. 301(a)
**14. Federal Award Project Title**
CDC National initiatives to address COVID-19 Disparities in the Nashville, TN area

**15. Assistance Listing Number**
93.495
**16. Assistance Listing Program Title**
Community Health Workers for Public Health Response and Resilient

**17. Award Action Type**
Terminate
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 08/31/2023 **- End Date** 03/24/2025 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| | 20a. Direct Cost Amount | $0.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| **21.** | Authorized Carryover | $0.00 |
| **22.** | Offset | $0.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $1,000,000.00 |
| **24.** | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** | **Total Federal and Non-Federal Approved this Budget Period** | $1,000,000.00 |
| **26.** | **Period of Performance Start Date** 08/31/2021 **- End Date** 03/24/2025 | |
| **27.** | Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $3,000,000.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**

Ms. Tajsha LaShore

## 30. Remarks

Department Authority

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU58DP006999-03-10
FAIN# NU58DP006999
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
NASHVILLE & DAVIDSON COUNTY,
METROPOLITAN GOVERNMENT OF
311 23rd Avenue North
Nashville, TN 37203-1503
(615) 862-8860

**Congressional District of Recipient**
05

**Payment Account Number and Type**
1620694743A3

**Employer Identification Number (EIN) Data**
620694743

**Universal Numbering System (DUNS)**
078217668

**Recipient's Unique Entity Identifier (UEI)**
LGZLHP6ZHM55

### 31. Assistance Type
Project Grant

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $215,561.00 |
| **b. Fringe Benefits** | $97,746.00 |
| **c. Total Personnel Costs** | $313,307.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $33,999.00 |
| **f. Travel** | $13,572.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $0.00 |
| **i. Contractual** | $549,552.00 |
| **j. TOTAL DIRECT COSTS** | $910,430.00 |
| **k. INDIRECT COSTS** | $89,570.00 |
| **l. TOTAL APPROVED BUDGET** | $1,000,000.00 |
| **m. Federal Share** | $1,000,000.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 2-9390H3H | 21NU58DP006999C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |
| 3-9390H3H | 21NU58DP006999C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |

# AWARD ATTACHMENTS

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred. Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required