**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**HARRIS COUNTY, TEXAS, et al.,**


        **Plaintiffs,**

**v.**


**ROBERT F. KENNEDY, JR., in his official**
**capacity as Secretary of the United States**
**Department of Health and Human Services,**
**et al.,**

        **Defendants.**

---

## DECLARATION OF THOMAS SHARP

I, Thomas Sharp, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1.      My name is Thomas Sharp.  I am over eighteen years old, of sound mind, and fully competent to make this declaration.  I also have personal knowledge of the factual statements contained herein.  I provide this declaration in support of the motion for preliminary injunction.

2.      I am currently the Director of Policy and Legislative Liaison for the Metropolitan Government of Nashville and Davidson County department of public health, or Metro Public Health Department ("MPHD").  I have served in this role for almost 15 years.

3.      Our mission at MPHD is to protect, improve, and sustain the health and well-being of all people in Nashville and Davidson County.  The MPHD serves the city-county jurisdiction of Nashville and Davidson County which includes urban, suburban, and rural areas, and is home

to a population of approximately 700,000.  It provides a long list of services to residents, including clinical health services, epidemiological tracking of health status and health surveillance, public education, and emergency preparedness coordination, to name a few. Nashville receives funding from the Centers for Disease Control ("CDC") (and other sources) for these services, including providing immunizations to children, conducting health screenings, resource navigation, and educating residents on how to prevent spread of communicable diseases.

4.      As the Policy Director and Legislative Liaison, I handle the approval by our Metropolitan Council for all grants to or from the Public Health department.  Because I manage the process by which the council approves any agreements relating to the grants, that includes the three grants at issue in this declaration.  I am also involved in a number of other department responsibilities, including serving on hiring panels for the department, amending the charter for the health department, and problem solving for teams.

5.      When COVID-19 was at its peak, we received two grants from the Centers for Disease Control and Prevention (CDC) through the state of Tennessee, which acted as a pass-through entity, for the pandemic response: (1) the Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC) grant and (2) the Immunization and Vaccines for Children (VFC) grant.

6.      We also applied for and were awarded a total of $3 million through the Community Health Workers for COVID Response and Resilience (CHW) grant directly from the CDC.  Our grant agreement has changed over time, but generally we provided services related to COVID-19 prevention and treatment: testing, contact tracing and immunizations, particularly in high-risk communities.

7.     On March 25, 2025, we received a document labeled "Notice of Award" from the CDC that in fact stated our CHW grant was terminated and ended on March 24, 2025 "for cause." Around the same time, I was also informed that our ELC and part of our VFC grants were terminated.

*Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC) grant*

8.     The ELC grant provides essential funding for epidemiological and lab needs that the Public Health department uses to track and prevent disease.  Initially, we used the ELC funding to address the immediate needs of the pandemic: contact tracing and emergency response.  At the height of the pandemic, we had up to 100 temporary employees working on contact tracing and case investigation for COVID-19. We used the ELC funding to reach the communities in our county that had the highest incidence of the disease.  We discovered that there were several barriers to preventing the spread of COVID-19, including misinformation or lack of information, lack of transportation, mistrust of the government, and a host of other issues. Our nurses went into our communities and provided information, recommendations, masks, COVID-19 tests, and eventually vaccines.  As a result of the success of this program, we reached a 61.8% vaccination rate in Metro Nashville-Davidson County.

9.     Our epidemiologists trace diseases including COVID-19 and Mpox, where they show up, and detect where there are higher incidences of the disease.  They also notify people exposed when a case is confirmed, including calling contacts to inform them.

10.     COVID-19 has become endemic in Davidson County.  It is now a common virus seen in our community and still carries risk of severe health outcomes and death, particularly for at-risk people.  Continued education and vaccination help improve the health of the community.

11.     Until the grant was terminated, we leveraged the ELC funds to run a program where we partnered with 85 community partners to provide free COVID tests to community members. Working with trusted partners in the community means that we can more effectively reach communities so they can have access to tests and prevent the continued spread of COVID.   These tests now not only test for COVID—they are a combined flu and COVID test.  They can be very useful to protect vulnerable populations and prevent the spread of sickness.

12.     Because of the termination of the ELC grant, we had to let the staff person managing this program go.  The day after the employee's last day, we received a shipment of several thousand tests that the employee's supervisor had to manage herself on top of her normal responsibilities to distribute amongst the 85 community partners.

13.     In addition to losing this staff person because of the loss of ELC funding, we will be forced to end the program itself.  We were meant to have several more shipments of tests in the following months—roughly $200-300,000 worth of tests—and now these are all canceled. This will mean that possibly hundreds of our residents will not have access to free, easily accessible COVID and flu tests.

14.     During COVID, we faced serious crises with the confluence of people who faced homelessness and the need to isolate people during the pandemic.  To address the issue, we bought some free-standing shelters to use. After the emergency ended, we had two employees under the ELC grant working to facilitate and coordinate the use of the shelters for the unhoused. They have worked on creative solutions for using these pallet homes as temporary individual shelters.  The homelessness problem did not disappear after the pandemic, so the work of these employees continued to add value to the community.  We were forced to let go of both people from employment because of the funding termination.  The program is also now on pause.

4

15.     The loss of the ELC funding also means a loss of several new projects which were in process.  We had started working on a campaign to address long-COVID.  Residents suffering from long-COVID often have symptoms they do not understand, and do not know about the treatments that might be available for these symptoms.  We also purchased new software called PolicyMap, which had the potential of providing detailed data on important geographical trends, such as clusters of diagnoses across the county.  One of the employees that we had to let go was the only person in our unit trained on this software.  Without the additional staff we have had to move these potential projects into a different department.

