## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al*.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity<br>as Secretary of Health and Human Services, *et al*.,<br><br>*Defendants.* | Case No. 1:25-cv-01275-CRC |

## <u>DECLARATION OF HEIDI HEDDINGS</u>

Heidi Jo Heddings hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a dues-paying member of the Alaska State Employees Association/American Federation of State, County and Municipal Employees (AFSCME), Local 52, AFL-CIO ("ASEA"). ASEA is an affiliate of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International"). I pay my membership dues to ASEA every month as a deduction from my paycheck. The membership dues I pay to be a member in good standing of ASEA are voluntary, and a portion of those dues are remitted to AFSCME International each month by ASEA. All members of ASEA are also members of AFSCME International, including me. I have been a member of AFSCME since August, 2024.

3. I began working at the Alaska State Department of Health in August of 2024. My title was Public Health Informaticist II with the Division of Public Health, Section of Public Health Nursing. My position as Public Health Informaticist II was covered by the

collective bargaining agreement between ASEA and the Alaska Department of Health. Under that agreement, ASEA is the exclusive representative of a bargaining unit of Alaska Department of Health employees as certified pursuant to Alaska's public sector labor relations statute, and represents all of the employees in the bargaining irrespective of whether they have chosen to join ASEA and pay voluntary membership dues to the union like I have.

4. In that role, I was the lead of the informatics team. I maintained information systems used by the Department, including our existing client database. I was also working to build and implement a new electronic health record for use in our public health centers across Alaska.

5. As of February, 2025, the majority of funding for my position, including funding for the creation of the new electronic health record, came from Immunization Grant Funding from the United States Department of Health and Human Services (HHS). I understood that these grant funds would be available for use until at least June of 2026.

6. At the end of March 2025, the Alaska State Health Department communicated to my team that they had been notified by the federal government that funding under the HHS Immunization grant was terminated.

7. On April 1, 2025, the Director of the Division of Public Health invited members of my division to a meeting, in which she informed us that our positions could be impacted by HHS funding cuts. However, she did not say whether this meant that we would be laid off.

8. Around this time, I learned that the nonpermanent staff in my division had been told they would be laid off due to the termination of grant funding. As a union member, this was

very concerning to me for multiple reasons. The first is the pain I felt for my union brothers and sisters who lost their jobs doing exceptionally important public health work, and the pain I felt for the residents we serve who will be harmed by the loss of services. But I also felt harmed as a union member. Our union is already in a challenging relationship with the state. We have been in a drawn out, very public conflict with the state over the fact that we are overworked and stressed out and underpaid. We even filed a lawsuit to force Gov. Mike Dunleavy to release a salary study to the public as state law requires him to do. When, following our lawsuit, the salary study was finally released on April 11, 2025, it showed that the salaries of Alaska state employees like me are not competitive. And by losing members of our bargaining unit due to these layoffs, our union loses critical dues revenue to advocate for us, has less strength in numbers, reduced resulting bargaining power, and has now an even harder time trying to win the gains we need to keep doing our critical public jobs in a humane way.

9. On April 7, 2025, I was told by management that I, too, would be laid off due to the loss of the HHS Immunizations grant funding. My last day of work was set to be April 18th.

10. My managers subsequently identified a different role that they thought it might be possible to transfer me to in, which was a position in a different division, the Division of Behavioral Health. I indicated that I was interested, and met with that Division.

11. I was transferred to the Division of Behavioral Health, and I now work as a Public Health Informaticist II in that division.

12. The Division of Behavioral Health handles mental health, substance use, and other behavioral concerns. My position within this department is different and new, involving more research and analytics, including the use of statistics software and writing computer

code with which I am not currently as comfortable as I was with the tools I used in my prior position. While I am interested in these fields, it will be a very large undertaking to adjust to this new role, and it will make my job harder and more taxing.

13. Although I have the same title in the Division of Behavioral Health, my new position is a supervisory role. I am now responsible for onboarding, training, performing performance evaluations, and managing other employees. This also means that, although I am still represented by ASEA, my position is in a different bargaining unit and covered by a different collective bargaining agreement negotiated between ASEA and the Alaska Department of Health. This bargaining unit is smaller than my previous one, so it will have less leverage during contract negotiations. This bargaining unit also receives different medical insurance, which means I may have to switch healthcare providers.

14. This role is located in a different office than my previous role. I accepted my previous position partially because it allowed me to work in Wasilla, which is only 12 miles from my home, and I was only required to come to the office one day a week. For my new position, I am required to commute to the office in Anchorage, which is 55 miles (about an hour and a half) from my home, and I have to come to the office two days a week. I am unable to move closer to Anchorage due to my husband's job, so my new position will require me to undergo a lengthy and strenuous commute twice per week. There is long-term construction on a bridge which is the only way to Anchorage, so my commute will take even longer for several months. Because of this, I now have to pay for day care for my dogs at least once a week, due to my husband and I both being away from home for long hours.

15. I have anxiety, depression, and sleep disturbances. I also have ADHD. Long commutes and the office environment exacerbate these difficulties. I am very sensitive to light, sound, touch, and temperature, and I have very little control over these things in the office. All of this negatively impacts my ability to concentrate and be productive for long periods of time. Working from home is a significant part of managing those issues. Being with my dogs and taking walks in nature with them during my lunch breaks is crucial to my self-regulation, which in turn affects my productivity at work and general well-being. The primary reason I accepted my last position was the ability to work from home four days a week, and the change to my work location and telework schedule have made it more difficult to care for my mental well-being while performing my job. I am also concerned about whether my new manager and department will be as accommodating to my needs as my former department.

16. Due to the loss of HHS Immunization funding to the Alaska State Health Department, I was laid off from my previous role, and forced to transition into another role that I did not apply for. Because I have been laid off from my previous role, I have undergone significant stress through the uncertainty about my employment status and about changes to my work location and medical insurance.

17. Also due to the loss of the HHS Immunization funding, the important projects I led in my previous role have been negatively impacted. Parts of the Electronic Health Record project, toward which we devoted significant time, resources, and funding, will go unfinished.  I chose this line of work because my background is in public health and infectious disease management, and I believe in public service. To see the work I devoted so much time to remain incomplete is deeply hurtful to me, and I would love the chance

to resume and finish that work for the benefit of the residents of my state who I care so deeply about serving. No new position can replace the satisfaction I felt from the important public health work I was doing.

18. The loss of the dedicated informatics team will have a cascading effect on public health in Alaska. The Electronic Health Record will need to be launched without key functionality. The ability to effectively report on federally required public health data, whether from the current outdated systems or what we had hoped to achieve with the new Electronic Health Record, will be severely limited, creating the very real risk of losing further funding, which will lead to a reduction in vital services provided. Critically, the Section of Public Health Nursing will also lose vital insights needed for strategic planning to address the evolving health needs of Alaskans.

19. Ultimately, this interruption impacts the ability of Alaska's frontline public health nurses to serve their communities efficiently and effectively. Challenges in accessing complete patient information quickly will lead to delays in care and potentially increase the risk of errors. The ability to share critical information with other health providers and the capacity for proactive disease surveillance, which is a cornerstone of public health and the very reason these terminated funds were granted in the first place, will also be weakened, putting Alaskans at unnecessarily increased risk in the face of ongoing (tuberculosis, measles) and future (H5N1) public health crises. Rural and remote communities will be disproportionately impacted.

20. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Wasilla, Alaska on the 29th day of April, 2025

Heidi Heddings