IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-01275-CRC |

### DECLARATION OF EVA ROSE HEWITT

Eva Rose Hewitt hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a dues-paying member of the Alaska State Employees Association/American Federation of State, County and Municipal Employees (AFSCME), Local 52, AFL-CIO ("ASEA"). ASEA is an affiliate of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International"). I pay my membership dues to ASEA every month as a deduction from my paycheck. The membership dues I pay to be a member in good standing of ASEA are voluntary, and a portion of those dues are remitted to AFSCME International each month by ASEA. All members of ASEA are also members of AFSCME International, including me. I have been a member of AFSCME since 2021. However, I will no longer be a dues-paying member starting in May of 2025, due to the loss of my position at the Alaska State Department of Health.

3. I began working at the Alaska State Department of Health in 2020. First, I worked as a Contact Tracer and Health Program Associate. In March of 2023, I transitioned to my

role as Program Coordinator II. I was hired as nonpermanent staff. My positions at the Department of Health have been covered by the collective bargaining agreement between ASEA and the Alaska Department of Health since I became a long-term, nonpermanent employee in 2021. Under that agreement, ASEA is the exclusive representative of a bargaining unit of Alaska Department of Health employees as certified pursuant to Alaska's public sector labor relations statute, and represents all of the employees in the bargaining unit irrespective of whether they have chosen to join ASEA and pay voluntary membership dues to the union like I have.

4. In my role as Program Coordinator II, I managed communications contracts. This involved performing public outreach about immunizations through television, radio, social media, and other methods. We educated the public about all immunizations recommended by the CDC across the lifespan, including immunizations that help protect against diseases such as tetanus, whooping cough, measles, chickenpox, shingles, RSV, flu, COVID-19, and many more. We also partnered with local organizations to help facilitate public events to raise immunization rates and awareness.

5. My position was funded by COVID-related funding for immunization outreach. I understood that my role was nonpermanent and dependent on grant timelines. The grant I was working under ended on June 30, 2025 and paperwork had been filed requesting an extension for two more years, lasting through June 2027.

6. On March 27th, my colleagues and I received an email from the Commissioner of the Alaska Department of Health, stating that funding for certain COVID-related grants was being terminated by the federal government. At first, my supervisor told me my position would not be impacted.

7. However, I was invited to a meeting on April 1st with Department of Health leadership. At that meeting, I and twenty other employees were told we would be laid off due to the loss of funding, and our last day would be April 4th. We received a follow-up email that night containing our layoff notices.

8. As a result of the termination of U.S. Department of Health and Human Services (HHS) COVID-related funding to the Alaska State Department of Health in March 2025, myself and twenty of my colleagues—all of whom are represented by ASEA as our exclusive collective bargaining representative, 16 of whom, including me, are active dues-paying members of ASEA in good standing with AFSCME—have lost our employment.

9. Because I have lost my employment, I have lost my income, and I am no longer able to perform fulfilling public health work for a living. This work is incredibly meaningful to me—it is more than just a job to me, it was an opportunity to help improve the lives of members of my community and state. Losing this job is not only hard on me financially, because I cannot replace what this job brings me by getting another job, it hurts to know that the important work I was doing will not go forward. I will also lose my health insurance at the end of April and I have no other health insurance readily available to me.

10. Due to this loss of funding, the important work of creating information campaigns for public education on immunizations, and boosting public awareness of how to access information about immunizations and immunization records, will no longer be performed.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Fairbanks, Alaska on the 28 day of April, 2025

_____
Eva Rose Hewitt