IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

### DECLARATION OF AMY M. SPIEGEL

Amy M. Spiegel hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Director of Negotiations for the Washington Federation of State Employees, American Federation of State, County and Municipal Employees, Council 28 ("WFSE") WFSE is an affiliate of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International"). Membership in WFSE is voluntary and requires the payment of membership dues, a portion of which is remitted to AFSCME International. All members of WFSE are also members of AFSCME International.

3. In my capacity as Director of Negotiations I oversee staff and lead negotiations in all manner of contract bargaining for WFSE's approximately 52,000 members. On the day-to-day, I could be negotiating a first contract, be involved in grievance processing, or overall liaising with government agencies across the state of Washington.

4. I joined the staff of WFSE in 2005, initially serving as a council representative before becoming the Director of Negotiations in 2012. Before joining WFSE staff, I worked for the Washington State Department of Social and Health Services and was a member of WFSE myself.

5. Of WFSE's 52,000 members, approximately 40,000 members work for Washington across 40 government agencies. As the lead negotiator for the collective bargaining agreement that covers employees of all 40 agencies, I am familiar with the various funding streams agencies rely upon. In the course of my duties, where I have regular union management meetings with the heads of various agencies, I have learned that the Washington State Department of Health ("DOH"), which employs approximately 2,000 employees, receives a substantial portion of its budget from federal grants.

6. WFSE represents a broad swath of professional employees at DOH, ranging from epidemiologists to chemists to health service consultants that provide educational resources for women's health and nutrition, including lactation support for new mothers. Our members, be they microbiologists or IT assistants, work tirelessly to keep our communities healthy, safe, and ready to confront any public health emergency.

7. Within the DOH, employees are typically hired for "project positions," which are roles that have a set time frame based on the amount and duration of funding a particular department receives for the position. As a result, employees typically know when the funding for their position ends from the moment they are hired.

8. The Washington State Department of Health issues letters to employees notifying them that they are "at-risk" once they near the end of their funding, and employees do lose their positions if funding is not renewed or an alternative project for them to work on is

not identified by the agency and then offered to (and accepted by) the employee. The Health Department generally copies the Union, WFSE, on these at-risk letters to employees and will send WFSE separate notices in anticipation of any planned staffing cuts.

9. While turnover at DOH happens regularly as funding is used up, staff cuts are generally communicated both to the employee and the Union well in advance of any termination, thus allowing all parties to adequately plan for the future, including—critically—the availability of alternative positions for terminated employees.

10. In the days after the U.S. Department of Health and Human Services (HHS) announced on March 24, 2025, that billions of dollars' worth of federal COVID-era grants would be eliminated, I made a formal request for information to all state agencies to determine the potential impact of the HHS cuts on WFSE members. Government agencies across Washington had used—and continued to rely on—these funds to not only stem the impact of the pandemic, but also to prepare communities for future public health crises, which funded the jobs of numerous AFSCME members. Even though these funds were congressionally appropriated in response to COVID, states and localities were not limited to accessing or using these funds only during the term of the pandemic.

11. Three agencies provided lists of employees who were newly "at-risk" of losing their jobs due to the HHS cuts to COVID-era funding:

    a. At DOH, through a staff wide memo issued on April 1, 2025, 94 employees learned they were "at-risk" due to this grant termination—some employees received entirely new and unexpected "at-risk" designations and other employees, whose projects were nearing their natural conclusion as of March 2025, received updated

3

      end dates for their grant terminations that were sooner than the end dates listed in their original at-risk letter.

  b. At the Washington State Health Care Authority we learned that one (1) employee became "at-risk" due to these HHS funding cuts.

  c. At the Washington State Office of Administrative Hearings, we were notified that another 170 employees were at risk of losing their jobs because of this lost HHS funding.

  d. Three agencies responded to my request for information saying that their departments experienced significant cuts—specifically, WFSE learned of the potential loss of 265 members due to the termination of the HHS COVID-related funding.

12. On or about April 10, the DOH notified employees that any layoffs contemplated because of HHS funding cuts were put on hold because the Washington State Attorney General's Office obtained a temporary restraining order that halted the termination of the affected federal COVID grants. Consequently, the DOH did not implement layoffs because the HHS funding is protected for now—per a general notice from DOH, at-risk letters are now rescinded or corrected back to their original at-risk end dates. That said, DOH did tell its employees that because the TRO does not reflect a final decision in the Attorney General's case, whether employees will have funds through their original end dates could still change. WFSE members are, therefore, still at risk of losing their jobs and work benefits, like health insurance, prematurely if the promised HHS funds are not safeguarded.

13. As shown by the responses of just three (3) of the 40 agencies in the Washington state government, which identified 265 jobs at risk of termination in only those departments, WFSE would see sweeping losses if COVID-era HHS funding is not secured.

14. The greatest loss to the union from the loss of these members is a diminished public workforce to service our communities, but the loss of dues revenue is another practical harm to the union because the organization relies on dues to perform critical representational work for our members every day. Additionally, a grossly shrinking bargaining unit will only reduce our strength at the bargaining table where we negotiate wages, benefits, and other terms and conditions of employment for our members and their entire bargaining unit of public health workers, that is, the public servants who serve the people of Washington every day.

15. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Tumwater, Washington on the 29th day of April, 2025

Signed by:

*Amy Spiegel*
D041E00F9C27470...

Amy M. Spiegel