IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-01275-CRC |

## DECLARATION OF SHAUN C. O'BRIEN

Shaun C. O'Brien hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a Policy Strategist in the Research and Collective Bargaining Services office of the American Federation of State, County, and Municipal Employees, AFL-CIO ("AFSCME International"). I have worked for AFSCME for 6 years. In my role, I oversee a team of policy advocates and focus on federal regulatory work. I also provide support and guidance for the state and local legislative work of local unions, called councils or locals, that are member affiliates of AFSCME International; under the AFSCME International Constitution, all members of AFSCME affiliates are members of AFSCME International. I also oversee the provision of technical assistance to AFSCME affiliates on the application of federal laws and rules in their workplaces, such as allowable uses of federal funding received by AFSCME members' employers, among other things. Lastly, I have extensive and specialized knowledge regarding health and retirement benefits.

3. AFSCME International represents 1.4 million members across the United States. AFSCME members include thousands of employees of state and local governments that work tirelessly every day to ensure the provision of public health resources in their communities. Through my work, I am familiar with the broad range of public health jobs and programs that AFSCME members perform and support, as well as the ways in which those jobs rely on federal grants, including the reliable disbursement of federal funding apportioned to tackle the COVID-19 pandemic and build out public health workforces to prepare communities for future public health crises ("COVID-related funding").

4. The U.S. Department of Health and Human Services (HHS) and the U.S. Centers for Disease Control (CDC) administer COVID-related funding that flows to states and localities as existing or new grant programs. While Congress made appropriations of COVID-related funding through the American Rescue Plan Act (ARPA) in 2021 and other laws that preceded it, recipient state and local governments could use these funds for several years even after the pandemic was declared to have ended.

5. The ARPA's COVID-related funding that HHS and CDC administer was robust and intended to last through September 2025 or later. For example:

    a. The ARPA provided $7.66 billion to establish, expand, and sustain a robust public health workforce by making awards to state, local and territorial public health departments, where AFSCME members work. Public health departments could use those funds to cover costs, including wages and benefits, related to the recruiting, hiring and training of individuals like AFSCME members; personal protective equipment; data management and other technology; administrative

costs; and more. The appropriated $7.66 billion did not end on a specific date and instead was supposed to remain available until expended.

b. The ARPA provided the CDC with $7.5 billion in public health funding to plan, prepare for, promote, distribute, administer, monitor and track coronavirus vaccines to ensure broad-based distribution, access and vaccine coverage. Funding for states, local governments and territories was generally allocated on a formula basis—the FY 2020 formula for the Public Health Emergency Preparedness cooperative agreement—which is different than federal grant money that states apply for but is not ensured. The appropriated $7.5 billion did not end on a specific date and instead was supposed to remain available until expended.

c. The ARPA also provided $1 billion to strengthen vaccine confidence in the United States, which involved developing and providing information and educational resources to the public through public health employees like AFSCME members. The goal here was to improve overall rates of vaccination, not just COVID-related vaccines, throughout the United States. The appropriated $1 billion did not end on a specific date and instead was supposed to remain available until expended.

d. The ARPA also provided $1.5 billion in supplemental funding for block grants to states for community mental health services. It made those grants of money available to be expended by a state until September 30, 2025.

e. The ARPA also provided $1.5 billion in supplemental funding for block grants to states for the prevention and treatment of substance abuse. It made those grants of money available to be expended by a state until September 30, 2025.

6. All told, the ARPA allocated much-needed funding for a wide range of COVID-related expenses, with substantial and flexible resources going to public health departments in all U.S. states and territories. Much of the ARPA federal grant funding administered by HHS and the CDC stipulated that those funds were available until expended or specified dates that were unrelated to the actual termination of the COVID public health emergency, which means that AFSCME members who work in public health departments across the country rely on COVID-related funding, at least in part, to this day. COVID-related federal funding touches the public health services that AFSCME members perform across the country. The HHS and CDC's plan to immediately terminate all COVID-related funding has already harmed the jobs of AFSCME members and will continue to do so if not reinstated. Examples of these immediate harms include, but are not limited to:

   a. HHS canceled 12 federal grants to the Alaska Department of Health on March 24, 2025, including COVID-related funds originally set to expire in 2027. As a result, 23 members of the Alaska State Employees Association (ASEA)/AFSCME Local 52 were laid off effective April 4, 2025. I have reviewed an HHS table outlining these terminated grants; they covered grants that were described as: (1) Mental Health Block Grant – ARP, (2) Mental Health Block Grant – COVID Relief, (3) Substance Abuse Block Grant – ARP, (4) 2019 Epidemiology and Laboratory Capacity, (5) Immunization and Vaccines for Children, and (6) National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities.

    b. On March 24, 2025, HHS cut off funding for "Community Health Workers for COVID Response and Resilient Communities (CCR)" at the Jackson County Health Department in Ohio. As a result, three Community Health Workers—members of AFSCME Local 3619—were laid off.

    c. AFSCME members—including but not limited to those above—can no longer perform critical functions to support the health and safety of their communities in states, like Alaska and Ohio, where funding remains shut off because no litigation seeking to enjoin those cuts in those states has yet obtained relief.

7. Numerous individuals who lost their jobs because HHS and the CDC swiftly and abruptly pulled promised funding are AFSCME members; this will almost certainly be true in many jurisdictions beyond the losses in Alaska and Ohio that have been outlined above. Without their jobs in public health, they will face lost wages, lost health insurance benefits, and significant financial and emotional harm. In turn, their union—AFSCME—must and will dedicate resources (which would otherwise have been used to improve wages and benefits for AFSCME members, both in those jurisdictions and elsewhere) to support them to the extent possible, as it is both AFSCME's core commitment as a labor organization, and its statutory duty under state and local labor relations laws, to represent all members of AFSCME bargaining units. And the public, who benefits from and relies on the public health resources states and localities provide, will suffer from lost personnel and ceased programming.

8. From my experience, the impact of these HHS and CDC cuts to COVID-related funding will have ripple effects in state and local public health agencies across the country and will result in further job losses for AFSMCE members if the funding is not reinstated and

allowed to flow for the full duration of its required term as originally intended by Congress.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Washington, D.C. on the 29th day of April, 2025

_____
Shaun C. O'Brien