IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

## DECLARATION OF MEGAN PETERS-WISEMAN

Megan Peters-Wiseman hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a dues-paying member, and currently serve as President, of the American Federation of State, County and Municipal Employees (AFSCME), Local 3619, AFL-CIO ("AFSCME Local 36191"). AFSCME Local 3619 is an affiliate of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International") and its subordinate body AFSCME Council 8, which represents over 32,000 public and private sector employees who work in public service in the state of Ohio. I pay my membership dues to AFSCME Council 8 every month as a deduction from my paycheck. The membership dues I pay to be a member in good standing of AFSCME Council 8 are voluntary, and a portion of those dues are remitted to AFSCME International each month by AFSCME Council 8. All members of AFSCME Local 3619 are also members of AFSCME Council 8 and AFSCME International, including me.

3. I first served as President of AFSCME Local 3619 from 2020-2021 before stepping down. I began serving as President again in 2024.

4. I work at the Jackson County Health Department (JCHD) in Ohio as an Intersystem Coordinator within the Jackson County Family and Children First Council. The Family and First Council helps bring services to families who need to access resources from multiple government agencies for the well-being of their children. My job is to educate families on how to navigate service acquisition, act as a liaison between the families and the agencies, and monitor any lapses in coverage. This can look like me coordinating with the Educational Service Center to ensure a child is receiving an Individualized Educational Plan (IEP), as well as services to address developmental delays from the JCHD. We provide early intervention services for children from birth to three (3) years old, and then from age three (3) to 22, we work with families to develop mental and behavioral health plans, which may include IEP access, with the goal of eventually having children graduate out of our services.

5. The Jackson County Health Department receives federal funding for the provision of services like mine. As President of AFSCME Local 3619, I am aware that the Jackson County Health Department received $4.4 million in COVID-era federal grant funding from the U.S. Centers for Disease Control and Prevention (CDC) and that at least part of that funding was used to hire "community health workers" or CHWs. This funding was issued to JCHD through a Community Health Worker Community Response and Resilience grant that it received on Aug. 31, 2021, and was set to expire four years later on August 30, 2025.

6. JCHD Community Health Workers are critical to the public health and safety of the Jackson County community. CHWs are trained to engage community partners to manage outbreaks of infectious diseases and provide resources and support in public health emergencies. CHWs training and educational resources play an integral role in our community's ability to respond effectively to any public health emergency, COVID or otherwise.

7. On March 25, 2024, the JCHD Health Commissioner learned that the Community Health Worker Community Response and Resilience grant was terminated effective March 24, 2025. As a result of the CDC's abrupt decision to revoke the grant five months before it was going to expire means that no more federal grant funds would be reimbursed to JCHD for its Community Health Workers effective March 25, 2025.

8. The CDC's cut of funding had an immediately harmful impact on members of my union—three (3) CHWs were terminated. The JCHD Commissioner was able to redirect minimal local funds to provide the CHWs with two weeks' pay, so their last day was April 11, 2025, otherwise the termination of the CHWs would have been immediate on March 25, 2025. The terminated CHWs were dropped into financial upheaval as they lost their salaries and benefits, including health insurance.

9. As a result of the CDC's decision to terminate the grant, I not only lost three CHW colleagues on April 11, 2025, but now no one is performing the important work of public health crisis preparedness that CHWs performed at the JCHD. I and my fellow AFSCME-represented bargaining unit employees are also residents of Jackson County who benefit from the services of JCHD, and the loss of CHW work in educating and supporting the health and wellbeing of our community under this grant is also extremely

harmful to us. The threat of infectious diseases and public health crises did not cease to exist once the COVID-19 pandemic ended, so my fellow Jackson County residents and I—including our families and children—are less safe without the tools and resources CHWs provided.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Jackson, Ohio on the 29 day of April, 2025

*Megan R. Peters-Wiseman*
Megan Peters-Wiseman