IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

## DECLARATION OF JOHN HENRY JR.

John Henry, Jr. hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a dues-paying member, and currently serve as President, of the American Federation of State, County and Municipal Employees (AFSCME), Local 2191, AFL-CIO ("AFSCME Local 2191"). AFSCME Local 2191 is an affiliate of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International") and its subordinate body AFSCME Council 8, which represents over 32,000 public and private sector employees who work in public service in the state of Ohio. I pay my membership dues to AFSCME Council 8 every month as a deduction from my paycheck. The membership dues I pay to be a member in good standing of AFSCME Council 8 are voluntary, and a portion of those dues are remitted to AFSCME International each month by AFSCME Council 8. All members of AFSCME Local 2191 are also members of AFSCME Council 8 and AFSCME International, including me. I have been a member of AFSCME since August 2015.

3. I have served as President of AFSCME Local 2191 since 2022. Before my role as Local Union President, I served as Vice President of Local 2191 since 2018. Before that, I was a member of the Executive Board and Negotiating Committee since 2016.

4. I began working at City of Columbus, OH Public Health Department ("Columbus Public Health") in 2015 as a Disease Intervention Specialist I, and in 2018 I was promoted to a Disease Intervention Specialist II.

5. AFSCME Local 2191 represents employees of Columbus Public Health pursuant to a collective bargaining agreement between the City of Columbus, OH and Columbus Board of Health as the employer and AFSCME Local 2191 and AFSCME Council 8 as the union. Under that agreement, our union is the exclusive representative of a bargaining unit of Columbus Public Health employees as certified pursuant to Ohio's public sector labor relations law, and the union represents all of the employees in the bargaining unit irrespective of whether they have chosen to join AFSCME and pay voluntary membership dues to the union, like I have, or not.

6. Columbus Public Health receives federal funding in the form of grants. One of these federal grants, the COVID-19 Enhanced Operations grant, was allocated to Columbus Public Health to support responses to public health crises including pandemics. This is a subgrant that flows through the Ohio Department of Health to Columbus Public Health for use by Columbus Public Health to fund operations. Funding under the grant has been provided since 2020, and had been renewed every six months since then until March 2025.

7. The Enhanced Operations grant funded the employment of eleven employees at Columbus Public Health. These included Disease Intervention Specialists and Office

Assistants who performed work around COVID-19 contact tracing, and outbreak response in long term senior care facilities and early childhood development centers. These employees have also worked to prepare responses to Mpox and Measles outbreaks.

8. The Enhanced Operations grant also funded the transition of medical recordkeeping from an outdated system to Epic, which is the industry standard. This would allow for improved recordkeeping, as well as the integration of Columbus Public Health medical records with other medical records in the state.

9. On March 24, 2025, the Ohio Department of Health received notice that all federal funding under the Enhanced Operations grant was frozen. As a result, the eleven employees in the Division of Infectious Disease Investigation, whose positions were funded by this grant, were informed by the employer that they would be terminated. These 11 employees are members of the bargaining unit represented by our union, and some of them are voluntary dues-paying members of AFSCME as well.

10. On Monday, March 31st I received an invitation to a WebEx meeting for Tuesday, April 1st. On that call, Columbus Public Health Human Resources staff shared that the Enhanced Operations grant funding had been frozen, and as a result eleven positions within the AFSCME bargaining unit would be terminated. Although the Enhanced Operations funding was frozen effective immediately, the City of Columbus extended the employment of these 11 employees through May 2nd, after which point they would be terminated.

11. Two of the terminated employees were Office Assistants, while the rest were Disease Intervention Specialists.

12. Columbus Public Health has agreed to prioritize these terminated employees for any vacancies that may arise in the future, and circulates a list of internal vacancies in the Department every Monday.

13. As a result of the termination of the COVID-19 Enhanced Operations grant, these employees will lose their employment on May 2nd, depriving them of the pay and benefits they rely on, including their health insurance.

14. As a result of these employees' termination, AFSCME Local 2191 and AFSCME International will lose three active members. The greatest loss to the union from the loss of these members is the loss of seeing our colleagues and fellow public servants out of work, but there are other practical harms to the union as an organization as well: we will lose dues revenue that we rely upon to perform the critical representational work that our union does for our members every day, and our bargaining unit will shrink in size, reducing our strength at the bargaining table where we negotiate wages, benefits, and other terms and conditions of employment for our members and their entire bargaining unit of public health workers who support our entire community with their service.

15. As a result of the termination of the Enhanced Operations grant, the development of the new medical recordkeeping system was also indefinitely placed on pause. This poses an irreparable harm to the work of members of our bargaining unit, who have to work with our current, outdated system every day and had been looking forward to these improvements so that we could improve our efficiency and performance for the residents of our city and their health. I and my fellow AFSCME-represented bargaining unit employees are also residents who benefit from the services of Columbus Public Health, and the loss of this new medical record system, as well as the loss of the infectious

disease work that Columbus Public Health was doing under the grant, is also extremely harmful. As the nation faces a public health crisis from outbreaks such as measles, we are less protected as a result of the loss of these funds and the jobs that have been lost with it; we, as residents, are more at risk, and so are our families and the children so many of our bargaining unit members raise and send to school every day.

16. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Columbus, Ohio on the 29th day of April, 2025

*John Henry, Jr.*