IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

### [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of the motion for preliminary injunction and accompanying brief and materials filed by Plaintiffs Harris County, Texas; Columbus, Ohio; Metropolitan Government of Nashville and Davidson County, Tennessee; Kansas City, Missouri; and American Federation of State, County and Municipal Employees, AFL-CIO (collectively, "Plaintiffs"), it is hereby

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**; it is further

**ORDERED** that Defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of the United States Department of Health and Human Services; the United States Department of Health and Human Services; Susan Monarez, in her official capacity as Acting Director of the Centers for Disease Control and Prevention; and the Centers for Disease Control and Prevention (collectively, "Defendants"), Defendants' agents, and others in active concert or participation therewith, are **ENJOINED** from implementing, enforcing, or effectuating through any means the Mass Termination Decision; it is further

**ORDERED** that Defendants are **ENJOINED** from reinstating the Mass Termination Decision for the same or similar reasons; it is further

1

**ORDERED** that Defendants shall resume the implementation of the grants of Plaintiff Local Governments and of state and local employers of AFSCME members that were affected by the Mass Termination Decision; it is further

**ORDERED** that Defendants shall provide written notice of this order to their employees and contractors, and to all recipients of grants and cooperative agreements affected by the Mass Termination Decision, including to all pass-through grantees; it is further

**ORDERED** that Defendants shall file a status report with this Court within 24 hours of the entry of this order, documenting the actions that they have taken to comply with this order, including with said report a copy of the written notice provided under this order and an explanation as to whom the notice was sent; it is further

**ORDERED** that the bond requirement of Federal Rule of Civil Procedure 65(c) is waived and that this injunctive relief is effective upon service.

**SO ORDERED.**

Dated:  May _____, 2025                               _____
                                                                          CHRISTOPHER R. COOPER
                                                                          United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

ROBERT F. KENNEDY, JR.
Secretary of the United States Department of Health and Human Services
200 Independence Avenue S.W.
Washington, D.C. 20201

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Avenue S.W.
Washington, D.C. 20201

SUSAN MONAREZ
Acting Director of the Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, Georgia 30329

CENTERS FOR DISEASE CONTROL AND PREVENTION
1600 Clifton Road
Atlanta, Georgia 30329

Jonathan Fombonne
Tiffany Bingham
Edward D. Swidriski III
Harris County Attorney's Office
1019 Congress
Ste 15th Floor
Houston, TX 77002
713-274-5132
Fax: 713-755-8924
Email: tiffany.bingham@harriscountytx.gov
Email: Jonathan.Fombonne@harriscountytx.gov

Aisha Rich
Katherine Carter Courtney
Alexandra Kliger
Public Rights Project
490 43rd Street
Suite 115
Oakland, CA 94609
510-738-6788

Email: katiec@publicrightsproject.org

Joel McElvain
Pooja Boisture
Skye Perryman
Democracy Forward
P.O. Box 34553
Washington, DC 20043
202-935-1082
Email: jmcelvain@democracyforward.org
Email: pboisture@democracyforward.org
Email: sperryman@democracyforward.org