AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HARRIS COUNTY, TEXAS, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01275 |
| ROBERT F. KENNEDY, JR., et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Columbus, Ohio; Nashville, Tennessee; and Kansas City, Missouri.

Date: 04/30/2025

*/s/ Alexandra Kliger*
*Attorney's signature*

Alexandra Kliger (6180285)
*Printed name and bar number*

Public Rights Project
490 43rd Street Unit #115
Oakland, CA 94609
*Address*

sasha@publicrightsproject.org
*E-mail address*

510-214-6960
*Telephone number*

*FAX number*