IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-01275 (CRC) |

**DECLARATION OF JAMIE LEGIER**

Pursuant to 28 U.S.C. § 1746, I, Jamie Legier, declare as follows:

    1.    I am the Director of the Office of Grants Services at the Centers for Disease Control and Prevention (CDC), the United States Department of Health and Human Services ("HHS").

    2.    In that capacity, my official duties include providing fiscal stewardship across the agency, and I serve as the agency's principal advisor and liaison on all aspects of grants, including grants financial management activities.

    3.    I have experience with HHS's record systems regarding grant awards issued by CDC, a sub-agency of HHS. These records are made in the

1

course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events.

4. In the course of preparing this declaration, I have examined the office records available to me regarding grants awarded by CDC.

5. At issue in this litigation are grants provided by CDC to prevent, prepare for, and mitigate against COVID-19. These grants were issued in the midst of the COVID-19 pandemic, utilizing supplemental funds appropriated through a number of appropriations acts passed by Congress in response to the COVID-19 pandemic.

6. Grants issued by CDC are to entities considered "prime recipients" or primary awardees with whom the agency has a legal relationship. If a prime recipient provides an award (either a subaward or a contract) to another third party, that entity is considered a subrecipient to CDC. CDC does not have a legal relationship with a subrecipient and often will not have pertinent records associated with the relationship between the prime recipient and the subrecipient.

7. In response to the COVID-19 public health emergency, CDC, either directly or by and through HHS, received supplemental funding from the following appropriations bills:

- The Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020, Pub. L. No. 116-123, 134 Stat. 146 (2020) ("CPRSA");
- The Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281 (2020) ("CARES");
- The Paycheck Protection Program and Health Care Enhancement Act, Pub. L. No. 116-139, 134 Stat. 620 (2020) ("PPP");

- The Coronavirus Response and Relief Supplemental Appropriations Act, (2021) Pub. L. No. 116-260, 134 Stat. 1182 ("CRRSAA"); and
- The American Rescue Plan Act of 2021 ("ARPA") Pub. L. No. 117-2, 135 Stat. 4 (2021) ("ARPA").

8. With respect to the CDC, some of these bills specify, with varied wording, a minimum amount of funding to be provided to state, tribal, local, and territorial entities, commonly referred to by HHS as "STLTs" and the date by which the funding must be made available or obligated by CDC.

9. I am aware in my role at CDC that both HHS and CDC track each of the appropriated funding streams and the expenditure of those funds to each grant recipient.

10. For the CPRSA, Congress appropriated $2.2 billion to CDC, of which $950,000,000 was specifically appropriated for awards to STLTs, to remain available until September 30, 2022. As of May 12, 2025, CDC made available $1,113,063,558 to the STLTs. With respect to these CPRSA funds, funding was provided to states which flowed down funds at their discretion to third parties. No dollars were obligated directly to the four local government plaintiffs in this case (Harris County, Texas; Columbus, Ohio; Nashville and Davidson County, Tennessee; and Kansas City, Missouri) (the "Local Government Plaintiffs") from CDC under this appropriation.

11. For the CARES Act, Congress appropriated $4.3 billion to CDC, of which $1.5 billion was specifically appropriated for awards to STLTs, to remain available until September 30, 2024. As of May 12, 2025, CDC made available $2,108,793,598 to the STLTs.

12. For the PPP, Congress appropriated $11,000,000,000 to HHS for STLTs in total, without specifying that the appropriation go through CDC. Of this appropriation, Congress specified that $750,000,000 be appropriated for the Indian Health Service, resulting in $10,250,000,000 billion appropriated for non-Indian Health Service STLTs. HHS also transferred another $282,311,516 to CDC, and Congress appropriated $1,000,000,000 directly to CDC under the PPP. As of May 12, 2025, CDC made available $10,532,321,503 to the STLTs. With respect to these PPP funds, funding was provided to states which flowed down funds at their discretion to third parties. No dollars were obligated directly to the Local Government Plaintiffs from CDC under this appropriation.

13. For the CRRSAA, Congress appropriated $8.75 billion to HHS, which then allocated $4.5 billion to CDC, of which $4.29 billion was specifically appropriated for awards to STLTs, to remain available until September 30, 2024. As of May 12, 2025, $5,322,551,251 was made available to the STLTs from CRRSAA funds. CDC also received a total of $21,327,406,498 from HHS under CRRSAA. For CRRSAA funds, two of the four Local Government Plaintiffs received funds from CDC under this appropriation.

14. For the ARPA, Congress appropriated $1 billion to CDC. CDC received another $17,964,597,077 from HHS and CMS under ARPA. As of April 14, 2025, $18,964,597,077 was made available to the STLTs. With respect to these ARPA funds, funding was provided to states which flowed down funds at their discretion to third parties. No dollars were obligated directly to the Local

4

Government Plaintiffs from CDC under this appropriation.

15. The table below reflects the amount of grant money that was left remaining for the four direct grants at issue in this case, made to the Local Government Plaintiffs—as of the termination date, and as of May 13, 2025.

| Recipient | Award Number | Closeout Submitted | Award Balance 3/24/25 | Award Balance 5/13/25 |
|---|---|---|---|---|
| Harris County, TX | 21NH75OT000026C5 | Yes | $4,435,194 | $4,005,605.21 |
| Harris County, TX | 21NU58DP006986C3 | Yes | $1,034,010 | $561,354.55 |
| Kansas City, MO | 21NH75OT000012C5 | Yes | $633,353.00 | $516,227.25 |
| Nashville and Davidson, TN | 21NU58DP006999C3 | No | $1,447,100.00 | $1,130,788.28 |

I HEREBY DECLARE TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY, that the foregoing is true and correct.

EXECUTED this May 14, 2025, at Atlanta, Georgia

*/s/ Jamie Legier*
Jamier Legier

5