# EXHIBIT B

# CORONAVIRUS AID, RELIEF, AND ECONOMIC SECURITY ACT

Pl 116-136, March 27, 2020, 134 Stat 281

## Title VIII

### Department Of Health And Human Services

#### CDC–Wide Activities And Program Support

For an additional amount for "CDC-Wide Activities and Program Support", $4,300,000,000, to remain available until September 30, 2024, to prevent, prepare for, and respond to coronavirus, domestically or internationally:

*Provided*, That not less than $1,500,000,000 of the amount provided under this heading in this Act shall be for grants to or cooperative agreements with States, localities, territories, tribes, tribal organizations, urban Indian health organizations, or health service providers to tribes, including to carry out surveillance, epidemiology, laboratory capacity, infection control, mitigation, communications, and other preparedness and response activities:

*Provided further*, That every grantee that received a Public Health Emergency Preparedness grant for fiscal year 2019 shall receive not less than 100 percent of that grant level from funds provided in the first proviso under this heading in this Act: