# EXHIBIT C

# CORONAVIRUS PREPAREDNESS AND RESPONSE SUPPLEMENTAL APPROPRIATIONS ACT, 2020

Pl 116-123, March 6, 2020, 134 Stat 146

## Title III

### Department Of Health And Human Services

Centers for Disease Control and Prevention;
CDC–Wide Activities And Program Support

For an additional amount for "CDC–Wide Activities and Program Support, $2,200,000,000, to remain available until September 30, 2022, to prevent, prepare for, and respond to coronavirus, domestically or internationally:

*Provided*, That not less than $950,000,000 of the amount provided shall be for grants to or cooperative agreements with States, localities, territories, tribes, tribal organizations, urban Indian health organizations, or health service providers to tribes, to carry out surveillance, epidemiology, laboratory capacity, infection control, mitigation, communications, and other preparedness and response activities:

*Provided further*, That $475,000,000 of the funds made available in the preceding proviso shall be allocated within 30 days of the date of enactment of this Act:

*Provided further*, That every grantee that received a Public Health Emergency Preparedness grant for fiscal year 2019 shall receive not less than 90 percent of that grant level from funds provided in the first proviso under this heading in this Act, and not less than $40,000,000 of such funds shall be allocated to tribes, tribal organizations, urban Indian health organizations, or health service providers to tribes:

*Provided further*, That the Director of the Centers for Disease Control and Prevention ("CDC") may satisfy the funding thresholds outlined in the preceding two provisos by making awards through other grant or cooperative agreement mechanisms:

*Provided further*, That each grantee described in the third proviso under this heading in this Act shall submit a spend plan to the CDC not later than 45 days after the date of enactment of this Act:

*Provided further*, That of the amount provided under this heading in this Act, not less than $300,000,000 shall be for global disease detection and emergency response:

*Provided further*, That of the amount provided under this heading in this Act, $300,000,000 shall be transferred to and merged with amounts in the Infectious

Diseases Rapid Response Reserve Fund ("Reserve Fund"), established by section 231 of division B of Public Law 115–245:

*Provided further*, That the Secretary of Health and Human Services, in consultation with the Director of the CDC, shall provide a report to the Committees on Appropriations of the House of Representatives and the Senate every 14 days, for one year from the date from any such declaration or determination described in the third proviso of section 231 of division B of Public Law 115–245, that details commitment and obligation information for the Reserve Fund during the prior two weeks, as long as such report would detail obligations in excess of $5,000,000, and upon the request by such Committees:

*Provided further*, That funds appropriated under this heading in this Act may be used for grants for the construction, alteration, or renovation of non-Federally owned facilities to improve preparedness and response capability at the State and local level:

*Provided further*, That funds may be used for purchase and insurance of official motor vehicles in foreign countries:

*Provided further*, That such amount is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.