### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

*Harris County, Texas, et al.*

　　　　　　　　*Plaintiffs*

　　　　　　　　　　　　　　　　　　*vs.*　　　　　　　Case No.: 1:25-cv-01275-CRC

*Robert F. Kennedy, Jr., in his official capacity as Secretary of
the United States Department of Health and Human Services,
et al.*

　　　　　　　　*Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons in a Civil Action, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: Centers for Disease Control and Prevention*

*SERVICE ADDRESS: 1600 Clifton Road, Atlanta, Georgia 30329*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Centers for Disease Control and Prevention, 1600 Clifton Road, Atlanta, Georgia 30329 on 04/29/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1281 9258 98. Service was signed for on 05/05/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 05/05/2025*

---

　　　　　　　　　　　　　　　　　　　　　　*Carrie Hollingshed*

*Client Ref Number: Harris County v. RFK, Jr.*
*Job #:13203282*

**UNITED STATES POSTAL SERVICE**

May 5, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1281 9258 98**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 5, 2025, 9:30 am |
| **Location:** | ATLANTA, GA 30329 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | CENTERS FOR DISEASE CONTROL AND PREVENTION |

**Recipient Signature**

Signature of Recipient:

Address of Recipient: prcKO

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329
Reference #: 13203282