IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harris County, Texas, et al.
          **Plaintiffs**

vs.

Robert F. Kennedy, Jr., in his official capacity as Secretary of the United States Department of Health and Human Services, et al.
          **Defendants**

Case No.: 1:25-cv-01275-CRC

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons in a Civil Action, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief

SERVE TO: United States Department of Health and Human Services

SERVICE ADDRESS: 200 Independence Avenue, SW, Washington, DC 20201

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to United States Department of Health and Human Services, 200 Independence Avenue, SW, Washington, DC 20201 on 04/30/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1281 9259 11. Service was signed for on 05/07/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/07/2025

*[signature]*

Carrie Hollingshed

Client Ref Number: Harris County v. RFK, Jr.
Job #:13203244

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050


**UNITED STATES**
**POSTAL SERVICE**

May 7, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1281 9259 11**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 7, 2025, 7:48 am |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | U S DEPARTMENT OF HEALTH AND HUMAN SERVICES |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *a. Tyler / a. Tyler* |
| Address of Recipient: | *HHS 20201* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

```
U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201
Reference #: 13203244
```