IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ROBERT F. KENNEDY, JR.,** *in his official capacity as Secretary of Health and Human Services, et al.,* <br><br> Defendants. | No. 25-cv-01275 (CRC) |

**DEFENDANTS' DECLARATION SUBMITTED PURSUANT TO
COURT'S MAY 21, 2025 MINUTE ORDER**

Pursuant to the Court's May 21, 2025 Minute Order, Defendants hereby respectfully submit the Declaration of Jamie Legier, along with Exhibit 1 of that Declaration.

To the extent the Court needs additional information, Defendants will be prepared to provide it as ordered or directed by the Court.

DATED: May 23, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

*Counsel for Defendants*