**Exhibit 1**

| Appropriations Bill | (1) Original Total Amount Congress Appropriated to CDC/HHS, and availability end-date to obligate funds | (2) Original Amount that Congress Appropriated for CDC/HHS to Award to STLTs | (3) Amount CDC/HHS had obligated / awarded to STLTs as of March 24, 2025 announcement that it would terminate the grants at issue in this case | (4) Amount CDC/HHS had "paid out" to STLTs as of March 24, 2025 announcement that it would terminate the grants at issue in this case | (5) Amount CDC/HHS has "paid out" to STLTs as of present (~5/22/25) |
|---|---|---|---|---|---|
| **CPRSAA** (134 Stat. at 147) | $2,200,000,000, available until Sep. 30, 2022 | $950,000,000 | CDC funding: $1,120,474,306 | CDC funding: $1,098,488,564 | CDC funding: $1,093,927,786 |
| **CARES** (134 Stat. at 554) | $4,300,000,000, available until Sep. 30, 2024 | $1,500,000,000 | CDC funding: $2,141,490,126<br><br>HHS funding: $61,288,220<br>_____<br>$2,202,778,346 | CDC funding: $1,829,465,757<br><br>HHS funding: $7,524,563<br>_____<br>$1,836,990,320 | CDC funding: $1,819,051,788<br><br>HHS funding: $18,051,535<br>_____<br>$1,837,103,323 |
| **PPP** (134 Stat. at 623-624) | $25,000,000,000 to HHS, available until expended | $10,250,000,000 through HHS | CDC funding: $113,957,883<br><br>HHS funding: $10,418,359,169<br>_____<br>$10,532,317,052 | CDC funding: $102,573,318<br><br>HHS funding: $8,793,928,005<br>_____<br>$8,896,501,323 | CDC funding: $108,103,062<br><br>HHS funding: $8,901,879,800<br>_____<br>$9,009,982,862 |
| **CRRSAA** (134 Stat. at 1911) | $8,750,000,000 to CDC, available until Sept. 30, 2024<br><br>$22,400,000,000 to HHS, available until Sept. 30, 2022 | $4,290,000,000<br><br>$21,610,000,000 ($22.4. bb less $790 mm to Indian Health Service) | CDC funding: $5,426,152,836<br><br>HHS funding: $21,327,406,498<br>_____<br>$26,753,559,334 | CDC funding: $3,750,905,709<br><br>HHS funding: $13,849,900,834<br>_____<br>$17,600,806,543 | CDC funding: $3,822,773,889<br><br>HHS funding: $14,430,947,966<br>_____<br>$18,253,721,855 |
| **ARPA** (135 Stat. at 38-39) | $1,000,000,000 for vaccine-related uses; available until expended | $0 | CDC funding: $3,593,022,832<br><br>HHS funding: $15,371,593,689<br>_____<br>$18,964,616,521 | CDC funding: $1,992,311,084<br><br>HHS funding: $10,134,158,313<br>_____<br>$12,126,469,397 | CDC funding: $2,315,154,019<br><br>HHS funding: $10,123,839,108<br>_____<br>$12,438,993,127 |