IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**MAY 23, 2025 DECLARATION**

Defendants' declaration, ECF No. 25-1, filed last night in response to the Court's May 21, 2025 Minute Order, makes clear that Defendants disregarded their statutory duties, even under their own theory. As the declaration elucidates, Defendants failed to pay out the full amounts of funding that Defendants had awarded to states and local governments pursuant to the 2020 Supplemental Act, the CARES Act, the Paycheck Protection Act, the CRRSAA, and the ARPA. Worse still, as to the Paycheck Protection Act and CRRSAA specifically, Defendants concede that they not only failed to pay out the full amount of the awards, but also they failed to pay out the minimum amount Congress appropriated for states and local governments. May 23, 2025 Legier Decl. ¶¶ 19, 23.

Defendants' admission as to the Paycheck Protection Act and CRRSAA grants conclusively undermines their own defense to the identified constitutional and statutory violations. And as to the remaining appropriations, nothing in this case turns on the specific amounts that Congress designated as a minimum for states and local governments. The statutes imposed two

1

duties on Defendants: (1) spend the appropriated amounts on public health preparedness; and (2) devote at least a certain minimum amount of that spending to states and local governments. That Defendants may have met the latter obligation for some of the congressional appropriations does not change the fact that Defendants are in violation of the first. *See Colorado v. HHS*, No. 1:25-cv-00121-MSM-LDA, 2025 WL 1426226, at *17 (D.R.I. May 16, 2025). Moreover, the agency's own explanation for the Mass Termination Decision, *see* PI Br., ECF No. 14, at 14, makes clear that Defendants terminated the funding not because they thought that there were different ways to address public health preparedness, but because they disagreed with Congress's decision to keep funding public health preparedness at all.

Finally, Plaintiffs would like to clarify that more than $7 million is at issue for the four Plaintiff Local Governments. The $7 million amount that Defendants have referred to, *see* Opp. Br., ECF No. 21, at 40, is the amount that Defendants claim remained to be paid on the direct grants. But the declarations attached to Plaintiff's memorandum of law in support of the preliminary injunction identify over $32 million in funding remaining to be paid to Plaintiff Local Governments, directly or indirectly, at the time of the Mass Termination Decision, as set forth in the table below:

| **Jurisdiction** | **Approximate Amount** | **Declaration Citations** |
|---|---|---|
| Columbus | $3,103,000 | Johnson Decl. ¶ 13; Tong Decl. ¶ 9 |
| Kansas City | $2,010,000 | Jones Decl. ¶¶ 8, 19, 25 |
| Nashville | $8,600,000 | Thompson Decl. ¶ 10 |
| Harris County | $19,000,000 | Kiger Decl. ¶¶ 5, 12, 22; Lal Decl. ¶ 5 |
| **TOTAL** | **$32,713,000** | |

Dated: May 24, 2025                          Respectfully submitted,

**CHRISTIAN D. MENEFEE**
Harris County Attorney

/s/ Jonathan G.C. Fombonne
**JONATHAN G.C. FOMBONNE**
Deputy County Attorney and First Assistant
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

**TIFFANY BINGHAM**
Managing Counsel
Texas State Bar No. 24012287
D.D.C. Bar ID: TX0087
tiffany.bingham@harriscountytx.gov

**EDWARD D. SWIDRISKI III***
Senior Assistant County Attorney
Texas State Bar No. 24083929
Edward.Swidriski@harriscountytx.gov
Office of The Harris County Attorney
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Counsel for Harris County, Texas*

AISHA RICH*
KATHERINE COURTNEY
ALEXANDRA KLIGER*
Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
aisha@publicrightsproject.org
katiec@publicrightsproject.org
sasha@publicrightsproject.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri*

3

JOEL McELVAIN
POOJA BOISTURE*
SKYE L. PERRYMAN
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmcelvain@democracyforward.org
pboisture@democracyforward.org
sperryman@democracyforward.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, Kansas City, Missouri, and AFSCME*

*Admitted *pro hac vice*

4