AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HARRIS COUNTY, TEXAS, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01275 |
| ROBERT F. KENNEDY, JR., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Columbus, Ohio; Nashville, Tennessee; and Kansas City, Missouri .

Date: 06/03/2025

/s/ Sharanya Mohan
*Attorney's signature*

Sharanya Mohan (NYRN 5027768)
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
*Address*

sai@publicrightsproject.org
*E-mail address*

*Telephone number*

*FAX number*