## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **HARRIS COUNTY, TEXAS**, *et al.*, |
| Plaintiffs, |
| v. |
| **ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, |
| Defendants. |

Case No. 25-cv-1275 (CRC)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [14] Plaintiffs' Motion for Preliminary Injunction is **GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that Defendants and their agents are preliminarily enjoined from enforcing or otherwise giving effect to the March 2025 terminations of any grants issued directly or indirectly to plaintiffs Harris County, Texas; Columbus, Ohio; Davidson County and Nashville, Tennessee; and Kansas City, Missouri, under the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020, Pub. L. No. 116-123, 134 Stat. 146 (2020); the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281 (2020); and the Coronavirus Response and Relief Supplemental Appropriations Act of 2021, Pub. L. No. 116-260, div. M., 134 Stat. 1182 (2020).  It is further

**ORDERED** that Defendants notify any state entities acting as pass-throughs for any indirect grants described in the previous paragraph of this Order and file a status report by July 1, 2025, confirming that it sent these notices.  It is further

**ORDERED** that the parties shall meet and confer and file a joint status report by July 15, 2025, proposing a schedule (or competing schedules) for further proceedings in the case.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  <u>June 17, 2025</u>