IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-1275-CRC |

**DEFENDANTS' CONSENT MOTION
TO STAY DEADLINE TO RESPOND TO THE COMPLAINT**

Defendants respectfully request that the Court stay their deadline to respond to Plaintiffs' complaint, to enable the parties' forthcoming Joint Status Report (JSR) to address this deadline as part of proposed scheduling for further proceedings in this case. (*See* ECF No. 32). Defendants' present deadline to respond to the complaint is Tuesday, July 8, 2025, and the parties' deadline to file the aforementioned JSR is Tuesday, July 15, 2025. Defendants have conferred with Plaintiffs, who consent to the request, as explained in paragraph 4 below. Good cause supports this request.

1. By way of background, Plaintiffs filed suit in this case on April 24, 2025 (ECF No. 1), and on April 30, filed a Motion for Preliminary Injunction (ECF No. 14). Briefing on that Motion concluded on May 19, and the Court held a hearing on May 21. On June 17, the Court issued an Order on that Motion, which the Court granted in part and denied in part, and (among other things) also directed the parties to meet and confer and file, by

1

July 15, a JSR proposing a schedule (or competing schedules) for further proceedings in this case. (ECF No. 32).

2. Because Plaintiffs effected service of their complaint on the U.S. Attorney for the District of Columbia on May 9, 2025 (ECF No. 22), Defendants' present deadline to respond to the complaint is July 8, 2025. *See* Fed. R. Civ. P. 12(a)(2).

3. Incorporation of this deadline into the JSR should result in a more orderly and efficient process, and conserve the resources of the Court and parties. The timing and nature of the response to the complaint may depend upon other proposed filings and the course of the litigation going forward. To this end, the parties held a "meet and confer" on June 26 (via zoom) to discuss proposed scheduling and related matters, and intend to hold at least one additional meeting, prior to the July 15 deadline to file the JSR. (*See id.*)

4. As noted above, pursuant to Local Civil Rule 7(m), Defendants' counsel has conferred with Plaintiffs' counsel regarding this motion, who stated as follows:

> Plaintiffs consent to staying Defendants' deadline to respond to the complaint and to instead wrap it into the upcoming deadline to file a Joint Status Report but Plaintiffs do not consent at this time to moving the connected deadline to file a certified list of the contents of the administrative record with the Court and to produce the administrative record to Plaintiffs (which would be 30 days from the current deadline for service of the answer or filing of a motion to dismiss, August 7, 2025). *See* LCvR 7(n)(1). Plaintiffs hope to continue to discuss the deadline to file the certified list and produce the administrative record as part of the ongoing meet and confer.

While Defendants disagree with Plaintiffs' stated view on this local rule which addresses the agency's filing of a list of the contents of the administrative record, it is unnecessary for the Court to address that rule now, as the parties are continuing to discuss the administrative record as part of the meet and confer process.

WHEREFORE, with Plaintiffs' consent, Defendants request the Court stay their July 8, 2025 deadline to respond to the complaint, to enable the parties' forthcoming JSR to address this deadline, as part of the proposed schedule(s) for further proceedings in the case. (*See* ECF No. 32). A proposed order is attached.

DATED: June 30, 2025                                Respectfully submitted,

                                              BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Steven.M.Chasin2@usdoj.gov


*Counsel for Defendant*