IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>　　Defendants. | No. 25-cv-1275 (CRC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion to Stay Deadline to Respond to the Complaint, it is HEREBY

ORDERED that the Motion is GRANTED, and Defendants' deadline to respond to Plaintiffs' complaint is hereby stayed; and

ORDERED that the parties' forthcoming Joint Status Report (*see* ECF No. 32) shall address proposed scheduling of Defendants' deadline to respond to Plaintiffs' complaint.

SO ORDERED.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Christopher R. Cooper
　　　　　　　　　　　　　　　　　　　　United States District Judge