**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-1275-CRC |

**DEFENDANTS' STATUS REPORT REGARDING NOTICES SENT
TO STATE HEALTH AGENCIES,
PURSUANT TO COURT ORDER DATED JUNE 17, 2025**

Defendants hereby submit the following status report, pursuant to the Court's Order dated June 17, 2025 (ECF No. 32) (ordering Defendants to "notify any state entities acting as pass-throughs for any indirect grants described in the previous paragraph of [the] Order and file a status report by July 1, 2025, confirming that it sent these notices.")

Defendants report that on July 1, 2025, Defendants sent notices electronically, via GrantSolutions (a software platform), to the Texas Department of State Health Services; the Missouri Department of Health and Senior Services; the Ohio Department of Health; and the Tennessee Department of Health. These notices (as sent) are attached at Exhibit 1. Defendants attached the Court's June 17 Order and Memorandum Opinion (ECF Nos. 32 and 33) along with each notice.

DATED: July 1, 2025                          Respectfully submitted,


                                             BRETT A. SHUMATE
                                             Assistant Attorney General

Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

_/s/ Steven M. Chasin_
STEVEN M. CHASIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Steven.M.Chasin2@usdoj.gov

_Counsel for Defendants_