# EXHIBIT 1

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                     Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

# NOTICE PURSUANT TO COURT ORDER DATED JUNE 17, 2025

The Centers for Disease Control and Prevention (CDC), and the other defendants in *Harris County v. Kennedy*, No. 1:25-cv-1275-CRC (D.D.C.), hereby provide notice to the Texas Department of State Health Services, pursuant to the Court's Order dated June 17, 2025 (ECF No. 32).

By way of background, in this case, plaintiffs allege that the defendants' termination of certain COVID-19 era grants on or around March 24, 2025, violated the terms of those grants and federal law. Specifically, as relevant to this Notice, CDC issued COVID-19 era awards to the Texas Department of State Health Services. That state health department in turn issued subawards, in amounts within its discretion, to one of the four local government plaintiffs in the case, Harris County, Texas. The Texas Department of State Health Services did not appeal the termination of its COVID-19 era awards. Instead, and consistent with its respective termination notice, the state health department proceeded to close out the COVID-19-funded portion of the award, and CDC subsequently de-obligated award funds.

The Court's June 17 Order, as relevant here, preliminarily enjoined defendants from enforcing or otherwise giving effect to the March 2025 terminations of any grants issued indirectly to Harris County, Texas, insofar as the corresponding grant to the Texas Department of State Health Services was issued under the following three specific appropriation statutes: (i) the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020, Pub. L. No. 116-123, 134 Stat. 146 (2020) ("CPRSAA"); (ii) the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281 (2020) ("CARES"); and (iii) the Coronavirus Response and Relief Supplemental Appropriations Act of 2021, Pub. L. No. 116-260, div. M., 134 Stat. 1182 (2020) ("CRRSAA"). The Court also ordered the

defendants to notify any state entities acting as pass-throughs for any indirect grants described in the prior sentence. A copy of the Court's Memorandum Opinion and Order are attached for reference.

Pursuant to the Court's Order, CDC hereby provides Notice to the Texas Department of State Health Services that it is re-obligating to the state certain de-obligated funds, within the scope of the Court's Order, to make those funds available for re-issuance by the Texas Department of State Health Services to plaintiff Harris County, Texas. Specifically, CDC is re-obligating the following amounts, only to the extent they were funded by the CPRSAA, CARES, and/or CRRSAA, which plaintiffs identified as remaining to be paid at the time of the termination of the award:

| Recipient | Award Name | Award Number | Amount |
|---|---|---|---|
| Texas Department of State Health Services | Immunization Cooperative Agreements | 20NH23IP922616 | $13,399,272.19 |
| (same) | Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases | 19NU50CK000501 | $1,030,391.29 |

The Court's Order does not cover the above awards, to the extent they were funded by the Paycheck Protection Program and Health Care Enhancement Act, Pub. L. No. 116-139, 134 Stat. 620 (2020).

July 1, 2025

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

# NOTICE PURSUANT TO COURT ORDER DATED JUNE 17, 2025

The Centers for Disease Control and Prevention (CDC), and the other defendants in *Harris County v. Kennedy*, No. 1:25-cv-1275-CRC (D.D.C.), hereby provide notice to the Missouri Department of Health and Senior Services, pursuant to the Court's Order dated June 17, 2025 (ECF No. 32).

By way of background, in this case, plaintiffs allege that the defendants' termination of certain COVID-19 era grants on or around March 24, 2025, violated the terms of those grants and federal law. Specifically, as relevant to this Notice, CDC issued COVID-19 era awards to the Missouri Department of Health and Senior Services. That state health department in turn issued subawards, in amounts within its discretion, to one of the four local government plaintiffs in the case, Kansas City, Missouri. The Missouri Department of Health and Senior Services did not appeal the termination of its COVID-19 era awards. Instead, and consistent with its respective termination notice, the state health department proceeded to close out the COVID-19-funded portion of the award, and CDC subsequently de-obligated award funds.

The Court's June 17 Order, as relevant here, preliminarily enjoined defendants from enforcing or otherwise giving effect to the March 2025 terminations of any grants issued indirectly to Kansas City, Missouri, insofar as the corresponding grant to the Missouri Department of Health and Senior Services was issued under the following three specific appropriation statutes: (i) the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020, Pub. L. No. 116-123, 134 Stat. 146 (2020) ("CPRSAA"); (ii) the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281 (2020) ("CARES"); and (iii) the Coronavirus Response and Relief Supplemental Appropriations Act of 2021, Pub. L. No. 116-260, div. M., 134 Stat. 1182 (2020) ("CRRSAA"). The Court also ordered the

defendants to notify any state entities acting as pass-throughs for any indirect grants described in the prior sentence. A copy of the Court's Memorandum Opinion and Order are attached for reference.

Pursuant to the Court's Order, CDC hereby provides Notice to the Missouri Department of Health and Senior Services that it is re-obligating to the state certain de-obligated funds, within the scope of the Court's Order, to make those funds available for re-issuance by the Missouri Department of Health and Senior Services to plaintiff Kansas City, Missouri. Specifically, CDC is re-obligating the following amounts, which plaintiffs identified as remaining to be paid at the time of the termination of the award:

| Recipient | Award Name | Award Number | Amount |
| --- | --- | --- | --- |
| Missouri Department of Health and Senior Services | Immunization and Vaccines for Children Cooperative Agreement | 20NH23IP922606 | $30,000 |
| (same) | Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases | 19NU50CK000546 | $1,500,000 |

July 1, 2025

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                              Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

# NOTICE PURSUANT TO COURT ORDER DATED JUNE 17, 2025

The Centers for Disease Control and Prevention (CDC), and the other defendants in *Harris County v. Kennedy*, No. 1:25-cv-1275-CRC (D.D.C.), hereby provide notice to the Ohio Department of Health, pursuant to the Court's Order dated June 17, 2025 (ECF No. 32).

