IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-1275-CRC |

**JOINT MOTION FOR 3-DAY EXTENSION OF TIME TO FILE JOINT STATUS REPORT PROPOSING SCHEDULE FOR FURTHER PROCEEDINGS**

The Parties hereby jointly request a three-day extension of their deadline to file a joint status report, pursuant to the Court's June 17, 2025 Order (ECF No. 32) (the "Order"), from Tuesday, July 15, 2025, to Friday, July 18, 2025. *See* Order (directing the "parties to meet and confer and file a joint status report by July 15, 2025, proposing a schedule (or competing schedules) for further proceedings in this case.").

Good cause supports this Motion. To date, the parties have engaged in two "meet and confer"-video conferences regarding scheduling (one on June 25, and another on July 11), and are continuing to try to find ways to agree on aspects of scheduling. The requested 3-day extension should provide adequate time for the parties to continue to exchange scheduling proposals, confer with their respective clients, determine if agreement can be reached on some or all aspects of scheduling, and draft and finalize a joint status report. No other deadlines have been set by the Court.

1

WHEREFORE, the parties jointly request that the Court extend their deadline to file a joint status report, with proposed scheduling for further proceedings, from Tuesday, July 15, 2025 to Friday, July 18, 2025. A proposed order is attached.

DATED: July 14, 2025

Respectfully submitted,

*/s/ Aisha Rich*
AISHA RICH*
SHARANYA MOHAN*
KATHERINE COURTNEY
ALEXANDRA KLIGER*
Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
aisha@publicrightsproject.org
sai@publicrightsproject.org
katiec@publicrightsproject.org
sasha@publicrightsproject.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri*

**CHRISTIAN D. MENEFEE**
Harris County Attorney

**JONATHAN G.C. FOMBONNE**
Deputy County Attorney and First Assistant
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

**TIFFANY BINGHAM**
Managing Counsel
Texas State Bar No. 24012287
D.D.C. Bar ID: TX0087
tiffany.bingham@harriscountytx.gov

**EDWARD D. SWIDRISKI III***
Senior Assistant County Attorney
Texas State Bar No. 24083929
Edward.Swidriski@harriscountytx.gov

Office of The Harris County Attorney
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Counsel for Harris County, Texas*

JOEL McELVAIN
POOJA BOISTURE*
SKYE L. PERRYMAN
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmcelvain@democracyforward.org
pboisture@democracyforward.org
sperryman@democracyforward.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, Kansas City, Missouri, and AFSCME*

*Admitted *pro hac vice*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Steven.M.Chasin2@usdoj.gov

*Counsel for Defendants*

3