IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

## PLAINTIFF AFSCME'S MOTION FOR PARTIAL RECONSIDERATION

Plaintiff American Federation of State, County, and Municipal Employees ("AFSCME") respectfully seeks narrow and limited reconsideration of that portion of the Court's June 17, 2025, Order, ECF No. 32, and Memorandum Opinion, ECF No. 33 ("Mem. Op."), that declined to award Plaintiff AFSCME injunctive relief on behalf of its members who are public employees in the State of Alaska and Jackson County, Ohio. For the reasons presented in the accompanying memorandum in support of this motion, the Court should enter an order granting reconsideration and extending to Alaska and to Jackson County, Ohio the injunctive relief it granted on June 17, 2025 to plaintiffs Harris County, Texas; Columbus, Ohio; Davidson County and Nashville, Tennessee; and Kansas City, Missouri, under the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020, Pub. L. No. 116-123, 134 Stat. 146 (2020); the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281 (2020); and the Coronavirus Response and Relief Supplemental Appropriations Act of 2021, Pub. L. No. 116-260, div. M., 134 Stat. 1182 (2020). The specific contours of the relief that AFSCME seeks are provided in the accompanying proposed order.

1

| | |
|---|---|
| Dated: July 15, 2025 | Respectfully submitted,<br><br> /s/ Joel McElvain<br>JOEL McELVAIN<br>(DC Bar No. 448431)<br>POOJA BOISTURE*<br>SKYE L. PERRYMAN<br>(DC Bar No. 984573)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>jmcelvain@democracyforward.org<br>pboisture@democracyforward.org<br>sperryman@democracyforward.org<br><br><br>MATTHEW S. BLUMIN<br>(DC Bar No. 1007008)<br>GEORGINA C. YEOMANS<br>(DC Bar No. 1510777)<br>American Federation of State, County, and Municipal Employees, AFL-CIO<br>1625 L. Street NW<br>Washington, DC 20036<br>(202) 775-5900<br>mblumin@afscme.org<br>gyeomans@afscme.org<br><br>*Counsel for AFSCME*<br><br>*Admitted *pro hac vice* |