IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

### [PROPOSED] ORDER GRANTING PARTIAL RECONSIDERATION

Upon consideration of the motion for partial reconsideration filed by Plaintiff American Federation of State, County, and Municipal Employees ("AFSCME"), it is hereby

**ORDERED** that AFSCME's motion for partial reconsideration is GRANTED. It is further

**ORDERED** that, in addition to the injunction that applies as a result of this Court's June 17, 2025 Order granting partial injunctive relief to plaintiffs Harris County, Texas; Columbus, Ohio; Davidson County and Nashville, Tennessee; and Kansas City, Missouri, Defendants and their agents are preliminarily enjoined from enforcing or otherwise giving effect to the March 2025 terminations of any grants issued directly or indirectly to Alaska and Jackson County, Ohio, under the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020, Pub. L. No. 116-123, 134 Stat. 146 (2020); the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281 (2020); and the Coronavirus Response and Relief Supplemental Appropriations Act of 2021, Pub. L. No. 116-260, div. M., 134 Stat. 1182 (2020). It is further

**ORDERED** that Defendants notify any state entities acting as pass-throughs for any indirect grants described in the previous paragraph of this Order and file a status report by July 29, 2025, confirming that it sent these notices.

**SO ORDERED.**

Dated: July _____, 2025                           _____

                                                                    HON. CHRISTOPHER R. COOPER
                                                                    United States District Judge