IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS;<br>COLUMBUS, OHIO;<br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY,<br>TENNESSEE; and<br>KANSAS CITY, MISSOURI,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR.;<br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES;<br>SUSAN MONAREZ; and<br>CENTERS FOR DISEASE CONTROL AND<br>PREVENTION,<br><br>*Defendants.* | Case No. 1:25-cv-01275-CRC |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Cassandra Crawford *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Cassandra Crawford, filed herewith. As set forth in Ms. Crawford's declaration, she is admitted and an active member in good standing of the North Carolina State Bar. This motion is supported and signed by Katherine Courtney, an active member of the Bar of this Court.

Dated: July 18, 2025                                     Respectfully submitted,


                                                         <u>*/s/ Katherine Courtney*</u>
                                                         KATHERINE COURTNEY
                                                         Public Rights Project
                                                         490 43rd Street, Unit #115
                                                         Oakland, California 94609
                                                         (510) 214-6960 (phone)
                                                         katiec@publicrightsproject.org

                                                         *Counsel for Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HARRIS COUNTY, TEXAS, et al., )
　　　　　Plaintiff(s)　　　　　)
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　) Case Number: 1:25-cv-01275
ROBERT F. KENNEDY, JR., et al.,　)
　　　　　　　　　　　　　　　　)
　　　　　Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Cassandra Crawford

2. State bar membership number: North Carolina (45396)

3. Business address, telephone and fax numbers:
   Public Rights Project, 490 43rd Street, Unit 115, Oakland, CA 94609, (510) 214-6960

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State of North Carolina; District of Massachusetts; Western, Eastern, and Middle District of North Carolina; U.S. Court of Appeals for the Fourth Circuit, Sixth Circuit, Ninth Circuit; and U.S. Supreme Court.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.   1

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

07/16/2025
DATE

_____
SIGNATURE OF ATTORNEY

2



# NORTH CAROLINA STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

## Cassandra Lauren Crawford
Bar # 45396

was licensed to practice law by the State of North Carolina on March 29, 2013.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 1st of July, 2025.

Secretary of the North Carolina State Bar

