AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HARRIS COUNTY, TEXAS, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01275-CRC |
| ROBERT F. KENNEDY, JR., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri.

Date:   07/21/2025

/s/ Cassandra Crawford
*Attorney's signature*

Cassandra Crawford (NC # 45396), pro hac vice
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
*Address*

cassandra@publicrightsproject.org
*E-mail address*

(510) 214-6960
*Telephone number*

*FAX number*