# EXHIBIT 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award#  6 NH23IP922592-05-09
FAIN#  NH23IP922592
Federal Award Date: 03/25/2025

## Recipient Information

1. **Recipient Name**
   STATE OF ALASKA DEPARTMENT OF HEALTH
   550 W 7th Ave Ste 1230
   Anchorage, AK 99501-3564
   [NO DATA]

2. **Congressional District of Recipient**
   00
3. **Payment System Identifier (ID)**
   1926001185E9
4. **Employer Identification Number (EIN)**
   926001185
5. **Data Universal Numbering System (DUNS)**
   809386543
6. **Recipient's Unique Entity Identifier (UEI)**
   LNQNF7PKBV13
7. **Project Director or Principal Investigator**
   Sarah Aho
   Program Manager
   sarah.aho@alaska.gov
   9072698015

8. **Authorized Official**
   Ms. Heather Rogers
   Heather.Rogers@alaska.gov
   (907) 269-8167

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Wayne Woods
   kuv1@cdc.gov
   770-488-2948

10. **Program Official Contact Information**
    Hilary Oliphant
    Public Health Advisor
    hbo1@cdc.gov
    770-488-3973

## Federal Award Information

11. **Award Number**
    6 NH23IP922592-05-09
12. **Unique Federal Award Identification Number (FAIN)**
    NH23IP922592
13. **Statutory Authority**
    Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
14. **Federal Award Project Title**
    CDC-RFA-IP19-1901 Immunization and Vaccines for Children, IIS Modernization Supplemental Funding

15. **Assistance Listing Number**
    93.268
16. **Assistance Listing Program Title**
    Immunization Cooperative Agreements

17. **Award Action Type**
    Administrative Action
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | |
|---|---|
| 19. Budget Period Start Date  07/01/2023 - End Date  06/30/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $32,208,632.00 |
| 22. Offset | $4,413,968.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $7,336,231.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $7,336,231.00 |
| 26. Period of Performance Start Date 07/01/2019 - End Date 06/30/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $60,544,224.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Percy Jernigan

## 30. Remarks
This is an internal administrative action. No action is required from the recipient.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award#    6 NH23IP922592-05-09
FAIN#    NH23IP922592
Federal Award Date:   03/25/2025

| Recipient Information | |
|---|---|
| **Recipient Name** STATE OF ALASKA DEPARTMENT OF HEALTH 550 W 7th Ave Ste 1230 Anchorage, AK 99501-3564 [NO DATA] | |
| **Congressional District of Recipient** 00 | |
| **Payment Account Number and Type** 1926001185E9 | |
| **Employer Identification Number (EIN) Data** 926001185 | |
| **Universal Numbering System (DUNS)** 809386543 | |
| **Recipient's Unique Entity Identifier (UEI)** LNQNF7PKBV13 | |

| 31. Assistance Type |
|---|
| Cooperative Agreement |
| **32. Type of Award** |
| Other |

| 33. Approved Budget (Excludes Direct Assistance) I. Financial Assistance from the Federal Awarding Agency Only II. Total project costs including grant funds and all other financial participation | |
|---|---|
| a. Salaries and Wages | $4,819,702.00 |
| b. Fringe Benefits | $2,862,150.00 |
|     c. Total Personnel Costs | $7,681,852.00 |
| d. Equipment | $70,000.00 |
| e. Supplies | $233,234.00 |
| f. Travel | $418,123.00 |
| g. Construction | $0.00 |
| h. Other | $2,169,292.00 |
| i. Contractual | $30,678,434.00 |
| j. TOTAL DIRECT COSTS | $41,250,935.00 |
| k. INDIRECT COSTS | $2,707,896.00 |
| l. TOTAL APPROVED BUDGET | $43,958,831.00 |
| m. Federal Share | $43,958,831.00 |
| n. Non-Federal Share | $0.00 |

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390BKG | 19NH23IP922592 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922592-05-09
FAIN# NH23IP922592
Federal Award Date: 03/25/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award#   6 NH75OT000052-01-04
FAIN#   NH75OT000052
Federal Award Date: 02/09/2024

## Recipient Information

1. **Recipient Name**
   STATE OF ALASKA DEPARTMENT OF HEALTH
   350 MAIN ST RM 427
   Alaska Department of Health and Social Services
   JUNEAU, AK 99801-1149
   [NO DATA]
2. **Congressional District of Recipient**
   00
3. **Payment System Identifier (ID)**
   1926001185A7
4. **Employer Identification Number (EIN)**
   926001185
5. **Data Universal Numbering System (DUNS)**
   809386543
6. **Recipient's Unique Entity Identifier (UEI)**
   LNQNF7PKBV13
7. **Project Director or Principal Investigator**

