IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-1275-CRC |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

    I, Christa Capozzola, Acting Chief Operating Officer and the Acting Director of the Office of the Chief Operating Officer at the U.S. Centers for Disease Control and Prevention (CDC), certify that, to the best of my knowledge and based on the information presented to me, the materials described in the accompanying list comprise the complete, non-privileged administrative record in this case.

Dated: August 13, 2025

                                           */s/ Christa Capozzola*
                                           Christa Capozzola
                                           Acting Chief Operating Officer and the Acting Director
                                           of the Office of the Chief Operating Officer
                                           U.S. Centers for Disease Control and Prevention

INDEX TO THE ADMINISTRATIVE RECORD

|    | Title | Bates Number |
|----|-------|--------------|
| 1. | Notice of Award, Award # 1 NH75OT000026-01-01, to Harris County, TX, dated May 27, 2021 | AR 00001 – AR 00008 |
| 2. | Notice of Funding Opportunity, "National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Undeserved, Including Racial and Ethnic Minority Populations and Rural Communities," CDC-RFA-OT21-2103, dated Mar. 3, 2021 | AR 00009 – AR 00059 |
| 3. | Notice of Award, Award # 6 NH75OT000026-01-04, to Harris County, TX, dated Feb. 22, 2024 | AR 00060 – AR 00064 |
| 4. | Notice of Award, Award # 6 NH75OT000026-01-05, to Harris County, TX, dated Mar. 24, 2025 | AR 00065 – AR 00069 |
| 5. | Notice of Award, Award # 1 NU58DP006986-01-00, to Harris County, TX, dated Aug. 23, 2021 | AR 00070 – AR 00076 |
| 6. | Notice of Funding Opportunity, "Community Health Workers for COVID Response and Resilient Communities (CCR)," CDC-RFA-DP21-2109, dated May 24, 2021 | AR 00077 – AR 00141 |
| 7. | Notice of Award, Award #5 NU58DP006986-02-00, to Harris County, TX, dated July 13, 2022 | AR 00142 – AR 00147 |
| 8. | Notice of Award, Award #5 NU58DP006986-03-00, to Harris County, TX, dated June 1, 2023 | AR 00148 – AR 00149 |
| 9. | Notice of Award, Award #6 NU58DP006986-03-04, to Harris County, TX, dated July 15, 2024 | AR 00150 – AR 00154 |
| 10. | Notice of Award, Award #6 NU58DP006986-03-05, to Harris County, TX, dated March 24, 2025 | AR 00155 – AR 00158 |
| 11. | Notice of Award, Award #1 NU58DP006999-01-00, to Nashville & Davidson County, TN, dated Aug. 23, 2021 | AR 00159 – AR 00165 |

| 12. | Notice of Funding Opportunity, "Community Health Workers for COVID Response and Resilient Communities (CRR)," CDC-RFA-DP21-2109, dated May 24, 2021 | AR 00166 – AR 00230 |
| --- | --- | --- |
| 13. | Notice of Award, Award #5 NU58DP006999-02-00, to Nashville & Davidson County, TN, dated July 13, 2022 | AR 00231 – AR 00236 |
| 14. | Notice of Award, Award #5 NU58DP006999-03-00, to Nashville & Davidson County, TN, dated June 1, 2023 | AR 00237 – AR 00238 |
| 15. | Notice of Award, Award #6 NU58DP006999-03-08, to Nashville & Davidson County, TN, dated July 15, 2024 | AR 00239 – AR 00243 |
| 16. | Notice of Award, Award #6 NU58DP006999-03-10, to Nashville & Davidson County, TN, dated March 24, 2025 | AR 00244 – AR 00247 |
| 17. | Notice of Award, Award #1 NH75OT000012-01-00, to Kansas City, MO, dated May 27, 2021 | AR 00248 – AR 00255 |
| 18. | Notice of Funding Opportunity, "National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Undeserved, Including Racial and Ethnic Minority Populations and Rural Communities," CDC-RFA-OT21-2103, dated May 3, 2021 | AR 00256 – AR 00306 |
| 19. | Notice of Award, Award #6 NH75OT000012-01-03, to Kansas City, MO, dated Feb. 28, 2023 | AR 00307 – AR 00312 |
| 20. | Notice of Award, Award #6 NH75OT000012-01-04, to Kansas City, MO, dated February 21, 2024 | AR 00313 – AR 00318 |
| 21. | Notice of Award, Award #6 NH75OT000012-01-05, to KMCO Health Dept. Kansas City, MO, dated March 24, 2025 | AR 000319 – AR 00323 |
| 22. | Notice of Award, Award # 6 NU50CK000546-05-12, to Missouri Department of Health & Senior Services, dated Mar. 24, 2025 (Original) | AR 00324 – AR 00328 |

| 23. | Notice of Award, Award # 6 NU50CK000546-05-13, to Missouri Department of Health & Senior Services, dated Mar. 25, 2025 (Corrected) | AR 00329 – AR 00331 |
|---|---|---|
| 24. | Notice of Award, Award #6 NH23IP922606-05-07, to Missouri Department of Health & Senior Services, dated March 24, 2025 (Original) | AR 00332 – AR 00336 |
| 25. | Notice of Award, Award #6 NH23IP922606-05-09, to Missouri Department of Health & Senior Services, dated March 25, 2025 (Corrected) | AR 00337 – AR 00339 |
| 26. | Notice of Award, Award #6 NH23IP922616-05-10, to Texas Department of State Health Services, dated March 24, 2025 (Original) | AR 00340 – AR 00344 |
| 27. | Notice of Award, Award #6 NH23IP922616-05-11, to Texas Department of State Health Services, dated March 25, 2025 (Corrected) | AR 00345 – AR 00347 |
| 28. | Notice of Award, Award #6 NU50CK000501-05-18, to Texas Department of State Health Services, dated March 24, 2025 (Original) | AR 00348 – AR 00352 |
| 29. | Notice of Award, Award #6 NU50CK000501-05-19, to Texas Department of State Health Services, dated March 25, 2025 (Corrected) | AR 00353 – AR 00355 |
| 30. | Notice of Award, Award #6 NH23IP922617-05-10, to Tennessee Department of Health, dated March 24, 2025 (Original) | AR 00356 – AR 00360 |
| 31. | Notice of Award, Award #6 NH23IP922617-05-11, to Tennessee Department of Health, dated March 25, 2025 (Corrected) | AR 00361 – AR 00363 |
| 32. | Notice of Award, Award #6 NU50CK0000528-05-08, to Tennessee Department of Health, dated March 24, 2025 (Original) | AR 00364 – AR 00368 |
| 33. | Notice of Award, Award #6 NU50CK0000528-05-09, to Tennessee Department of Health, dated March 25, 2025 (Corrected) | AR 00369 – AR 00371 |

| 34. | Notice of Award, Award #6 NU50CK000543-05-11, to Ohio Department of Health, dated March 24, 2025 (Original) | AR 00372 – AR 00376 |
|---|---|---|
| 35. | Notice of Award, Award #6 NU50CK000543-05-12, to Ohio Department of Health, dated March 25, 2025 (Corrected) | AR 00377 – AR 00379 |
| 36. | Notice of Award, Award #6 NH75OT000070-01-05, to Ohio Department of Health, dated March 24, 2025 | AR 00380 – AR 00384 |
| 37. | CDC General Terms and Conditions for Non-Research Grant and Cooperative Agreements (Revised March 2021) | AR 00385 – AR 00401 |
| 38. | CDC General Terms and Conditions for Non-Research Grant and Cooperative Agreements (Revised Jan. 23, 2024) | AR 00402 – AR 00417 |