UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiffs Harris County, Texas; Columbus, Ohio; Nashville, Tennessee; Kansas City, Missouri; and American Federation of State, County and Municipal Employees, AFL-CIO move for summary judgment on all claims. Compl., ECF No. 1, ¶¶ 133-172. Plaintiffs request that the Court declare Defendants' decision to unilaterally cancel congressionally mandated public health funding ("Mass Termination Decision") to be unconstitutional and unlawful, vacate the Mass Termination Decision, and additionally enjoin Defendants from enforcing or otherwise giving effect to it as to Plaintiff Local Governments' grants, as well as grants to states and localities who employ AFSCME-represented public health workers. Plaintiffs further request that the Court require Defendants to extend the performance periods for all such grants to restore the status quo and provide grantees sufficient time to access the funds and spend them as originally intended.

As described in the accompanying memorandum, the Mass Termination Decision violated the Constitution's principle of separation of powers and the Spending Clause and are *ultra vires*. Defendants' Mass Termination Decision also violates the Administrative Procedure Act because

the decision was unconstitutional, contrary to statute and regulation, and arbitrary and capricious. Defendants' violations caused irreparable harm to Plaintiffs, and Plaintiffs need permanent relief to prevent further harm.

Pursuant to Local Civil Rule 7(f), Plaintiffs respectfully request that the Court schedule an oral hearing on Plaintiffs' motion.

Dated: August 27, 2025                                                                 Respectfully submitted,

/s/ Alexandra Kliger
ALEXANDRA KLIGER*
AISHA RICH*
KATHERINE COURTNEY
SHARANYA MOHAN*
CASSANDRA CRAWFORD*
Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
sasha@publicrightsproject.org
aisha@publicrightsproject.org
katiec@publicrightsproject.org
sai@publicrightsproject.org
cassandra@publicrightsproject.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri*

CHRISTIAN D. MENEFEE
Harris County Attorney

JONATHAN G.C. FOMBONNE
Deputy County Attorney and First Assistant
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

TIFFANY BINGHAM
Managing Counsel
Texas State Bar No. 24012287
D.D.C. Bar ID: TX0087
tiffany.bingham@harriscountytx.gov

EDWARD D. SWIDRISKI III*
Senior Assistant County Attorney
Texas State Bar No. 24083929
Edward.Swidriski@harriscountytx.gov
Office of The Harris County Attorney
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Counsel for Harris County, Texas*

JOEL McELVAIN
POOJA BOISTURE*
SKYE L. PERRYMAN
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmcelvain@democracyforward.org
pboisture@democracyforward.org
sperryman@democracyforward.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, Kansas City, Missouri, and AFSCME*

MATTHEW BLUMIN
(DC Bar No. 1007008)
GEORGINA YEOMANS
(DC Bar No. 1510777)
1625 L Street, N.W.
Washington, D.C. 20036
(202) 775-5900
MBlumin@afscme.org
GYeomans@afscme.org

*Counsel for AFSCME*

*Admitted *pro hac vice*

2