IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' motion for a preliminary injunction and accompanying brief, it is hereby:

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the March 2025 decision by Defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of the United States Department of Health and Human Services; the United States Department of Health and Human Services; Susan Monarez, in her official capacity as Acting Director of the Centers for Disease Control and Prevention; and the Centers for Disease Control and Prevention (collectively, "Defendants") to mass-terminate all remaining public health grants issued under the following statutes:

1. Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), Pub. L. No. 116-136, 134 Stat. 281 (2020);
2. Coronavirus Preparedness and Response Supplemental Appropriations Act ("2020 Supplemental Act");

3.  Paycheck Protection Program and Health Care Enhancement Act ("Paycheck Protection Act"), Pub. L. No. 116-139, 134 Stat. 620 (2020);
4.  Coronavirus Response and Relief Supplemental Appropriations Act, 2021 ("CRRSAA"), Pub. L. No. 116-260, div. M, 134 Stat. 1184 (2021); and
5.  American Rescue Plan Act of 2021 ("ARPA"), Pub. L. No. 117-2, 135 Stat. 4 (2021),

is unlawful and is hereby vacated pursuant to 5 U.S.C. § 706(2). It is further

**ORDERED** that Defendants and their agents are permanently enjoined from enforcing or otherwise giving effect to the March 2025 terminations of any grants issued under the statutes listed in the prior paragraph, directly or indirectly, to plaintiffs Harris County, Texas; Columbus, Ohio; Davidson County and Nashville, Tennessee; and Kansas City, Missouri, or to states and localities who employ AFSCME-represented public health workers ("Plaintiffs' CDC Grants"). It is further

**ORDERED** that, to effectuate the vacatur and injunction, Defendants and their agents shall resume the implementation of all Plaintiffs' CDC Grants that Defendants caused to be terminated. It is further

**ORDERED** that Defendants and their agents are enjoined from pausing, cancelling, or otherwise terminating Plaintiffs' CDC Grants for reasons other than those allowed by applicable law, regulation, or grant terms. It is further

**ORDERED** that, to effectuate the vacatur and injunction, Defendants shall extend the performance period of Plaintiffs' CDC Grants by [*the amount of time between the April 24, 2025 Complaint and this Order*], to restore the amount of time that would have been remaining for performance of Plaintiffs' CDC Grants but for their unlawful termination. As to any of Plaintiffs' CDC Grants that are subawards passing through a CDC award to a state agency, Defendants and their agents shall cooperate and take all actions necessary to permit the primary grantees to extend the performance period of any subaward; and shall not impair efforts by the primary grantees to extend the performance period of any subaward. It is further

2

**ORDERED** that Defendants shall file a status report within 24 hours of the issuance of this Order confirming that all individuals and entities that fall within Fed. R. Civ. P. 65(d)(2)(A), (B), and (C), have received actual notice of this Order and that Defendants are in compliance with this Order, and every two weeks thereafter for 12 weeks, confirming compliance with this order.

**SO ORDERED**.

Dated:                                                                                 _____
                                                                                        HON. CHRISTOPHER R. COOPER
                                                                                        United States District Judge