AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01275 |
| ROBERT F. KENNEDY, JR., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Columbus, Ohio; Nashville, Tennessee; and Kansas City, Missouri   .

Date:   10/02/2025

/s/ Patrick Archer
*Attorney's signature*

Patrick Archer
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
*Address*

patrick@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*