IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-1275-CRC |

**JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE
ON DISPOSITIVE MOTIONS, PURSUANT TO STANDING ORDER NO. 25-59**

The Parties hereby jointly request a 10-calendar-day extension to the dispositive motion briefing schedule, in light of the recent extension and reset of deadlines pursuant to the Court's Standing Order No. 25-59, *In re: Extension of Deadlines in Civil Matters Involving the United States Following Restoration of Appropriations,* (JEB) (Nov. 13, 2025) (the Standing Order), following the stay of this action during the lapse in appropriations. Based on the pre-lapse briefing schedule (*see* September 24, 2025 Minute Order) and the extensions under the Standing Order (as reflected further below), presently Defendants are to file their combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment by Tuesday, December 2, 2025, with Plaintiffs' combined opposition and reply due Tuesday, January 6, 2026, and Defendants' reply due Monday, January 30, 2026. *See infra*. There are no other deadlines set in this case, which was filed on April 24, 2025 (*see* Doc. 1).

The parties have conferred and request the following adjustments to this briefing schedule:

1

|  | **Pre-stay deadline** (*see* Sep. 24, 2025 Minute Order) | **Current deadline** (Per Standing Order, No. 25-59, ¶ 1) | **Proposed new deadline** (*i.e.,* 10-day extension) |
|---|---|---|---|
| Defendants' combined motion to dismiss, motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | Friday, October 10, 2025 | Tuesday, December 2, 2025 | **Friday, December 12, 2025** |
| Plaintiffs' combined opposition and reply in support of their motion for summary judgment | Friday, November 14, 2025 | Tuesday, January 6, 2026 | **Friday, January 16, 2026** |
| Defendants' reply | Monday, December 8, 2025 | Friday, January 30, 2026 | **Monday, February 9, 2026** |

    Good cause supports this Joint Motion. As shown above, pursuant to the Standing Order, the current deadline for Plaintiffs' combined opposition and reply brief falls on January 6, 2026, shortly after the winter holidays. Given those holidays, and because Public Rights Project (counsel for Plaintiffs Columbus, Ohio; Nashville, Tennessee; and Kansas City, Missouri) is closed during the week of December 29, Plaintiffs seek to extend that deadline accordingly. Similarly, under the Standing Order, Defendants' upcoming deadline (for their combined motion to dismiss, motion for summary judgment and opposition to Plaintiffs' motion for summary judgment) falls on Tuesday, December 2, shortly after the Thanksgiving holiday weekend. Defendants therefore seek to adjust that deadline to accommodate for holiday travel/absences and enable collaboration with agency personnel. Also, other new time-sensitive litigation matters—which arose during the lapse in appropriations, and which have continued since—have

impeded undersigned Defendants' counsel's ability to resume work on this matter (which stopped completely during the lapse).

The requested 10-calendar-day extension across the remaining deadlines, as reset by the Standing Order, therefore would adjust the Parties' deadlines away from both Thanksgiving weekend and the winter holidays, and also should provide Defendants' counsel necessary time to resume work on this matter and to obtain necessary supervisory review.

WHEREFORE, the parties jointly request that the Court extend by 10 calendar days all remaining deadlines in the current briefing schedule for the parties' dispositive motions, as recently extended and reset by the Standing Order, and according to the table set forth above. A proposed order is attached.

DATED: November 21, 2025                    Respectfully submitted,

*/s/ Sharanya Mohan*
AISHA RICH*
SHARANYA MOHAN*
CASSANDRA CRAWFORD*
KATHERINE COURTNEY
PATRICK ARCHER*
Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
aisha@publicrightsproject.org
sai@publicrightsproject.org
cassandra@publicrightsproject.org
katiec@publicrightsproject.org
patrick@publicrightsproject.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri*

**CHRISTIAN D. MENEFEE**
Harris County Attorney

**JONATHAN G.C. FOMBONNE**
Deputy County Attorney and First Assistant

Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

**EDWARD D. SWIDRISKI III\***
Senior Assistant County Attorney
Texas State Bar No. 24083929
Edward.Swidriski@harriscountytx.gov
Office of The Harris County Attorney
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Counsel for Harris County, Texas*

JOEL McELVAIN
POOJA BOISTURE\*
SKYE L. PERRYMAN
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmcelvain@democracyforward.org
pboisture@democracyforward.org
sperryman@democracyforward.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, Kansas City, Missouri, and AFSCME*

\*Admitted *pro hac vice*

4

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Steven.M.Chasin2@usdoj.gov

*Counsel for Defendants*

5