# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-1275-CRC |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Extension of Briefing Schedule on Dispositive Motions, Pursuant to Standing Order No. 25-59, and for good cause shown, the Joint Motion is GRANTED, and it is hereby ORDERED that the following schedule will govern the remainder of the case:

- Deadline for Defendants to file combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment: December 12, 2025.

- Deadline for Plaintiffs to file combined reply in support of their motion for summary judgment and opposition to Defendants' motions: January 16, 2026.

- Deadline for Defendants to file reply in support of their motions: February 9, 2026.

SO ORDERED.

Dated: _____

                                                         _____
                                                       Honorable Christopher R. Cooper
                                                       United States District Judge