IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-1275-CRC |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants respectfully request a 5-business-day extension, from December 12 to December 19, 2025, of their time to file their combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment, and a corresponding adjustment to the subsequent briefing schedule, as explained below. Defendants have conferred with Plaintiffs, who do not oppose this request. Good cause supports this motion, as explained below.

1. Plaintiffs filed their complaint on April 24, 2025 (*see* Doc. 1), and a preliminary injunction motion on April 30, 2025 (*see* Doc. 14). On June 15, the Court entered an Order granting in part and denying in part the preliminary injunction motion. (*see* Doc. 32). On August 27, Plaintiffs filed their Motion for Summary Judgment. (*see* Doc. 46).

2. On September 22, the parties filed a joint motion for extension of the briefing schedule (see Doc. 50), which the Court granted in a September 24 Minute Order. Thereafter, this action was stayed during the lapse in appropriations. On November 21, following the reset of deadlines pursuant to the Court's Standing Order No. 25-59, *In re: Extension of Deadlines in Civil Matters Involving the United States Following Restoration of Appropriations,* (JEB)

1

(Nov. 13, 2025), the parties filed a joint motion for a 10-calendar-day extension across the remaining deadlines, as reset by that Standing Order. (*See* Doc. 53). The Court granted that motion in a November 24 Minute Order. Under the schedule adopted by the Court, Defendants' combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment is currently due on Friday, December 12.

3. Defendants' undersigned counsel has been diligently preparing this combined filing, but unexpected demands of other time-sensitive litigation matters have impeded the ability to dedicate the necessary time to this filing. As noted in earlier extension requests, new matters involving emergency motions arose during the lapse in appropriations (when counsel's work on this matter was completely stopped), and have continued since, including a motion for temporary restraining order, which counsel was involved in during the week of December 1. The requested 5-business day extension, from Friday, December 12 to Friday, December 19, should afford undersigned counsel the necessary time to complete Defendants' combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment, and provide time for supervisory and agency review.

4. As noted above, Defendants also seek a corresponding adjustment to the remaining briefing schedule, by applying a similar extension (of 5 or 6 business days) across the remaining deadlines. Accordingly, Defendants propose the following adjusted deadlines:

|  | **Current deadline** (Per Nov. 24 Minute Order) | **Proposed new deadline** (*i.e.,* 5 or 6 business-day extensions) |
|---|---|---|
| Defendants' combined motion to dismiss, motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | Friday, December 12, 2025 | Friday, December 19, 2025 |
| Plaintiffs' combined opposition and reply in support of their motion for summary judgment | Friday, January 16, 2026 | Monday, January 26, 2026 |
| Defendants' reply | Monday, February 9, 2026 | Wednesday, February 18, 2026 |

5. As noted above, pursuant to Local Civil Rule 7(m), Defendants' counsel conferred with Plaintiffs' counsel regarding this motion. Plaintiffs consent to the requested extension and proposed adjusted schedule above. No other deadlines have been set in this case.

WHEREFORE, Defendants respectfully request that the Court grant this motion and extend Defendants' deadline to file their combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment, from December 12 to December 19, 2025, with a corresponding adjustment to the remaining deadlines, as set forth above.

DATED: December 10, 2025            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Steven.M.Chasin2@usdoj.gov

*Counsel for Defendants*