IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-1275-CRC |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION
RELATED TO DECEMBER 17, 2025 ORDER OF THE
U.S. COURT OF APPEALS FOR THE D.C. CIRCUIT**

Defendants respectfully request a 2-business-day extension, from December 19 to December 23, 2025, of their time to file their combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment, and a corresponding adjustment to the subsequent briefing schedule. As explained further below, Defendants request this extension in light of the December 17, 2025 Order of the U.S. Court of Appeals for the D.C. Circuit, which vacated the D.C. Circuit panel decision in *Climate United Fund, et al. v. Citibank, N.A.,* reported at 154 F.4th 809 (D.C. Cir. 2025), and set the case to be reheard *en banc.* Defendants have conferred with Plaintiffs, who consent to this short extension. Good cause supports this motion, as explained below.

1. Plaintiffs filed their complaint on April 24, 2025 (*see* Doc. 1), and a preliminary injunction motion on April 30, 2025 (*see* Doc. 14). On June 15, the Court entered an Order granting in part and denying in part the preliminary injunction motion. (*see* Doc. 32). On August 27, Plaintiffs filed their Motion for Summary Judgment. (*see* Doc. 46). Defendants' combined

1

motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment is currently due on Friday, December 19, 2025.  *See* Minute Order dated December 11, 2025.

2. On Wednesday, December 17 (as Defendants' undersigned counsel was in the process of finalizing briefing), the U.S. Court of Appeals for the D.C. Circuit issued the attached order, vacating the D.C. Circuit panel decision in *Climate United Fund, et al. v. Citibank*, *N.A.*, Case No. 25-5122, reported at 154 F.4th 809 (D.C. Cir. 2025) ("*Climate United*"), and set the case to be reheard *en banc*.  In *Climate United*, the D.C. Circuit applied the Tucker Act in the grant termination context, where, as in this case, the plaintiffs asserted Administrative Procedure Act (APA), constitutional, and *ultra vires* claims to challenge the grant terminations.  *See* 154 F.4th at 819-829.  In *Climate United*, the D.C. Circuit also applied the Supreme Court's decision in *Department of Education v. California*, 604 U.S. 650 (2025), which this Court relied upon in its June 15, 2025 preliminary injunction decision.  *See id*. at 824-25; ECF No. 33 (Mem. Op.) at pp. 32-34.  And *Climate United* also applied another Supreme Court decision concerning the Tucker Act, *National Institutes of Health v. American Public Health Association*, 145 S. Ct. 2658 (2025), which was the subject of a Notice of Supplemental Authority in this case.  *See Climate United*, 154 F.4th at 824-25; see ECF No. 47.  In this light, Defendants' forthcoming briefing had relied heavily upon *Climate United*.

3. Defendants now need to extensively revise their upcoming filing, so as to no longer rely upon *Climate United*.  The requested 2-business-day extension should afford undersigned counsel the necessary time to make the necessary revisions and provide time for supervisory and agency review.

4. As noted above, Defendants also seek a corresponding adjustment to the remaining briefing schedule, by applying the same 2-business-day extension across the remaining deadlines. Accordingly, Defendants propose the following adjusted deadlines:

|  | Current deadline (Per Dec. 11 Minute Order) | **Proposed new deadline** (*i.e.*, 2-business day extension) |
|---|---|---|
| Defendants' combined motion to dismiss, motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | Friday, December 19, 2025 | **Tuesday, December 23, 2025** |
| Plaintiffs' combined opposition and reply in support of their motion for summary judgment | Monday, January 26, 2026 | **Wednesday, January 28, 2026** |
| Defendants' reply | Wednesday, February 18, 2026 | **Friday, February 20, 2026** |

5. Relatedly, and in the meantime, Defendants are conferring with Plaintiffs about whether it would be appropriate to seek a stay of this case, pending the forthcoming *en banc* decision in *Climate United* (where the D.C. Circuit has scheduled oral argument before the *en banc* court for February 24, 2026, per the attached Order). Defendants are mindful of this Court's point, expressed at the May 1, 2025 Scheduling Conference, that "I'm not too eager to decide an issue that the Court of Appeals may be on the verge of deciding in a way that is binding on me." *See attached* Transcript, May 1, 2025 Scheduling Conference, pp. 4-5.

6. As noted above, pursuant to Local Civil Rule 7(m), Defendants' counsel conferred with Plaintiffs' counsel regarding this motion. Plaintiffs consent to the requested extension and proposed adjusted schedule above. No other deadlines have been set in this case.

WHEREFORE, Defendants respectfully request that the Court grant this consent motion and extend Defendants' deadline to file their combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment, from December 19 to December 23, 2025, with a corresponding adjustment to the remaining deadlines, as set forth above.

DATED: December 19, 2025                    Respectfully submitted,

                                                    BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Steven.M.Chasin2@usdoj.gov

*Counsel for Defendants*