IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>　　Defendants. | Case No. 1:25-cv-1275-CRC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for Extension Related to December 17, 2025 Order of the U.S. Court of Appeals for the D.C. Circuit, and for good cause shown, Defendants' Motion is GRANTED, and it is hereby ORDERED that the following schedule will govern the remainder of the case:

- Deadline for Defendants to file combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment: December 23, 2025.

- Deadline for Plaintiffs to file combined reply in support of their motion for summary judgment and opposition to Defendants' motions: January 28, 2026.

- Deadline for Defendants to file reply in support of their motions: February 20, 2026.

SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Christopher R. Cooper
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge