IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-1275-CRC |

## DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. Rule 12(b)(1), 12(b)(6), and 56, and Local Civil Rule 7(h),[1] Defendants, through undersigned counsel, respectfully move to dismiss, or, in the alternative, for summary judgment on all claims in this case. The grounds for Defendants' motion are set out in the attached memorandum of law. A proposed order also accompanies this motion.

DATED: December 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN

---

[1] Defendants note that Plaintiffs included a statement of undisputed material facts in support of their motion for summary judgment, ECF No. 46-2. Per LCvR 7(h)(2), the requirement regarding that statement (as set forth at LCvR 7(h)(1)) does not apply to cases where, as here, judicial review is based solely on the administrative record. Per LCvR 7(h)(2), Defendants have included a statement of facts, with references to the administrative record, within their memorandum of law in support of their combined motion to dismiss, motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment.

1

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Steven.M.Chasin2@usdoj.gov

*Counsel for Defendants*