IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-1275-CRC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss, or, in the alternative, for summary judgment, Defendants' [motion to dismiss / motion for summary judgment] is hereby GRANTED, and Plaintiffs' motion for summary judgment is hereby DENIED, and it is hereby ORDERED that this case be DISMISSED.

SO ORDERED.

Dated: _____                    _____
                                            Honorable Christopher R. Cooper
                                            United States District Judge