# EXHIBIT A

**TEXAS Health and Human Services**

**Texas Department of State Health Services**

Jennifer A. Shuford, M.D., M.P.H.
Commissioner

August 15, 2025

Centers for Disease Control and Prevention
Office of Grant Services
ATTN: Mr. Wayne Woods, Grants Management Specialist
       Mr. Ben Weiss, Grant Management Specialist
Chamblee Campus Building 102,
Room 1304, Mailstop S102-1
4770 Buford Hwy
Atlanta, GA 30341

RE:   Award Number: 6 NH23IP922616-05-13, June 2023 Supplemental Funding Programs: HHS Bridge Access and Vaccine Confidence

      Award Number: 19 NU50CK000501C3 CDC-RFA-CK-19-1904, Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

Dear Mr. Woods and Mr. Weiss:

DSHS is not currently able to receive funds from CDC to receive or process the reimbursement requests from Harris County Public Health (Harris County).

Upon HHS's termination of the grant awards to DSHS that authorized and funded the subawards made to Harris County, DSHS terminated the respective subawards in response to the loss of funding and authority.

The Order of the U.S. District Court for the District of Columbia has enjoined the defendants in the case brought by Harris County from enforcing or otherwise giving effect to the terminations of any grants issued directly or indirectly to the plaintiffs, including Harris County. DSHS is neither a plaintiff nor a defendant in this case.

In response to the court order, HHS has reobligated the funding due to Harris County under the subawards originally made by DSHS. DSHS received

CDC Office of Grant Services
August 15, 2025
2

your Updated Notice Pursuant to Court Order Dated June 17, 2025 and has noted that funds were made available for payment to Harris County in the Payment Management System on July 29, 2025. DSHS did receive the Notice of Award for the exact amounts of the Harris County contracts. DSHS no longer has contracts with Harris County for the COVID-19 Epidemiology and Lab Capacity (ELC) or Immunizations grants. As such, DSHS requests that CDC contract directly with Harris County in order to comply with the court order.

If CDC is requesting that DSHS assist CDC in compliance with the court order by passing through these funds, DSHS requests that HHS acknowledge the costs that DSHS will necessarily incur in meeting its requirements as a passthrough entity (2 CFR 200.332) and adjust the amount of the funds made available in order to appropriately reimburse DSHS for its allowable costs per 2 CFR 200 et. al. and the terms of the original grants.  If CDC is unable to adjust the amounts to cover costs associated with managing these subawards, DSHS will return the funds to HHS.

Please confirm how CDC intends to move forward for each of the grant awards. Questions should be directed to our named Authorized Officials Dr. Grace Kubin for ELC at grace.kubin@dshs.texas.gov or Josh Hutchinson for Immunizations at josh.hutchinson@dshs.texas.gov.

Sincerely,

Imelda Garcia, MPH
Chief Deputy Commissioner
Texas Department of State Health Services

cc:   Nancy Wong, CDC Immunizations Project Officer
      Christine Mills, CDC ELC Project Officer
      Percy Jernigan, CDC Grants Management Offer