| | |
|---|---|
| HARRIS COUNTY, TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of United States Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-1275-CRC |

# DECLARATION OF JAMIE LEGIER

Pursuant to 28 U.S.C. § 1746, I, Jamie Legier, declare as follows:

1. I am the Director of the Office of Grants Services at the Centers for Disease Control and Prevention (CDC), the United States Department of Health and Human Services ("HHS").

2. In that capacity, my official duties include providing fiscal stewardship across the agency, and I serve as the agency's principal advisor and liaison on all aspects of grants, including grants financial management activities.

3. I have experience with HHS's record systems regarding grant awards issued by CDC, a sub-agency of HHS. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events.

4. In the course of preparing this declaration, I have examined the office records available to me regarding grants awarded by CDC.

5. At issue in this litigation are grants provided by CDC to prevent,

prepare for, and mitigate against COVID-19. These grants were issued in the midst of the COVID-19 pandemic, utilizing supplemental funds appropriated through a number of appropriations acts passed by Congress in response to the COVID-19 pandemic.

6. When CDC terminated $11.4 billion of COVID-19 grant funds on March 24, 2025, it did not terminate all COVID-19 grant funds. The funds that were not terminated included the following:

- Grant funds that were being used to address the ongoing highly pathogenic avian influenza (HPAI) threat. In 2024, HHS had reprogrammed some COVID supplemental funding to address HPAI and data needs.

- Grant funds that were being used for nationwide wastewater surveillance activities critical to outbreak responses solely supported by these funds.

- Grant funds where the period of performance had ended with funds still available. These grants were closed out in accordance with the terms of the grants.

I HEREBY DECLARE TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY, that the foregoing is true and correct.

EXECUTED this December 23, 2025.

/s/ Jamie Legier
Jamie Legier