IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,** *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>**ROBERT F. KENNEDY**, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-01275-CRC |

### NOTICE OF WITHDRAWAL

Consistent with Local Rule of Civil Procedure 83.6(b), Aisha Rich hereby withdraws as attorney of record for Plaintiffs Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri in the above-captioned matter. Effective January 29, 2026, the undersigned will no longer be employed by Public Rights Project. Columbus, Nashville, and Kansas City will continue to be represented by other counsel who have appeared on their behalf in this case.

Dated: January 15, 2026

Respectfully submitted,

*/s/ Aisha Rich*
AISHA RICH*
Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960
aisha@publicrightsproject.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri*

**Admitted pro hac vice*

2

I hereby consent to the above withdrawal of attorney.

*/s/ Richard Coglianese*
Columbus, Ohio

*/s/ Wallace Dietz*
Nashville, Tennessee

*/s/ Matthew Gigliotti*
Kansas City, Missouri