IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01275-CRC |

**NOTICE OF ERRATA**

The parties hereby file this Notice of Errata to correct errors on the signature block of their recently-filed Joint Report on the Parties' Respective Positions Regarding Staying the Dispositive Motion Briefing (ECF No. 60 (filed Jan. 16, 2026)).  Specifically, the signature block of that filing contains an inadvertent error concerning counsel for Plaintiff Harris County: it does not reflect the recent appointment of Jonathan Fombonne as Harris County Attorney, replacing Christian Menefee in that position. Attached hereto is a corrected Joint Report that reflects this change, as well as an updated address for the Office of the Harris County Attorney.  There are no changes to the body of the corrected Joint Report.

DATED: January 21, 2026                Respectfully submitted,

*/s/ Sharanya Mohan*
SHARANYA MOHAN*
CASSANDRA CRAWFORD*
KATHERINE COURTNEY
PATRICK ARCHER*
Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)

1

sai@publicrightsproject.org
cassandra@publicrightsproject.org
katiec@publicrightsproject.org
patrick@publicrightsproject.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri*

JONATHAN G.C. FOMBONNE
Harris County Attorney
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

EDWARD D. SWIDRISKI III*
Senior Assistant County Attorney
Texas State Bar No. 24083929
Edward.Swidriski@harriscountytx.gov
Office of The Harris County Attorney
1010 Lamar Street, 11th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Counsel for Harris County, Texas*

JOEL McELVAIN
POOJA BOISTURE*
SKYE L. PERRYMAN
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmcelvain@democracyforward.org
pboisture@democracyforward.org
sperryman@democracyforward.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, Kansas City, Missouri, and AFSCME*

*Admitted *pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Steven.M.Chasin2@usdoj.gov

*Counsel for Defendants*