**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**HARRIS COUNTY, TEXAS**, *et al*.,

*Plaintiffs*,

v. Case No. 1:25-cv-01275-CRC

**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al*.,

*Defendants*.

**[PROPOSED] ORDER**

The Court hereby GRANTS Plaintiffs' Motion for Entry of a Briefing Schedule. ECF No. 65.

Accordingly, Plaintiffs shall have up to and including October 2, 2026 to file their motion for summary judgment. Defendants shall have up to and including October 23, 2026 to file their motion for summary judgment, motion to dismiss, and opposition to Plaintiffs' motion for summary judgment. Plaintiffs shall have up to and including October 30, 2026 to file their reply in support of their motion for summary judgment and Defendants shall have up to and including November 6, 2026 to file their reply in support of their motion for summary judgment, motion to dismiss, and opposition to Plaintiffs' motion for summary judgment.

**IT IS SO ORDERED.**

Date:

________________________________
HON. CHRISTOPHER R. COOPER
United States District Judge