**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT F. KENNEDY**, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-01275-CRC |

**NOTICE OF WITHDRAWAL**

Consistent with Local Rule of Civil Procedure 83.6(b), Patrick Archer hereby withdraws as attorney of record for Plaintiffs Columbus, Ohio, Metropolitan Government of Nashville and Davidson County, Tennessee, and Kansas City, Missouri in the above-captioned matter. Effective August 28, 2026, the undersigned will no longer be working with the team litigating this matter at Public Rights Project. Columbus, Nashville, and Kansas City will continue to be represented by other counsel who have appeared on their behalf in this case.

Dated: August 26, 2026

Respectfully submitted,

*/s/ Patrick Archer*

PATRICK ARCHER*
Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
(510) 738-6788
patrick.archer@publicrightsproject.org

*Counsel for Columbus, Ohio, Nashville, Tennessee, and Kansas City, Missouri*

**Admitted pro hac vice. Not admitted in California.*

I hereby consent to the above withdrawal of attorney.

*/s/ Richard Coglianese*
Columbus, Ohio

*/s/ John Whitaker*
Metropolitan Government of Nashville and Davidson County, Tennessee

*/s/ Matthew Gigliotti*
Kansas City, Missouri