AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

HARRIS COUNTY, TEXAS, et al.
*Plaintiff*
v.
ROBERT F. KENNEDY, JR., et al.
*Defendant*

Case No. 1:25-cv-01275

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Columbus, Ohio; Nashville, Tennessee; and Kansas City, Missouri .

Date: 09/01/2026

/s/ Kayla Svihovec
*Attorney's signature*

Kayla Svihovec*
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit # 115
Oakland, CA 94609
*Not admitted in CA
*Address*

kayla.svihovec@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*

Print Save As... Reset