AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS, et al.<br>*Plaintiff*<br>v.<br>ROBERT F. KENNEDY, JR., et al.<br>*Defendant* | ) <br>) <br>) <br>) <br>) | Case No. 1:25-cv-01275 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Columbus, Ohio; Nashville, Tennessee; and Kansas City, Missouri .

Date: 11/10/2026

/s/ Katherine Hubbard
*Attorney's signature*

Katherine Hubbard
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
*Address*

katherine.hubbard@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*

Print Save As... Reset