*Immunization and Vaccines for Children (VFC) grant*

16.     We received the VFC grant through the state of Tennessee and incorporated the funding to provide services to children in our community. These funds provided staff for immunization and vaccines that children need—not just for COVID, but most vaccines that children need, including those required to enroll in public school.

17.     Our VFC-funded program is one of our most successful programs.  Learning from our community outreach experiences during COVID, we discovered that our method of meeting the community in their neighborhoods and gathering places was an effective way to communicate with residents about their health and how to maximize it.  During COVID, we saw high incidence of the disease in certain areas of the county and realized we needed to take a different approach if we were going to stop the spread of the disease.  Therefore, we created a team that would travel into neighborhoods to deliver vaccine and testing services in conjunction with trusted messengers from the community.

18.     We now call this group of health workers our mobile health unit, or the "strike team."  The work of this program has proved useful not just for prevention and reduction of spread

of disease but has had successes with families struggling to meet the enrollment requirements for school.

19.     For example, both vaccines and physicals are required to enter into the public school system here, and children are not permitted to attend school if they do not have access to these health services or documentation of the same.  For 7th grade, there are additional vaccines required, and we found that this was a barrier to enrollment for many.  The strike team's approach of education, outreach, and community-based health services mitigates this problem, meaning in addition to improving our public health, we also improved our public education system.

20.     These programs are so important that when we received word that we were losing funding, we sacrificed to keep our strike team at least for now.  This comes at a price.  In order to keep this program and its staff, we moved funds from one line to another in our budget, which will likely mean that other programming will be affected.  For example, we have vacancies in our school nursing program, and if the federal funding originally paying for our strike team is not reinstated, we will be less able to fill those vacancies or will have to find some other source of funding.  Moreover, the funding shift means our strike team is no longer able to provide vaccines and outreach to children outside of the public school system—meaning the strike team cannot attend community events or partner with some of the community organizations they used to work with on a regular basis.

21.     Finally, because of the success of the strike team, we were planning to use VFC funding to purchase a mobile medical unit for the team.  This would have been very helpful in their efforts as they go out into the community—they would have all of their equipment more easily available, private spaces to treat patients, and transportation out to the neighborhoods where they went.  This effort is now canceled because of the VFC funding termination.

*Community Health Workers (CHW) grant*

22.     Our CHW grant funded up to 16 people who provided social and health service screening across five health clinics in our county.  They screened an average of 119 residents a month and provided 161 resource navigation services (referrals or incidents of assistance) to our county residents per month.

23.     Patients regularly come to our clinics with chronic illness, behavioral health, and/or addiction issues.  Our community health workers help patients address these issues not only through the health screenings, but also by addressing the problems exacerbating these health conditions, including, critically, the lack of health insurance, among other needs.

24.     Navigation and early health screening of our residents makes a big difference for the community and for the costs of health care provision across the board.   When people are screened early, we can reduce chronic disease, prevent severe complications from diseases, reduce visits to the ER, and lower costs to our healthcare system overall.  For example, when the federal Department for Health and Human Services ("HHS") reinstated the requirement for annual recertifications for Medicaid (which had been waived during COVID), we saw countless eligible people about to lose their health insurance.  Our navigators were able to prevent some of this loss.

25.     Because of the importance of the work, we took steps to keep two of the funded staff positions. Shifting the positions within our department will have implications for our budget, our other grants, and may harm the other services we planned to provide.  For the remainder of the community health workers, we had to stop reimbursing for the positions at both vendors.

26.     Two external vendors, the Siloam Health Center (Siloam) and the Matthew Walker Comprehensive Care Center (Matthew Walker) carried out the remainder of our resource navigation and health screening work under the CHW grant.  We funded two full-time staff at

Siloam and four and a half positions at Matthew Walker.  Matthew Walker is a Federally Qualified Health Center, and Siloam is a comprehensive, whole-person health care organization. These organizations are community health clinics that provide essential health services to our residents. They are deeply trusted in the community and therefore highly effective.  The terminations by CDC have canceled all funding for these positions, and thus the funding for these staff at Matthew Walker and Siloam has been thrown into disarray.

27.     As a result of the terminations by the CDC, all of our navigation screenings in all five clinics have decreased.

28.     Moreover, this loss of funding does not mean the need for such services has ended. Instead, it means nurses and other healthcare professionals in our clinics will take on the added burden of helping when they are asked about resources or discover an obvious need for resource navigation.  Our staff care deeply about their patients and will not turn people away when they seek assistance.  This will mean hardworking people will be forced to do more with less.

29.     Six of the 16 positions described above were intended for a new program.  The job openings were posted, but now we have been forced to stop the hiring process.  These positions would have been in partnership with our Office of Homeless Services, focused on resource navigation for our unhoused population.

30.     Our unhoused community members face a long list of challenges beyond health issues, including accessing transportation, accessing healthcare, and other complex issues that prevent them from getting back on their feet again.  Now that we cannot even post these positions, people will undoubtedly be faced with problems that could exacerbate their already difficult struggle.

31.    The sudden layoffs, decreases in services for the community, and cancellations of funding to trusted community partners are all disruptive for the MPHD as well as the community it serves and has the potential to undermine trust in the government.

*(signature on following page)*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

April 24, 2025.


THOMAS SHARP
Director of Policy and Legislative Liaison
Department of Public Health
Metropolitan Government of Nashville and
Davidson County