By way of background, in this case, plaintiffs allege that the defendants' termination of certain COVID-19 era grants on or around March 24, 2025, violated the terms of those grants and federal law. Specifically, as relevant to this Notice, CDC issued COVID-19 era awards to the Ohio Department of Health. That state health department in turn issued subawards, in amounts within its discretion, to one of the four local government plaintiffs in the case, Columbus, Ohio. The Ohio Department of Health did not appeal the termination of its COVID-19 era awards. Instead, and consistent with its respective termination notice, the state health department proceeded to close out the COVID-19-funded portion of the award, and CDC subsequently de-obligated award funds.

The Court's June 17 Order, as relevant here, preliminarily enjoined defendants from enforcing or otherwise giving effect to the March 2025 terminations of any grants issued indirectly to Columbus, Ohio, insofar as the corresponding grant to the Ohio Department of Health was issued under the following three specific appropriation statutes: (i) the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020, Pub. L. No. 116-123, 134 Stat. 146 (2020) ("CPRSAA"); (ii) the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281 (2020) ("CARES"); and (iii) the Coronavirus Response and Relief Supplemental Appropriations Act of 2021, Pub. L. No. 116-260, div. M., 134 Stat. 1182 (2020) ("CRRSAA"). The Court also ordered the defendants to notify any

state entities acting as pass-throughs for any indirect grants described in the prior sentence. A copy of the Court's Memorandum Opinion and Order are attached for reference.

Pursuant to the Court's Order, CDC hereby provides Notice to the Ohio Department of Health that it is re-obligating to the state certain de-obligated funds, within the scope of the Court's Order, to make those funds available for re-issuance by the Ohio Department of Health to plaintiff Columbus, Ohio. Specifically, CDC is re-obligating the following amounts, only to the extent they were funded by the CPRSAA, CARES, and/or CRRSAA, which plaintiffs identified as remaining to be paid at the time of the termination of the award:

| Recipient | Award Name | Award Number | Amount |
|---|---|---|---|
| Ohio Department of Health | Immunization Cooperative Agreements | 19NH23IP922630 | $103,000 |
| (Same) | Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases | 19NU50CK000543 | $3,000,000 |

The Court's Order does not cover the above awards, to the extent they were funded by the Paycheck Protection Program and Health Care Enhancement Act, Pub. L. No. 116-139, 134 Stat. 620 (2020).

July 1, 2025

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

# NOTICE PURSUANT TO COURT ORDER DATED JUNE 17, 2025

The Centers for Disease Control and Prevention (CDC), and the other defendants in *Harris County v. Kennedy*, No. 1:25-cv-1275-CRC (D.D.C.), hereby provide notice to the Tennessee Department of Health, pursuant to the Court's Order dated June 17, 2025 (ECF No. 32).

By way of background, in this case, plaintiffs allege that the defendants' termination of certain COVID-19 era grants on or around March 24, 2025, violated the terms of those grants and federal law. Specifically, as relevant to this Notice, CDC issued COVID-19 era awards to the Tennessee Department of Health. That state health department in turn issued subawards, in amounts within its discretion, to one of the four local government plaintiffs in the case, the Metropolitan Government of Nashville and Davidson County, Tennessee. The Tennessee Department of Health did not appeal the termination of its COVID-19 era awards. Instead, and consistent with its respective termination notice, the state health department proceeded to close out the COVID-19-funded portion of the award, and CDC subsequently de-obligated award funds.

The Court's June 17 Order, as relevant here, preliminarily enjoined defendants from enforcing or otherwise giving effect to the March 2025 terminations of any grants issued indirectly to the Metropolitan Government of Nashville and Davidson County, Tennessee, insofar as the corresponding grant to the Tennessee Department of Health was issued under the following three specific appropriation statutes: (i) the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020, Pub. L. No. 116-123, 134 Stat. 146 (2020) ("CPRSAA"); (ii) the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281 (2020) ("CARES"); and (iii) the Coronavirus Response and Relief Supplemental Appropriations Act of 2021, Pub. L. No. 116-260, div. M., 134 Stat.

1182 (2020) ("CRRSAA").  The Court also ordered the defendants to notify any state entities acting as pass-throughs for any indirect grants described in the prior sentence.  A copy of the Court's Memorandum Opinion and Order are attached for reference.

    Pursuant to the Court's Order, CDC hereby provides Notice to the Tennessee Department of Health that it is re-obligating to the state certain de-obligated funds, within the scope of the Court's Order, to make those funds available for re-issuance by the Tennessee Department of Health to plaintiff Metropolitan Government of Nashville and Davidson County, Tennessee.  Specifically, CDC is re-obligating the following amounts, which plaintiffs identified as remaining to be paid at the time of the termination of the award:

| Recipient | Award Name | Award Number | Amount |
| --- | --- | --- | --- |
| Tennessee Department of Health | Immunization and Vaccines for Children | 20NH23IP922617 | $1,900,000 |
| (Same) | Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases | 19NU50CK000528 | $6,300,000 |

July 1, 2025