   Mrs. Lindsey  Kato
   Division Director
   lindsey.kato@alaska.gov
   907-465-3573
8. **Authorized Official**

   Ms. Heather  Rogers
   Authorized Organizational Representative
   Heather.Rogers@alaska.gov
   (907) 269-8167

## Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Jo-Anne Saunders
   Grants Management Specialist
   srq1@cdc.gov
   4044985235

10. **Program Official Contact Information**
    Melanie  Amacker
    Program Officer
    svk8@cdc.gov
    4044980332

## Federal Award Information

11. **Award Number**
    6 NH75OT000052-01-04
12. **Unique Federal Award Identification Number (FAIN)**
    NH75OT000052
13. **Statutory Authority**
    317(K)(2) OF PHSA 42USC 247B(K)(2)

14. **Federal Award Project Title**
    Alaska Initiative to Address COVID-19 Among High Risk, Rural, and Underserved Alaskans

15. **Assistance Listing Number**
    93.391
16. **Assistance Listing Program Title**
    Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises
17. **Award Action Type**
    No Cost Extension
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| 19. Budget Period Start Date   06/01/2021   - End Date   05/31/2026 | | |
| 20. Total Amount of Federal Funds Obligated by this Action | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $36,041,076.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | | $36,041,076.00 |
| 26. Period of Perfomance Start Date   06/01/2021   - End Date   05/31/2026 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $36,041,076.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ms. Ester Edward
    Grants Management Officer

30. **Remarks**

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH75OT000052-01-04
FAIN#   NH75OT000052
Federal Award Date: 02/09/2024

## Recipient Information

**Recipient Name**
STATE OF ALASKA DEPARTMENT OF HEALTH
350 MAIN ST RM 427
Alaska Department of Health and Social Services
JUNEAU, AK 99801-1149
[NO DATA]

**Congressional District of Recipient**
00

**Payment Account Number and Type**
1926001185A7

**Employer Identification Number (EIN) Data**
926001185

**Universal Numbering System (DUNS)**
809386543

**Recipient's Unique Entity Identifier (UEI)**
LNQNF7PKBV13

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| a. | Salaries and Wages | $5,407,988.00 |
| b. | Fringe Benefits | $2,368,699.00 |
| | c. Total Personnel Costs | $7,776,687.00 |
| d. | Equipment | $40,000.00 |
| e. | Supplies | $40,000.00 |
| f. | Travel | $300,000.00 |
| g. | Construction | $0.00 |
| h. | Other | $94,087.00 |
| i. | Contractual | $23,089,292.00 |
| j. | **TOTAL DIRECT COSTS** | $31,340,066.00 |
| k. | **INDIRECT COSTS** | $4,701,010.00 |
| l. | **TOTAL APPROVED BUDGET** | $36,041,076.00 |
| m. | Federal Share | $36,041,076.00 |
| n. | Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000052C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#   6 NH75OT000052-01-04
FAIN#   NH75OT000052
Federal Award Date: 02/09/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

STATE OF ALASKA DEPARTMENT OF HEALTH                6 NH75OT000052-01-04

1. terms and conditions

| ADDITIONAL TERMS AND CONDITIONS OF AWARD |
|---|

The General Terms and Conditions for non-research grants and cooperative agreements have been updated, effective January 23, 2024, to reflect current regulations and requirements for federal financial assistance.

**No Cost Extension:** The purpose of this amendment is to approve a Twenty-four month No Cost Extension per the request submitted by your organization dated January 30, 2024 . The budget and project period end dates have been extended from May 31, 2024 to May 31, 2026.

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve month period.  Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required.  A completed FFR SF-425 covering the original final budget period of June 1, 2023 to May 31, 2024 must be submitted by August 30, 2024.

Recipients must submit all closeout reports identified in this section within 120 days of the period of performance end date.  The reporting timeframe is the full period of performance.  Failure to submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report (PPER):**  This report should include the information specified in the NOFO.  At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

All manuscripts published as a result of the work supported in part or whole by the cooperative grant must be submitted with the performance progress reports.

**Final Federal Financial Report (FFR, SF-425):**  The FFR should only include those funds authorized and actually expended during the timeframe covered by the report.  The Final FFR, SF-425 is required and must be submitted no later than 120 days after the period of performance end date.

The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations.   Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly.  Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

Electronic versions of the FFR SF-425 can be downloaded at:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

**Equipment and Supplies - Tangible Personal Property Report (SF-428):**  A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be

submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more.  Electronic versions of the forms can be downloaded by visiting:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in accordance with 45 CFR Part 75.  The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Centers for Disease Control and Prevention**

**Notice of Award**

Award#   6 NU50CK000509-05-10
FAIN#   NU50CK000509
Federal Award Date:   06/17/2025

## Recipient Information

1. **Recipient Name**
   STATE OF ALASKA DEPARTMENT OF HEALTH
   PO BOX 110610
   Juneau, AK 99811-0610
   [NO DATA]

2. **Congressional District of Recipient**
   00
3. **Payment System Identifier (ID)**
   1926001185A7
4. **Employer Identification Number (EIN)**
   926001185
5. **Data Universal Numbering System (DUNS)**
   809386543
6. **Recipient's Unique Entity Identifier (UEI)**
   LNQNF7PKBV13
7. **Project Director or Principal Investigator**
   Dr. Louisa Castrodale
   Infectious Disease Program Manager
   Louisa.Castrodale@Alaska.Gov
   907-269-8002
8. **Authorized Official**
   Ms. Heather Rogers
   Heather.Rogers@alaska.gov
   (907) 269-8167

## Federal Agency Information

CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Terrian Dixon
   Grants Management Officer
   thd4@cdc.gov
   770-488-2774

10. **Program Official Contact Information**
    Zoe Kaplan
    Program Officer
    prd7@cdc.gov
    2409942681

## Federal Award Information

11. **Award Number**
    6 NU50CK000509-05-10
12. **Unique Federal Award Identification Number (FAIN)**
    NU50CK000509
13. **Statutory Authority**
    301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

14. **Federal Award Project Title**
    Alaska DPH: Building Epidemiology and Laboratory Capacity

15. **Assistance Listing Number**
    93.323
16. **Assistance Listing Program Title**
    Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

17. **Award Action Type**
    Closeout by Administrative Request
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | |
|---|---:|
| 19. Budget Period Start Date   08/01/2023   - End Date   07/31/2027 | |
| 20. Total Amount of Federal Funds Obligated by this Action | ($23,357,782.75) |
| 20a. Direct Cost Amount | ($6,752,357.75) |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $11,400,374.00 |
| 22. Offset | $264,209.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $5,285,524.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | ($18,072,258.75) |
| 26. Period of Performance Start Date   08/01/2019   - End Date   07/31/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $135,774,440.31 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Dr. Gwendolyn Demery Moore
    Grants Management Officer

## 30. Remarks

See Remarks (continuation)

Page 1

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000509-05-10
FAIN# NU50CK000509
Federal Award Date: 06/17/2025

## Recipient Information

**Recipient Name**
STATE OF ALASKA DEPARTMENT OF HEALTH
PO BOX 110610
Juneau, AK 99811-0610
[NO DATA]

**Congressional District of Recipient**
00

**Payment Account Number and Type**
1926001185A7

**Employer Identification Number (EIN) Data**
926001185

**Universal Numbering System (DUNS)**
809386543

**Recipient's Unique Entity Identifier (UEI)**
LNQNF7PKBV13

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| a. | Salaries and Wages | $5,355,246.00 |
| b. | Fringe Benefits | $2,552,591.00 |
| | c. Total Personnel Costs | $7,907,837.00 |
| d. | Equipment | $1,025,198.00 |
| e. | Supplies | $1,643,747.00 |
| f. | Travel | $387,323.00 |
| g. | Construction | $0.00 |
| h. | Other | ($20,654,588.75) |
| i. | Contractual | $2,938,126.00 |
| j. | **TOTAL DIRECT COSTS** | **($6,752,357.75)** |
| k. | **INDIRECT COSTS** | **$344,682.00** |
| l. | **TOTAL APPROVED BUDGET** | **($6,407,675.75)** |
| m. | Federal Share | ($6,407,675.75) |
| n. | Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390F7F | 19NU50CK000509C4 | CK | 41.51 | 93.323 | ($14,456,524.36) | 75-X-0140 |
| 0-9390EPX | 19NU50CK000509CV | CK | 41.51 | 93.323 | ($148,533.42) | 75-2022-0943 |
| 1-9390GKT | 19NU50CK000509EDEXC5 | CK | 41.51 | 93.323 | ($8,752,724.97) | 75-2122-0140 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000509-05-10
FAIN# NU50CK000509
Federal Award Date: 06/17/2025

| Remarks (Continuation) |
|---|

Additional Terms and Conditions:

De-obligation of Funds: This amended Notice of Award serves to de-obligate funds following the termination dated March 24, 2025. As stated in the Notice of Award dated March 24, 2025, the Centers for Control and Prevention (CDC) will de-obligate any unobligated award balances from COVID-19 funding.

Payment Management System Unobligated Balances: The recipient may no longer draw down funds associated with the award in the Payment Management System (PMS).

Unobligated funds were reported on the Final FFR(s). Funds were de-obligated from the PMS Account and is/are detailed below:

Retention of Records: The recipient is reminded that HHS regulations require that financial records, supporting documents, and all other records pertinent to the award are to be retained for a period of three years from the date of submission of the final FFR.

All other terms and conditions remain unchanged.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000509-05-10
FAIN# NU50CK000509
Federal Award Date: 06/17/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

Page 4

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Centers for Disease Control and Prevention**

**Notice of Award**

Award# 6 NU58DP007014-03-02
FAIN# NU58DP007014
Federal Award Date: 08/08/2024

## Recipient Information

1. **Recipient Name**
   JACKSON COUNTY HEALTH DISTRICT
   200 E Main St
   Jackson, OH 45640-1716

2. **Congressional District of Recipient**
   06
3. **Payment System Identifier (ID)**
   1316400071A2
4. **Employer Identification Number (EIN)**
   316400071
5. **Data Universal Numbering System (DUNS)**
   029966210
6. **Recipient's Unique Entity Identifier (UEI)**
   HE7ANTELMQL3
7. **Project Director or Principal Investigator**
   Mr. Kevin Edward Aston
   kaston@jchd.us
   7402865094

8. **Authorized Official**
   Mr. Kevin Edward Aston
   kaston@jchd.us
   7402865094

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Mrs. Nadirah Watson
   Grants Management Specialist
   nwatson@cdc.gov
   404-498-3029

10. **Program Official Contact Information**
    Ashley Wadley
    Program Officer
    owz3@cdc.gov
    4047187136

## Federal Award Information

11. **Award Number**
    6 NU58DP007014-03-02
12. **Unique Federal Award Identification Number (FAIN)**
    NU58DP007014
13. **Statutory Authority**
    Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") Public Law 116-136 Public Health Service Act 42 U.S.C. 301(a)
14. **Federal Award Project Title**
    Community Health Worker Community Resilience Project

15. **Assistance Listing Number**
    93.495
16. **Assistance Listing Program Title**
    Community Health Workers for Public Health Response and Resilient

17. **Award Action Type**
    No Cost Extension
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | |
|---|---|
| 19. Budget Period Start Date 08/31/2023 - End Date 08/30/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $1,447,383.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $1,447,383.00 |
| 26. Period of Performance Start Date 08/31/2021 - End Date 08/30/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $4,396,526.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Darryl Mitchell

30. **Remarks**

Page 1

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award#   6 NU58DP007014-03-02
FAIN#   NU58DP007014
Federal Award Date: 08/08/2024

## Recipient Information

**Recipient Name**
JACKSON COUNTY HEALTH DISTRICT
200 E Main St
Jackson, OH 45640-1716

**Congressional District of Recipient**
06

**Payment Account Number and Type**
1316400071A2

**Employer Identification Number (EIN) Data**
316400071

**Universal Numbering System (DUNS)**
029966210

**Recipient's Unique Entity Identifier (UEI)**
HE7ANTELMQL3

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| a. | Salaries and Wages | $440,571.00 |
| b. | Fringe Benefits | $320,713.00 |
| c. | Total Personnel Costs | $761,284.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $18,543.00 |
| f. | Travel | $168,198.00 |
| g. | Construction | $0.00 |
| h. | Other | $74,425.00 |
| i. | Contractual | $293,353.00 |
| j. | TOTAL DIRECT COSTS | $1,315,803.00 |
| k. | INDIRECT COSTS | $131,580.00 |
| l. | TOTAL APPROVED BUDGET | $1,447,383.00 |
| m. | Federal Share | $1,447,383.00 |
| n. | Non-Federal Share | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H3H | 21NU58DP007014C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |
| 2-9390H3H | 21NU58DP007014C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |
| 3-9390H3H | 21NU58DP007014C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |

# AWARD ATTACHMENTS

JACKSON COUNTY HEALTH DISTRICT                                                  6 NU58DP007014-03-02

1. Terms and Conditions

| ADDITIONAL TERMS AND CONDITIONS OF AWARD |
|---|

**No Cost Extension:** The purpose of this amendment is to approve a twelve (12) month No Cost Extension per the request submitted by your organization dated July 29, 2024 . The budget and project period end dates have been extended from August 30, 2024 to August 30, 2025.

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Based on the approved no-cost extension, an additional annual financial report will be required.  A completed FFR SF-425 covering the original final budget period of August 31, 2023 to August 30, 2024 must be submitted by November 28, 2024.

**Closeout Requirements:** Recipients must submit all closeout reports within 120 days of the period of performance end date. Standard closeout reporting requirements are identified in the *General Terms and Conditions*, which are published on the CDC website at https://www.cdc.gov/grants/federal-regulations-policies/index.html.